IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW, | ) |
|     Plaintiff | ) ) ) |
| v. | ) ) Civil Action No. 1:20-cv-00410-RDM |
| THE HONORABLE THOMAS MODLY, *et al.*, | ) ) ) ) ) |
|     Defendants. | ) ) |

## **NOTICE OF DISMISSAL**

In accordance with Federal Rules of Civil Procedure (Fed. R. Civ. Pro.) 41(a)(1)(A)(i), Plaintiff hereby provides notice of voluntary dismissal of the Sixth Cause of Action: Privacy Act Violation by Defendant Parlatore.

Respectfully submitted,

/s/ *Eric S. Montalvo*
Eric S. Montalvo, DC Bar No. 993206
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: 202-862-4360
Facsimile: 888-899-6053
emontalvo@fedpractice.com

Attorney for Plaintiff

## Certificate of Service

  I hereby certify that on February 20, 2020, I filed the foregoing with this Court's ECF which caused a copy to be electronically submitted to all parties receiving ECF notices. A copy was also submitted to the following individuals via certified mail:

THE HONORABLE THOMAS B. MODLY
  Acting Secretary of the Navy
  Department of the Navy
  1000 Navy Pentagon, Room 4D652
  Washington, DC 20350,

CHRISTOPHER GRADY
  Admiral, United States Navy
  United States Fleet Forces
  Commander
  1562 Mitscher Ave., Suite 250
  Norfolk, VA 23551,

DeWOLFE MILLER
  Vice Admiral, United States Navy
  Naval Air Forces
  Commander
  P.O. Box 357051
  San Diego, CA 92135-7051,

ROY KELLEY
  Rear Admiral, United States Navy
  Naval Air Forces Atlantic
  Commander
  1562 Mitscher Ave., Suite 300
  Norfolk, VA 23511-3437,

TIMOTHY C. PARLATORE
  Esquire
  One World Trade Center, Ste. 8500
  New York, NY 10007.

        /s/ *Eric S. Montalvo*
Eric S. Montalvo, DC Bar No. 993206
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone:  202-862-4360
Facsimile:  888-899-6053
emontalvo@fedpractice.com