**LET IT BE FILED**

*[signature]* /s/
USDJ
2/19/20

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------X
STEVEN SHAW,

                Plaintiff,                Docket No.: 20-cv-410

    -against-

THE HONORABLE THOMAS B. MODLY,
ADMIRAL CHRISTOPHER GRADY,
VICE ADMIRAL DEWOLFE MILLER,
REAR ADMIRAL ROY KELLEY, and
TIMOTHY C. PARLATORE, ESQ.

                Defendants.
------------------------------------------------------------X

## MOTION FOR CM/ECF USER NAME AND PASSWORD

Timothy C. Parlatore, Esq., a Defendant in this action, hereby respectfully moves this Court for an Order, pursuant to Local Civil Rule 5.4(b)(2), to obtain an ECF Username and Password to participate electronically in this action as a *pro se* litigant.

I am an attorney, admitted to practice in the U.S. District Courts for the Southern and Eastern Districts of New York, District of New Jersey, District of Connecticut, and the Northern, Southern and Eastern Districts of Texas, but not in this district. I am fully familiar with the CM/ECF rules and procedures, as my practice for the past decade has been primarily in these U.S. District Courts, all of which using electronic filing. I am the managing partner of Parlatore Law Group, LLP, a nationwide cloud-based law firm and, as such, have almost continuous access to the internet and the capacity to file documents and receive filings electronically on a regular basis.

I therefore respectfully request that this Court issue an Order granting me a CM/ECF username and password to use in this case.

Dated: February 19, 2020
       Falls Church, Virginia

                                            Respectfully submitted,

                                            *[signature]*
                                            Timothy C. Parlatore, Esq.
                                            Parlatore Law Group, LLP
                                            One World Trade Center, Suite 8500
                                            New York, New York 10007
                                            212-679-6312
                                            Timothy.parlatore@parlatorelawgroup.com