# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN SHAW, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>THE HONORABLE THOMAS B. )<br>MODLY, et al., )<br>)<br>*Defendants*. )<br>) | Civil Action No. 20-0410 (RDM) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the notice appearance of Assistant United States Attorney Brenda González Horowitz as lead counsel for Defendant, The Honorable Thomas B. Modly, Acting Secretary of the Navy, in the above captioned case.

Date: February 28, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar. No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov