# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN SHAW, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 20-0410 (RDM) |
| ) | |
| THE HONORABLE THOMAS B. ) | |
| MODLY, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the notice appearance of Assistant United States Attorney Brenda González Horowitz as lead counsel for Defendants, Admiral Christopher Grady, Vice Admiral DeWolfe Miller, and Rear Admiral Roy Kelley, in the above captioned case.

Date: March 9, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar. No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov