# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN SHAW, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )      Civil Action No. 20-0410 (RDM) |
| | ) |
| THE HONORABLE THOMAS B. | ) |
| MODLY, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## <u>ORDER</u>

Upon consideration of Plaintiff's Motion for a Stay of Proceedings, the opposition thereto and the record herein, it is hereby

**ORDERED** that Plaintiff's Motion to Stay is **DENIED**.

_____
Dated

_____
Randolph D. Moss
United States District Judge