ELAINE LURIA
2ND DISTRICT, VIRGINIA

HOUSE ARMED SERVICES
COMMITTEE

VICE CHAIR OF SUBCOMMITTEE ON
SEAPOWER AND PROJECTION FORCES

534 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4215

HOUSE COMMITTEE ON
VETERANS' AFFAIRS

CHAIR OF SUBCOMMITTEE ON DISABILITY
ASSISTANCE AND MEMORIAL AFFAIRS

# Congress of the United States
## House of Representatives
### Washington, DC 20515-4602

November 6, 2019

The Honorable Richard Spencer
Secretary of the Navy
1000 Navy Pentagon, Room 4D652
Washington, DC 20350

Dear Secretary Spencer,

I am writing on behalf of my constituent, Lieutenant Steven Shaw, USN. He has requested assistance in addressing his command's treatment of him as a whistleblower. [TAB A]

LT Shaw appears to be the subject of ongoing retaliation for his whistleblower complaint. His original report to the U.S. Fleet Forces Command Inspector General (IG) concerned the practice of "bottle bets" where instructor pilots and command leadership systematically pressured their student aviators to provide liquor to instructors in order to become qualified. This practice fits the definition of hazing and illegal gift giving. [TAB B]

The U.S. Fleet Forces IG delegated the investigation to Commander, Naval Air Force Atlantic IG, who further delegated the investigation to the VFA-106 commander. Instead of initiating an investigation into the practice of bottle bets, VFA-106 endorsed the continued practice by announcing that bottle bets were optional while highlighting that it is a longstanding and acceptable tradition. VFA-106 then sought the whistleblower. When LT Shaw was identified as the whistleblower, VFA-106 command leadership retaliated by taking administrative actions against LT Shaw to minimize his role at the command and remove him from instructional duties and initiated a Preliminary Inquiry into LT Shaw's instructional practices. In TAB C, the DODIG substantiated that the command restricted LT Shaw from communicating with the IG.

In TAB D, August 2019 social media posts from CDR Brandon Scott, the VFA-106 Commanding Officer, appear inappropriate for an officer in a command position. His key public comments include indicting the Marine Corps' decision to relieve his Executive Officer, Lt Col Nesbitt, a "travesty of justice" (page 10) and calling the DoD IG "one-sided" and "inaccurate" (page 14). His posts inappropriately discuss details of an equal opportunity complaint, publicly criticize the DoD Inspector General's report, and undermine Marine Corps leadership's authority in their disciplinary actions against the squadron's Executive Officer, LtCol Nesbitt, during the period of the DODIG investigation. They appear to violate the Navy's social media policy and indicate that the Commanding Officer does not support eliminating hazing or protecting whistleblowers.

Although the DoD IG substantiated the retaliation in June 2019, the retaliation appears to be ongoing. LT Shaw remains in a grounded status and the squadron is employing administrative actions including: (1) Five separate charges of Article 92 violations stemming from a Command Investigation initiated in apparent retaliation; (2) subjecting LT Shaw to a Human Factors Board without allowing LT Shaw to review evidence against him; (3) a declining Fitness Report in June 2018 (removal of recommendation for department head); (4) removal of access to classified information; (4) removal from the FY-19 O-4 promotion list; and (5) a Report of Officer Misconduct stemming from the charge that was cited as retaliation that have resulted in a requirement to Show Cause, (6) an additional declining FITREP in 2019 and (7) a Field Naval Aviator Evaluation Board (FNAEB) that recommended he lose his flight status.

I am greatly concerned by the reported actions within the Navy's largest strike fighter training squadron as the culture instilled at this command quickly permeates the rest of the naval air force. Eliminating hazing, protecting whistleblowers from retaliation, holding those who retaliate accountable, maintaining the proper decorum on social media, and protecting the integrity of the whistleblower process are vital to maintaining a healthy military culture.

I request your assessment of the following items:

1. What is being done to halt the practice of bottle bets in all aviation squadrons in all geographic locations – regardless of being officially sanctioned or not? How is the Navy assessing to ensure this practice is eradicated?

2. Which of the actions recommended by the DODIG in TAB C have been completed? How will the remainder be accomplished?

3. Describe any corrective actions taken with the VFA-106 Commanding Officers and Executive Officers from July 2017 to present and the Preliminary Inquiry Investigating Officer, including a description of their end of tour awards, promotion status, administrative board screening status and recommendation for next career milestone in their fitness reports.

4. A review of Commander Scott's behavior on social media and an assessment of the appropriateness of his posts as shown in TAB D and any other records in the Navy's possession.

5. Who is advocating for LT Shaw to ensure that reprisals, especially administrative actions, are not taken?

6. How will the Navy remedy LT Shaw's withheld promotion to Lieutenant Commander?

A favorable outcome in this case would include resolution and retraction of the Uniformed Code of Military Justice charges against LT Shaw; restoration of LT Shaw's flight status and cleansing

his record of adverse administrative materials; repayment of his halted flight pay; promotion to O-4 with his year group; and an assignment appropriate to his rank and flight experience. I request a flag officer from outside LT Shaw's chain of command be assigned to ensure these actions are comprehensive.

Thank you for your attention to this matter. I would appreciate a formal response by letter and a briefing regarding this matter by the Commander, U.S. Fleet Forces Command, or Commander Naval Air Forces within the next 30 days in Norfolk, Virginia.

Sincerely,

Elaine G. Luria
Member of Congress

Cc:   Senator Mark Warner, United States Senate
      Senator Timothy Kaine, United States Senate