23 Oct 2018

From: CDR Hoyt, Thomas E., USN, CO STRIKE FIGHTER WEAPONS SCHOOL ATLANTIC
To: Commander, NAVAL AIR FORCES ATLANTIC
Via: (1) Commander, STRIKE FIGHTER SQUADRON ONE ZERO SIX
(2) Commander, STRIKE FIGHTER WING ATLANTIC

Subj: REPORT OF PROCEEDINGS FOR FIELD NAVAL AVIATOR EVALUATION BOARD IN THE CASE OF LT STEVEN E. SHAW, USN, 1310

Ref: (a) COMNAVAIRFORINST 5420.1G

Encl: ▮

(6) Summary of testimony by LtCol Michael C. Nesbitt, USMC, before the board, 11 Oct 2018

(12) Written statement by LT Nicholas Len, USN, to the board dtd 10 Oct 2018

(14) Written summary of counseling notes by LtCol Nesbitt

(16) Statement by LtCol Nesbitt to STRKFITRON 106 Command Investigation dtd 26 Jun 2018

Subj: REPORT OF PROCEEDINGS FOR FIELD NAVAL AVIATOR EVALUATION BOARD IN THE CASE OF LT STEVEN E. SHAW, USN, 1310



(42) Scanned pages of LtCol Nesbitt's counseling notebook

(45) Fitness reports ICO LT Shaw, periods of report ending 31 Jan 2014, 31 Jan 2015, 16 Apr 2015, 31 Jan 2016, 6 Jul 2016, 1 Sep 2016, 8 Dec 2016, 31 Jan 2017, 31 Jan 2018, 25 Jun 2018

(46) Navy Achievement Medal citations ICO LT Shaw, dtd 20 Mar 2012 and 22 Aug 2016

Subj:   REPORT OF PROCEEDINGS FOR FIELD NAVAL AVIATOR EVALUATION BOARD IN
        THE CASE OF LT STEVEN E. SHAW, USN, 1310



## OPINIONS

1. In the opinion of the board, a respondent's willingness and ability to accept responsibility for any noted deficiencies is a necessity for remediation to occur. This can only be ascertained if the board members and respondent can communicate in a forthright manner. Throughout the FNAEB proceedings, LT Shaw conferred with his lawyer on a majority of occasions before providing the board with his testimony. LT Shaw appeared to be evasive and deceptive on a few matters but the board could not discern if the lack of candor was due to providing coached answers derived from the advice of his counsel.

2. The board noted discrepancies in some testimony and counseling records presented to the board. LtCol Nesbitt presented notes dated 2 March 2018 describing counseling topics discussed with LT Shaw. The

9

Subj:  REPORT OF PROCEEDINGS FOR FIELD NAVAL AVIATOR EVALUATION BOARD IN THE CASE OF LT STEVEN E. SHAW, USN, 1310

board found that this date conflicted with LT Shaw's recollection and with squadron flights records. An additional discrepancy arose regarding the date of a phone call between LT Shaw and CDR Scott. LtCol Nesbitt's notes regarding the phone call are dated 24 April, while CDR Scott's statement summary indicates that this call took place on 2 May. The specifics of these discrepancies are noted in the findings of the board. Resolving these discrepancies is beyond the scope of this FNAEB. In order to simplify this matter, the testimony and counseling notes of LtCol Nesbitt and the command investigation's interview summary for CDR Scott were not considered by the FNAEB in making its recommendation. [FB(30), (45), (46), (47), (48), (57), (64)]

