

**DEPARTMENT OF THE NAVY**
STRIKE FIGHTER SQUADRON ONE ZERO SIX
1760 FIRST STREET SUITE 200
VIRGINIA BEACH, VA 23460-2210

5420
Ser 00/713
15 Nov 18

SECOND ENDORSEMENT on STRKFITRON ONE ZERO SIX ltr 5420 Ser 00/653 of 2 Oct 18

From: Commanding Officer, Strike Fighter Squadron ONE ZERO SIX
To: Commander, Naval Air Forces Atlantic
Via: Commander, Strike Fighter Wing Atlantic

Subj: FIELD NAVAL AVIATOR EVALUATION BOARD ICO LT STEVEN E. SHAW, USN, 1310/20130601

Ref: (a) OPNAVINST 3710.7V
(b) NAVAIRINST A1-F18AC-NFM-000

1. I have reviewed the Board's report, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Subj:  FIELD NAVAL AVIATOR EVALUATION BOARD ICO LT STEVEN E. SHAW, USN, 1310/20130601

████████████████████████████████████████

B. M. SCOTT

Copy to:
Senior Board Member
LT Shaw