Summary of LtCol Nesbitt's Statements Before FNAEB ICO LT Shaw, 11 OCT 18

[redacted]

[LT Shaw confers with advisor]

LT Shaw: Sir you think the rift of trusts was due to the IG?

[redacted]

LT Shaw: What did you assess of my IUT progression in March?

[redacted]

1



CDR Hoyt: Did you take notes on any of these?

2

[REDACTED]

LT Shaw: Why was LT Haley chosen as a witness?

[REDACTED]

LT Shaw's Advisor: I think we're having some inconsistencies here, if we can push this to next week, think about who we need to talk to...

[REDACTED]

*[signature]* LtCol/USMC
LtCol M. Nesbitt, USMC

3

**Plaintiff's Exhibit 3**     **3 of 3**