

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

TO

LIEUTENANT STEVEN E. SHAW
UNITED STATES NAVY

FOR

PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES WHILE SERVING AS AIRCRAFT DIVISION OFFICER, SCHEDULES OFFICER, WEAPONS TACTICS OFFICER, AND ASSISTANT OPERATIONS OFFICER IN STRIKE FIGHTER SQUADRON ONE THREE ONE FROM JUNE 2013 TO AUGUST 2016.  DISPLAYING EXCEPTIONAL LEADERSHIP AND TACTICAL PROWESS AS A STRIKE FIGHTER WEAPONS AND TACTICS LEVEL IV COMBAT DIVISION LEAD DURING THE 2016 COMBAT DEPLOYMENT ONBOARD USS DWIGHT D. EISENHOWER (CVN 69), LIEUTENANT SHAW WAS THE FIRST JUNIOR OFFICER TO LEAD COMBAT MISSIONS, FLYING SIX CLOSE AIR SUPPORT AND AIR INTERDICTION SORTIES ENCOMPASSING 30 COMBAT FLIGHT HOURS IN DIRECT SUPPORT OF OPERATION INHERENT RESOLVE. LIEUTENANT SHAW EMPLOYED OVER 5,000 POUNDS OF ORDNANCE AGAINST TARGETS DEEP BEHIND ENEMY LINES MEETING GROUND COMMANDER'S INTENT. ADDITIONALLY, AS THE ASSISTANT OPERATIONS OFFICER, HIS SUPERB MANAGERIAL SKILLS AND DEDICATED MENTORSHIP OF JUNIOR AVIATORS DIRECTLY CONTRIBUTED TO THE SQUADRON ACHIEVING THE HIGHEST LEVELS OF COMBAT READINESS AND EARNING CARRIER AIR WING THREE'S TOP HOOK AWARD. LIEUTENANT SHAW'S EXCEPTIONAL PROFESSIONALISM, UNRELENTING PERSEVERANCE, AND LOYAL DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.



GIVEN THIS 25th DAY OF AUGUST 2016

FOR THE SECRETARY OF THE NAVY
J. A. FARMER
COMMANDER, U.S. NAVY
COMMANDING OFFICER
STRIKE FIGHTER SQUADRON ONE THREE ONE

Plaintiff's Exhibit 4     1 of 1

NAVSO 1650/12 (REV. 7-99)
S/N 0104-LF-982-3000