# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| SHAW, STEVEN E | LT | 1310 | ■■■ |

| 5. ACT | FTS | INACT | AT/ADSW | 265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|---|
| X | | | | | 63934 | VFA 131 | REGULAR | 13JUN25 |

| Occasion for Report | | | | | Period of Report | |
|---|---|---|---|---|---|---|
| 10. Periodic X | 11. Detachment of Individual | 12. Detachment of Reporting Senior | 13. Special | | 14. From: 15APR17 | 15. To: 16JAN31 |

| 16. Not Observed Report | Type of Report 17. Regular X | 18. Concurrent | 19. OpsCdr | 20. Physical Readiness PP | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| FREEMAN, D B | CDR | 1310 | CO | 63934 | 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 |

**28. Command employment and command achievements.**
Maintenance Phase-6, Basic Phase-3. A/S SFARP (NAS Fallon, NV)-1, CQ Det (CVN 69)-1, TSTA (CVN-69)-1. Command exceeded 115K flight hours and 28 years Class "A" mishap free. 2014 SECNAV Energy Conservation Award.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
WTO    PRI: Weapons Training Officer-9. Administered training on F/A-18C Weapons Systems for 15 pilots. COLL: Publications Officer-8, Senior Watch Officer-5, Laser Safety Officer-8, A/S SFARP Detachment OIC-2. WATCH: SDO-9, SAPR Rover-9, Pri-Fly Rep-2, India Romeo Watch-1. PFA: 15-1/15-2.

| For Mid-term Counseling Use. | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 15JUL15 | HERON, D H | [signature] |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge, proficiency, and qualifications. NOB ☐ | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. ☐ | ☐ | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. ☐ | ☐ | -Recognized expert, sought after to solve difficult problems. -Exceptionally skilled, develops and executes innovative ideas. -Achieves early/highly advanced qualifications. X |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB ☐ | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. ☐ | ☐ | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. ☐ | ☐ | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. X |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB ☐ | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. ☐ | ☐ | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. ☐ | X | -Exemplary personal appearance. -Exemplary representative of Navy. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. ☐ |
| 36. TEAMWORK: Contributions toward team building and team results. NOB ☐ | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. ☐ | ☐ | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. ☐ | X | -Team builder, inspires cooperation and progress. -Talented mentor, focuses goals and techniques for team. -The best at accepting and offering team direction. ☐ |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB ☐ | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. ☐ | ☐ | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. ☐ | X | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. ☐ |

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE    **Plaintiff's Exhibit 5**    **1 of 2**

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| SHAW, STEVEN E | LT | 1310 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB ☐ | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices.<br>☐ | ☐ | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment.<br>☐ | ☒ | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others.<br>☐ |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB ☐ | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft, or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience.<br>☐ | ☐ | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience.<br>☐ | ☐ | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience.<br>☒ |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

FRS INSTRUCTOR | VFA OP DEPT HEAD

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

```
** MY #2 OF 8 EXCEPTIONALLY TALENTED AND TOP-TIER LTs.  READY FOR VFA OPERATIONAL DH!**

- TENACIOUS INNOVATOR.  LT Shaw spearheaded the development of new methodologies and
resources to improve the efficiency and effectiveness of pilot training.  He digitized over
500 hours of tactical video, providing junior pilots an unprecedented depository of
training aids.  He created an Air-to-Air Tactics Tournament to increase squadron-level
proficiency while promoting fighter spirit through competition with four Oceana squadrons.
- SKILLFUL TEACHER.  He tirelessly mentored five junior pilots in their transition to fleet
aviation, resulting in above average performance throughout their Strike Fighter Weapons
and Tactics syllabus.  He also authored an in-depth guide to safe and consistent carrier
landings, which helped his peers achieve above average landing grades during the recent
Tailored Ship's Training Availability onboard USS DWIGHT D. EISENHOWER (CVN 69).
- METICULOUS LEADER.  As the Air-to-Surface Strike Fighter Advanced Readiness Program
Detachment Officer-in-Charge, he brilliantly directed the movement of over 150 squadron
personnel and necessary equipment to Naval Air Station Fallon, NV.

        ** LT SHAW IS A FUTURE VFA COMMANDING OFFICER AND COMMUNITY VISIONARY!! **
```

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 44. Reporting Senior Address |
|---|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X | COMMANDING OFFICER<br>VFA 131<br>733 OPERATIONS DR STE 600<br>VIRGINIA BEACH VA 23460-2242 |
| 43. SUMMARY | ☒ | 0 | 0 | 3 | 2 | 2 | |

45. Signature of Reporting Senior  *(signed)*  Date: 29 JAN 16

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement ☐    I do not intend to submit a statement ☒
*(signed)*  Date: 29 JAN 2016

Member Trait Average: 4.43    Summary Group Average: 3.84

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

**Plaintiff's Exhibit 5**    **2 of 2**