**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STEVEN E. SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 20-410 (RDM) |
| v. | ) | |
| | ) | |
| THE HONORABLE THOMAS MODLY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF FILING EXHIBIT UNDER SEAL**

Plaintiff has moved to file Plaintiff's Exhibit 6 under seal.