**From:** "Keith, Brandon S CDR USN COMNAVAIRPAC (USA)" <brandon.keith@navy.mil>
**Date:** May 14, 2019 at 5:41:17 PM EDT
**To:** Courtland Savage <c███████████████>
**Subject: VFA-106 Investigation**

LT Savage:

Greetings.  I would like to let you know that we received VADM Miller's signed endorsement to the investigation and are in the process of finalizing the required redactions in light of that final endorsement.  We will complete those redactions by tomorrow.  I would like to arrange a time to call you on Wednesday May 15th, so that the Force Judge Advocate and I can provide a quick overview of the findings and corrective actions and then forward you your copy of the investigation immediately thereafter.  In addition, VADM Miller would still like the opportunity to sit down with you to discuss and de-brief the investigation.  We could not discuss this before final determinations were made, but, the Air Boss has directed significant corrective actions in light of the findings of the investigation, and will be interested in your input, and even involvement if you are so willing, in developing and implementing those actions.  More to follow on that tomorrow.

I believe you are currently on the east coast so perhaps a call between 1200 - 1300 your time would work?  Please let me know and also confirm the best number to reach you at.

Thank you.

R/
CDR Keith

_____
Brandon S. Keith
CDR, JAGC, USN
Deputy Force Judge Advocate
Commander, Naval Air Force
███████████████████████

* SENSITIVE BUT NOT CLASSIFIED - FOR OFFICIAL USE ONLY:  This e-mail may contain attorney work-product and/or privileged attorney-client communications not subject to discovery or release under FOIA.  If you are not the intended recipient, please delete this e-mail and any attachments and notify us immediately at DSN 735-5045 or Commercial 619-545-5045.

Any distribution of this document to anyone other than the intended recipient, without consent of the sender is specifically prohibited.

**Subject:** Re: VFA-106 Investigation
**Date:** Fri, 26 Apr 2019 11:37:50 -0700
**From:** Jason Ashley <​████████████​>
**To:** Keith, Brandon S CDR USN COMNAVAIRPAC (USA) <brandon.keith@navy.mil>
**CC:** Navin LtCol Kathryn M <kathryn.navin@usmc.mil>

Thank you for the update.

This is a departure from the written procedure in NAVPERS 5354/2.  With that being said, I would like to know who is now reviewing the investigation and why a closed investigation is being re-reviewed.

Can you please provide a written appointment letter or written authorization ordering this higher review?

Is this higher level review because of an appeal by the respondents that I named in my discrimination complaint that your office investigated?

Also, have the respondents in my complaint been debried yet regarding the investigation or the results?

Thank You,
Capt Ashley

On Fri, Apr 26, 2019 at 11:08 AM Keith, Brandon S CDR USN COMNAVAIRPAC (USA) <brandon.keith@navy.mil> wrote:
Capt Ashley/LT Savage:

As I previously informed you, the command investigation into your allegations of discrimination while at VFA-106 has been completed.  Since being completed, the report has garnered interest at higher echelons beyond Commander, Naval Air Force Pacific Fleet, where the report is undergoing a thorough review.  I apologize for the continued delay, but, an investigation report cannot be deemed "final" and releasable until the highest echelon of review has blessed it.  Until then, the report is in the "deliberative" stage and cannot be shared with anyone, including complainants and subjects of the investigation.  I understand that you are both frustrated at having to wait for resolution, but, I can assure you that these deliberations reflect the gravity and seriousness that the Navy is attributing to your complaints and the scope and findings of the investigation.  This will be more clear once we are able to deliver and de-brief the investigation to you both.  We will continue to keep you apprised, and will, again, reach out (working with DCA) to arrange delivery and de-brief as soon as we are cleared to do so.

R/
CDR Keith

_____
Brandon S. Keith
CDR, JAGC, USN
Deputy Force Judge Advocate
Commander, Naval Air Force