# NAVY EQUAL OPPORTUNITY (EO) AND SEXUAL HARASSMENT REPORT
**NAVPERS 5354/2 (Rev. 08-2017)**   Supporting Directives OPNAVINST 5354.1G and OPNAVINST 5300.13

## PART IV. FORMAL NOTIFICATION REVIEW

**1. Notification of Action Taken to Resolve Report.** *(To concur within 20 calendar days of receipt of report.)*

(a) Report was completed on: 13JUL18

(b) Report was found to be: **SUBSTANTIATED**

(c) Based on the following findings:

SEE REDACTED COPIES RECEIVED VIA FOIA PROCESS

MBR debriefed on outcome of report on ~~16MAY19~~ 15MAY19 by CDR Keith, CNAF DEPUTY JAG

**2. Right to review by higher authority (via an appeal):** I acknowledge notice of my right to submit a statement concerning the investigative findings and command action taken, and to request review of those findings and actions by the Echelon II Commander. Any statement and, or request must be submitted within 7 days of acknowledgment.

(a) Echelon II Command: USFF

(b) Echelon II CCS/EO Program Manager Contact Information:

**3. Complainant Acknowledgment/Signature.** *(By signing, Complainant affirms the above has been read and is understood.)*

[X] I intend to submit a statement/appeal.   [ ] I DO NOT intend to submit a statement/appeal.

(a) Name: COURTLAND A. SAVAGE
(b) Signature: *Courtland Savage*
(c) Date: 24 June 19
(d) Seven Days: 03JUL19

**4. Alleged Offender Acknowledgment/Signature.** *(By signing, Alleged Offender affirms the above has been read and is understood.)*

[ ] I intend to submit a statement/appeal.   [ ] I DO NOT intend to submit a statement/appeal.

(a) Name: MARTIN L. WEYENBERG
(b) Signature:
(c) Date:
(d) Seven Days:

## PART V. FORMAL APPEAL

**1. First Appeal Results:**

[ ] CONCUR   [ ] DO NOT CONCUR

(a) Name of Echelon II Reviewing Authority (Commander/Designee):
(b) Rank/Rate:
(c) Command Name/UIC:
(d) Contact Information:
(e) Signature:
(f) Date:

**2. Complainant Acknowledgment/Signature.** *(By signing, Complainant affirms the above has been read and is understood.)*

[ ] I intend to submit a statement/appeal.   [ ] I DO NOT intend to submit a statement/appeal.

(a) Name: COURTLAND A. SAVAGE
(b) Signature:
(c) Date:
(d) Seven Days:

**3. Alleged Offender Acknowledgment/Signature.** *(By signing, Alleged Offender affirms the above has been read and is understood.)*

[ ] I intend to submit a statement/appeal.   [ ] I DO NOT intend to submit a statement/appeal.

(a) Name: MARTIN L. WEYENBERG
(b) Signature:
(c) Date:
(d) Seven Days:

NAVY EQUAL OPPORTUNITY (EO) AND SEXUAL HARASSMENT REPORT
NAVPERS 5354/2 (Rev. 08-2017)     Supporting Directives OPNAVINST 5354.1G and OPNAVINST 5300.13

### PART V. FORMAL APPEAL (continued)

**4. SECNAV - Final Appeal Results** *(action that been taken to resolve report by reviewing authority):*

☐ CONCUR   ☐ DO NOT CONCUR

(a) Name of SECNAV Reviewing Authority:     (b) Rank/Rate:     (c) Command Name/UIC:

(d) Contact Information:     (e) Signature:     (f) Date:

**5. Complainant Acknowledgment/Signature.** *(By signing, Complainant affirms the above has been read and is understood.)*

(a) Name:     (b) Signature:     (c) Date:
COURTLAND A. SAVAGE

**6. Alleged Offender Acknowledgment/Signature.** *(By signing, Alleged Offender affirms the above has been read and is understood.)*

(a) Name:     (b) Signature:     (c) Date:
MARTIN L. WEYENBERG

### PART VI. FORMAL REPORT FOLLOW-UP

**1. Complainant Follow-Up Survey** *(Commanders shall conduct a follow-up debrief with the Complainant 30-45 days after the final action. Command follow-up will include a determination of Complainant satisfaction with the effectiveness of corrective action, timeliness, present command climate, and a review to ensure retaliation did not occur.):*

(a) Were you subjected to any form of retaliation because of your report?

(b) Rate your level of satisfaction with the processing of your report.

(c) Rate your level of satisfaction with the resolution of your report.

(d) What could have prevented this incident?

**2. Complainant Follow-Up Comments:**

**3. Complainant Acknowledgment/Signature.** *(By signing, Complainant affirms the above has been read and is understood.)*

(a) Name:     (b) Signature:     (c) Date:
COURTLAND A. SAVAGE

**4. Commander Follow-Up Notes.** *(Indicate dates/nature of any actions prompted by Complainant debrief. Attach additional sheets as necessary.)*

**5. Commander Acknowledgment/Signature.** *(By signing, Commanding Officer affirms the above is correct and report process is complete.)*

(a) Name:     (b) Signature:     (c) Date:

**Plaintiff's Exhibit 11**     FOR OFFICIAL USE ONLY     PRIVACY SENSITIVE     [Print Form]     5 of 5

**From:** "Chase, Stepfaney L SCPO USN (USA)" <stepfaney.chase@navy.mil>
**Date:** June 24, 2019 at 9:46:50 PM EDT
**To:** "
**Cc:** "Burkett, Sarah F LT USN (USA)" <sarah.burkett@navy.mil>, "Keith, Brandon S CDR USN COMNAVAIRPAC (USA)" <brandon.keith@navy.mil>, "Neal, Dennis R CIV USN COMPACFLT PEARL HI (US)" <dennis.neal@navy.mil>, "Tarkowski, Jonothan T SCPO USN (USA)" <jonothan.tarkowski@navy.mil>
**Subject: Formal Report**

Good Evening Mr. Savage,

Attached are
the requested documents received from you and CNAL CCS. The original report was received by VFA 106 CMEO/CNAL CCS ETC Tiffany Silkworth-Mallory 28MAR18.

**Information missing Page 1 of 1:**
**PART I.**
-3. DOD ID Number
-16. Complaint Signature
-17. Date (input date filed 02APR18)
**Information missing Page 2 of 2:**
**PART II.**
-16. (b)Signature (c)Date (input date filed 02APR18)
Information missing Page 3 of 3:
**PART III.**
-5 (b)Signature (c)Date (input date filed 02APR18)

**PART IV.  FORMAL NOTIFICATION REVIEW**
-Member debrief on outcome of investigation via phone conf. 16MAY19 by CDR Keith, CNAF Deputy JAG.
-3.  If you intend to submit an appeal you have seven days from today to submit a written statement.  (03JUL19)
Please check applicable blocks:  "I INTEND" or "I DO NOT INTEND" of this section and sign & date.

**4.  APPEAL PROCESS (OPNAVINST 5354.1G) pg 4-6:**
a. Either the complainant or the alleged offender of the report may appeal the decision on a formal harassment or unlawful discrimination report. There are two levels of appeal, neither automatic. Each appeal must be affirmatively requested by either the complainant or the alleged offender to the report. In addition to the NAVPERS 5354/2, documentation such as statements of witnesses, personnel record entries, etc., that may be helpful in resolving an appeal, may be submitted to the appellate authority by the party requesting the appeal. Both parties must initial the NAVPERS 5354/2, as applicable, to declare or decline the request for a review.
b. The first appeal of a decision on a formal harassment or unlawful discrimination report will be to the echelon 2 commander of the command where the report was investigated and adjudicated. This appeal must be requested within 7 days of the notice of the determination on the formal harassment or unlawful discrimination report. For SELRES personnel, the request for an appeal must be made within one drill cycle or the report will be considered closed. The echelon 2 CCS must collaborate on the higher level review utilizing OPNAV 5354/4
Formal Report Higher Level Review. Review of the initial appeal must be completed within 30 calendar days of receipt of the appeal.

**Plaintiff's Exhibit 11**                                                                                                              **6 of 7**

Note: The CCS that conducted the sufficiency review must not conduct the higher level review when a member exercises his or her right to appeal the decision on a formal harassment or unlawful discrimination report.

c. If a further appeal is requested, the final resolution of an appeal on a formal harassment or unlawful discrimination report will rest with SECNAV or his or her designee. Once requested, the GCMCA will forward the report and all documents pertinent to the report to SECNAV, via OJAG Administrative Law (Code 13), for final review. The final appeal to SECNAV must be requested within 30 days of receipt of the GCMCA's decision on the initial appeal. For SELRES personnel the request for the final appeal must be made within one drill cycle of the report or the report will be considered closed. An appeal requested after 30 days, may be returned as untimely, unless unusual circumstances justify the delay.

==d. An appeal may be submitted on any legal or equitable grounds based upon a perception that existing DoD or DON regulations were incorrectly applied in the particular case, that facts were ignored or weighed incorrectly, or on any other good faith basis.==

e. Both the initial and final appellate authority may determine whether the initial report or the appeal was made in good faith and, if not, take appropriate corrective measures, including punitive ones.

I'm standing by to assist in this process; if your intentions are to submit an appeal, once I receive the statement I will forward it to CNAL/USFF command, who will assume all processes concerning this report.

V/r

AMCS (AW/SW) Stepfaney L. Chase
Force Command Climate Specialist
COMNAVAIRPAC (N11)
[redacted]
[redacted]
[redacted]
[redacted]

FOR OFFICIAL USE ONLY - PRIVACY SENSITIVE - Do not disseminate this email, or its contents, to anyone who does not have an official need for access. Any misuse or unauthorized disclosure can result in both civil and criminal penalties.