NAVY EQUAL OPPORTUNITY (EO) AND SEXUAL HARASSMENT REPORT
**NAVPERS 5354/2 (Rev. 08-2017)**    Supporting Directives OPNAVINST 5354.1G and OPNAVINST 5300.13

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 U.S.C. 5013 (g).
**PRINCIPAL PURPOSE:** Filing of allegations of unlawful discrimination and harassment based on race, color, religion, sex (including gender identity) or sexual orientation, national origin, and incidents of sexual harassment against military personnel. For Equal Employment Opportunity reports against civilian employees, see Equal Employment Opportunity Commission Management Directive 715.
**ROUTINE USES:** Information provided on this form may be used: (a) as a data source for report information, statistics, reports, and analysis; (b) to respond to requests from appropriate outside individuals or agencies (e.g. Members of Congress; the White House) regarding the status of a report; (c) to adjudicate the report or appeal; or (d) any other properly established routine use. May use addendum as necessary.
**DISCLOSURE:** Disclosure is voluntary; however, failure to fully complete all portions of this form may result in rejection of the report on the basis of inadequate data to assess report.

**PROTECT PRIVACY:** Protect individual privacy (both complainant and alleged offender) throughout the process. (SECNAVINST 5211.5 Series)

### PART I. COMPLAINANT INFORMATION & RESOURCES

| 1. Complainant Name (Full First Name, MI, Last Name): | 2. Rank/Rate: | 3. DoD ID Number: | | |
|---|---|---|---|---|
| JASON, A, ASHLEY | CAPT / O3 | ▮▮▮▮▮ | | |
| 4. Command Name/UIC: | 5. Race/Ethnic Group: | 6. Sex: | | 7. Date: |
| 3 Marine Wing Headquarters Squadron 3 | Black or African American | Male | | 06 Dec 17 |

8. Report Processing Options.

(a) Informal Resolution System (IRS). (see OPNAVINST 5354.1 Series or OPNAVINST 5300.13 Series)

(b) U.S. Navy Sexual Harassment Prevention and Equal Opportunity Advice Line.
Call Toll Free: (800) 253-0931, DSN 882-2507. COMM (901) 874-2507. Line manned Monday - Friday, 0830-1630 Central Standard Time.
E-Mail: Mill_NavyEOAdvice@Navy.mil.

(c) Authorized command or local resources. The following are available (Insert local name, organization, and phone number):

| | | | |
|---|---|---|---|
| Equal Employment Opportunity (EEO) Official: | Local Name | Organization | Phone Number |
| Fleet Family Support Center (FFSC): | Local Name | Organization | Phone Number |
| Command Climate Specialist (CCS): | Local Name | Organization | Phone Number |
| Health Treatment Facilities (HTF): | Local Name | Organization | Phone Number |
| Chaplain: | Local Name | Organization | Phone Number |
| Legal: | Local Name | Organization | Phone Number |

(d) NAVREGS 1151 Request mast with the Commanding Officer (CO)/Officer-in-Charge (OIC).
Your right to communicate with the CO/OIC in a proper manner, time, and place shall not be denied or restricted.
Such requests shall be acted upon promptly and forwarded without delay.
(Attach local procedures as a separate document and additional information if necessary.)

(e) Communications with Inspector Generals. Any person whose chain of command does not take effective action on reports or who does not feel comfortable filing reports locally or in person can lodge reports (anonymously if desired) via one or more of the available hot lines:
Naval Inspector General: Toll free (800) 522-3451; DSN 288-6743, COMM (202) 433-6743.
Marine Corps Inspector General: DSN 224-1349, COMM (703) 614-1349.

| | | | |
|---|---|---|---|
| Local TYCOM, ISIC, or local Commanders hot lines: | TYCOM Hot line | ISIC Hot line | CO Hot line |

(f) NAVREGS 1155. A Service member may always communicate individually with members of Congress.

(g) UCMJ Article 138. A Service member who believes himself or herself wronged by his or her CO may file a report as provided in JAGMAN Chapter III.

(h) NAVREGS 1150. A Service member who believes himself or herself wronged by his or her superior in rank or command (to include enlisted personnel) other than his or her CO may file a report as provided in JAGMAN Chapter III.

(i) Anonymous Report Process. (see OPNAVINST 5354.1 Series or OPNAVINST 5300.13 Series)

Complainant was advised of counseling/support services and provided a copy of this form.

| 9. Representative Receiving Report: | 10. Rank/Rate: | 11. Position: |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | CCS |
| 12. Command Name/UIC: | 13. Representative Signature: | 14. Date: |
| COMNAVAIRLANT/ 57012 | Received via USFF HQ 13MAR18 | |
| 15. Complainant Name: | 16. Complainant Signature: | 17. Date: |
| JASON, A, ASHLEY | Jason Ashley — Digitally signed by Jason Ashley Date: 2017.12.06 14:09:43 -08'00' | 06 Dec 17 |

**FOR OFFICIAL USE ONLY**
**PRIVACY SENSITIVE**

Print Form

Page 1 of 4

**Plaintiff's Exhibit 12**

**1 of 8**

**NAVY EQUAL OPPORTUNITY (EO) AND SEXUAL HARASSMENT REPORT**
**NAVPERS 5354/2 (Rev. 08-2017)**        Supporting Directives OPNAVINST 5354.1G and OPNAVINST 5300.13

**PART II. ALLEGED OFFENDER INFORMATION & NATURE OF REPORT**

Filing Deadline:  I understand that a formal report shall be made within 60 calendar days of the offending incident, or in the case of a series of incidents, within 60 calendar days of the most recent incident.  This EO filing deadline does not affect alternative remedies that might apply.

| 1. Alleged Offender Name: *(Full First Name, MI, Last Name):* | 2. Rank/Rate: | 3. Command Name/UIC: |
|---|---|---|
| ~~████~~ | ~~████~~ | ~~████~~ |

4. Location of Incident:  Complainant & Alleged Offender On Duty

5. Relationship to Complainant :   Chain of Command

6. Race/Ethnic Group *(obtain from FLTMPS):*   White

7. Sex:   Male

8. NATURE OF REPORT: *(State, in as much detail as possible, the basis for your report.  Describe the behaviors / conduct under objection, date(s) of any occurrence, names of involved parties, witnesses, others to or from whom previous reports may have been made or received, other evidence available, and any additional information which may be helpful in resolving your report.  Attach additional sheets as needed.  Check the blocks for all that apply.  If a Service Member, uniformed witness, or first responder perceives subsequent retaliation related to the report of sexual harassment, they may seek support from a Command Climate Specialist (CCS).  Individuals can also report to the Inspector General (IG), a Military Criminal Investigative Organization (MCIO) or to command for investigation, or other appropriate command action.)*

☒ **Discrimination**          ☐ **Harassment**                                    ☐ **Sexual Harassment**

☒ Race              ☐ National Origin        ☐ Religion                      ☐ Crude Offensive Behavior

☒ Color            ☐ Sexual Orientation    ☐ Sex *(including gender identity)*   ☐ Unwanted Sexual Attention

                                                                                                              ☐ Sexual Coercion

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE

| Print Form |
|---|

Page 2 of 4

NAVY EQUAL OPPORTUNITY (EO) AND SEXUAL HARASSMENT REPORT
**NAVPERS 5354/2 (Rev. 08-2017)**          Supporting Directives OPNAVINST 5354.1G and OPNAVINST 5300.13

PART II. ALLEGED OFFENDER INFORMATION & NATURE OF COMPLAINT (continued)

▓▓▓▓▓ discriminated against me because of my race while I was a black student at VFA-106. He convened a Field Flight Performance Board (FFPB) after I passed an event, but gave a white student additional "help" when the white student failed the same event. To be clear, the white student had struggled previously. The white student had an actual incident in the plane, and he was given the event to test his skills after the incident in the plane. The white student failed the event. But he was given additional events and multiple chances to improve. I passed the event, and I was subject to an FFPB and ultimately removed from training while the white student that failed was given the opportunity to complete the syllabus. ▓▓▓▓ ▓▓▓▓ held me, a black student, to a higher standard than white students in the FRS. That is blatant discrimination.

When I submitted an Article 1150 detailing this discrimination, ▓▓▓▓ ▓▓▓▓ responded that he treats all student pilots differently. He had no justification for holding me to a different standard than white students.

If that is not enough, ▓▓▓▓ ▓▓▓▓ also took intentional action to remove me from the program after the FFPB submitted its report. I submitted my rebuttal to the FFPB report to ▓▓▓▓ ▓▓▓▓. In my rebuttal, I highlighted substantial inaccuracies in the board's data. I repeatedly showed ▓▓▓▓ ▓▓▓▓ that I was performing to the same standard as other white students. ▓▓▓▓ ▓▓▓▓ responded to my rebuttal by adding his own false ranking to his endorsement. He stated that I was 99/100, when i was actually 55/100 in SHARP. ▓▓▓▓▓▓▓▓ made up a ranking to evaluate my performance that he did not use to evaluate any white students' performance. As a black student pilot, ▓▓▓▓▓▓▓ gave me my very own special ranking, and it made me 99/100 even though SHARP told me I was 55/100. I could not verify ▓▓▓▓ ▓▓▓▓ ranking or the information that was used to calculate it. There is no reason to create another ranking system when SHARP already does it in an objective way.

The only reason ▓▓▓▓▓▓▓▓ created his own ranking is because he couldn't officially write "Remove him because he is black." It is clear when reading the report that the board and ▓▓▓▓ ▓▓▓▓ had to work hard to create information that justified removing a student pilot ranked 55/100, while allowing other white students ranked lower to stay in training.

I requested MAST in order to get the information removed. ▓▓▓▓ ▓▓▓▓ refused to fix any of the bad information in the report or in his endorsement. During our meeting, he said that he had a right to add any information he wanted to his endorsement. However, the rules made it clear that no information could be added after I submitted my rebuttal. I had no chance to challenge any additional information. When confronted with the article 1150 complaint (1MAR17), ▓▓▓▓ ▓▓▓▓ said he interpreted evidence contained in the FFPB report, but nothing in the FFPB report indicated I was ranked 99/100.

I showed that I was performing equal to, and in some cases better than other white students, and I was still removed from the program. If I were a white male, I would have been allowed to continue training. Since I'm black, I was removed from training with false information to degrade my performance. ✂

▓▓▓▓ ▓▓▓▓ convened the FFPB and was the CO of the squadron. ▓▓▓▓▓▓▓▓ chose board members who participated in the "Pure Bloods" group chat to evaluate my performance. I repeatedly pointed out that members of the squadron should not have been on my board because they were interested parties, but I was ignored. ▓▓▓▓ ▓▓▓▓ was responsible for giving all students an equal opportunity, but instead, he denied me an equal opportunity to complete the FRS, and he gave white students additional opportunities to learn.

Please reference 21 Nov 17: Memorandum for the record: Discrimination and Unequal Treatment and the attachments.

| 9. Report Type: | |
|---|---|
| ☒ Formal | ☐ Informal |

Acknowledgment of Receipt of Report *(by Representative identified in Part I, Number 9)*:
I acknowledge receipt of this unlawful discrimination/harassment/sexual harassment report.
I understand that I have one calendar day *(24 hours)* to refer the report to the appropriate authority and to inform that authority of any interim action that is taken.

| 10. Representative Receiving Report: | 11. Rank/Rate: | 12. Position: |
|---|---|---|
| ▓▓▓▓▓▓▓ | ▓▓▓▓ | CCS |

| 13. Command Name/UIC: | 14. Representative Signature: | 15. Date: |
|---|---|---|
| COMNAVAIRLANT/57012 | Received via USFF HQ 13MAR18 | |

**Plaintiff's Exhibit 12**          **3 of 8**

NAVY EQUAL OPPORTUNITY (EO) AND SEXUAL HARASSMENT REPORT
**NAVPERS 5354/2 (Rev. 08-2017)**     Supporting Directives OPNAVINST 5354.1G and OPNAVINST 5300.13

**PART III. FORMAL REPORT PROCESSING/COMMAND ACTIONS**

**INTERIM FEEDBACK/ASSISTANCE TO COMPLAINANT.** Take particular care to avoid re-victimizing complainants (and witnesses). Keep the complainant and alleged offender apprised of the status of the investigation (including any deadline extensions). Provide supplemental counseling/ support assistance/referral as warranted. Ensure that all involved are aware of the retaliation plan of action and know that retaliation against the complainant will not be tolerated. (*Recommend keeping a record of such feedback/assistance. Attach record to the report form.*)

**RESOLUTION TIME STANDARDS/REPORTING.** Resolution of case should be completed no later than 20 days from investigation commencement. Resolution includes: Completion of investigation, determination of validity of report, adjudication at non-judicial punishment or courts-martial, initiation of other appropriate action, notification to accused, and notification of complainant and submission of a close-out. If time standards cannot be met, continuation messages every 14 days through case resolution is mandatory for reports of sexual harassment. Explain the reason(s) for delay. Send all messages UNCLASSIFIED.

**DOCUMENT COMMAND ACTION.** The complainant's command is responsible for ensuring Parts I and II are complete and providing this to the alleged offender's Commander, Commanding Officer or Officer-in-charge (hereafter referred to as Commander) (as applicable). Upon completion of Part III, with the exception of continuation(s) and close-out Date Time Groups, Parts I through III are required to be forwarded within 72 hours (3 days) and Parts IV and V upon final disposition of report, via appropriate Echelon II CCS, CMEO program manager, or EO program manager, to Mill_NavyEOAdvice@Navy.mil via an e-mail that is not encrypted. Command records should permit reviewers to clearly ascertain/assess decisions reached. Make appropriate entries in individual personnel records, if applicable. Make any statistical reports required by the chain of command. Retain this completed form and investigation onboard at least two years, at which time the *entire command investigation shall be sent to the Office of the Judge Advocate General (Code 15)* Investigations Branch. Provide a copy of completed form to complainant as authorized under Freedom of Information Act (FOIA) and governing directives.

1. Command Climate Specialist (CCS) Consultation: OPNAVINST 5300.XX and OPNAVINST 5354.1G requires consultation of a CCS in all informal, formal, and anonymous sexual harassment, unlawful discrimination and harassment reports.

| (a) Command Climate Specialist *Name:* | (b) Rank/Rate: | (c) Command Name/UIC: |
|---|---|---|
| | E8/AM | COMNAVAIRPAC/57025 |

| (d) Command Climate Specialist Phone Number: | (e) Command Climate Specialist E-mail Address: |
|---|---|
| | |

I understand that *I must provide all appropriate voice reports and required message reports (e.g., OPREP) per OPNAVINST F3100.6 series within* established time lines. I further understand *I must initiate an appropriate investigation or ensure that one is being conducted (e.g., by NCIS) within* three calendar days (72 hours) and notify complainant the same day of investigation commencement. I must ensure a retaliation plan is created and acknowledged by all involved parties. I also understand that I am required to consult a CCS prior to making a determination of this report, as well as consult with a *judge advocate* for all allegations of sexual harassment and for legal sufficiency review.

Transfer of Report: When the complainant and alleged offender are assigned to different commands or services *(when all parties are not assigned to a joint military environment)*, the report shall be processed by the command or service of the alleged offender.

2. Commander *Directing Investigation:*

| (a) Name: | (b) Rank/Rate: | (c) Command Name/UIC: |
|---|---|---|
| | | COMNAVAIRPAC/57025 |

| (d) Contact Information: | (e) Signature: | (f) Date: |
|---|---|---|
| | FOR | 10 Jan 18 |

3. Date Time Group (DTG) of OPREP Messages *(Attach a copy of all messages to this form.)*

| (a) Initial DTG: | (b) Close-Out DTG: |
|---|---|
| 042136Z APR 18 ZEL | |

4. Investigating Officer:

| (a) Name and Contact Information: | (b) Date Convened: |
|---|---|
| | 10JAN18 |

5. Complainant Acknowledgment/Signature. *(By signing, Complainant affirms the above has been read and is understood.)*

| (a) Name: | (b) Signature: | (c) Date: |
|---|---|---|
| JASON A. ASHLEY | | |

6. Alleged Offender Acknowledgment/Signature. *(By signing, Alleged Offender affirms the above has been read and is understood.)*

(a) DoD ID Number:

| (b) Name: | (c) Signature: | (d) Date: |
|---|---|---|
| | | |

NAVY EQUAL OPPORTUNITY (EO) AND SEXUAL HARASSMENT REPORT
**NAVPERS 5354/2 (Rev. 08-2017)**          Supporting Directives OPNAVINST 5354.1G and OPNAVINST 5300.13

### PART IV. FORMAL NOTIFICATION REVIEW

1. Notification of Action Taken to Resolve Report. *(To concur within 20 calendar days of receipt of report.)*

| (a) Report was completed on: | (b) Report was found to be: |
|---|---|
| 13JUL18 | Substantiated |

(c) Based on the following findings:
~~SEE ATTACHED~~

*SEE REDACTED COPIES RECEIVED*
*16 MAY 19*
*22 MAY 19 (FOIA PROCESS)*

2. Right to review by higher authority (via an appeal): I acknowledge notice of my right to submit a statement concerning the investigative findings and command action taken, and to request review of those findings and actions by the Echelon II Commander. Any statement and, or request must be submitted within 7 days of acknowledgment.

| (a) Echelon II Command: | (b) Echelon II CCS/EO Program Manager Contact Information: |
|---|---|

3. Complainant Acknowledgment/Signature. *(By signing, Complainant affirms the above has been read and is understood.)*

☑ I intend to submit a statement/appeal.          ☐ I DO NOT intend to submit a statement/appeal.

| (a) Name: | (b) Signature: | (c) Date | (d) Seven Days: |
|---|---|---|---|
| JASON A. ASHLEY | | 4 JUN 19 | 11 JUN 19 |

4. Alleged Offender Acknowledgment/Signature. *(By signing, Alleged Offender affirms the above has been read and is understood.)*

☐ I intend to submit a statement/appeal.          ☐ I DO NOT intend to submit a statement/appeal.

| (a) Name: | (b) Signature: | (c) Date : | (d) Seven Days: |
|---|---|---|---|
| ███████ | | | |

### PART V. FORMAL APPEAL

1. First Appeal Results:

☐ CONCUR          ☐ DO NOT CONCUR

| (a) Name of Echelon II Reviewing Authority (Commander/Designee): | (b) Rank/Rate: | (c) Command Name/UIC: |
|---|---|---|

| (d) Contact Information: | (e) Signature: | (f) Date: |
|---|---|---|

2. Complainant Acknowledgment/Signature. *(By signing, Complainant affirms the above has been read and is understood.)*

☐ I intend to submit a statement/appeal.          ☐ I DO NOT intend to submit a statement/appeal.

| (a) Name: | (b) Signature: | (c) Date : | (d) Seven Days: |
|---|---|---|---|
| JASON A. ASHLEY | | | |

3. Alleged Offender Acknowledgment/Signature. *(By signing, Alleged Offender affirms the above has been read and is understood.)*

☐ I intend to submit a statement/appeal.          ☐ I DO NOT intend to submit a statement/appeal.

| (a) Name: | (b) Signature: | (c) Date : | (d) Seven Days: |
|---|---|---|---|
| ███████ | | | |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE

Print Form

**Plaintiff's Exhibit 12**

**NAVY EQUAL OPPORTUNITY (EO) AND SEXUAL HARASSMENT REPORT**
**NAVPERS 5354/2 (Rev. 08-2017)**      Supporting Directives OPNAVINST 5354.1G and OPNAVINST 5300.13

**PART III: FORMAL REPORT PROCESSING/COMMAND ACTIONS**

**INTERIM FEEDBACK/ASSISTANCE TO COMPLAINANT.** Take particular care to avoid re-victimizing complainants (and witnesses). Keep the complainant and alleged offender apprised of the status of the investigation (including any deadline extensions). Provide supplemental counseling/ support assistance/referral as warranted. Ensure that all involved are aware of the retaliation plan of action and know that retaliation against the complainant will not be tolerated. (Recommend keeping a record of such feedback/assistance. Attach record to the report form.)
**RESOLUTION TIME STANDARDS/REPORTING.** Resolution of case should be completed no later than 20 days from investigation commencement. Resolution includes: Completion of investigation, determination of validity of report, adjudication at non-judicial punishment or courts-martial, initiation of other appropriate action, notification to accused, and notification of complainant and submission of a close-out. If time standards cannot be met, continuation messages every 14 days through case resolution is mandatory for reports of sexual harassment. Explain the reason(s) for delay. Send all messages UNCLASSIFIED.
**DOCUMENT COMMAND ACTION.** The complainant's command is responsible for ensuring Parts I and II are complete and providing this to the alleged offender's Commander, Commanding Officer or Officer-in-charge (hereafter referred to as Commander) (as applicable). Upon completion of Part III, with the exception of continuation(s) and close-out Date Time Groups, Parts I through III are required to be forwarded within 72 hours (3 days) and Parts IV and V upon final disposition of report, via appropriate Echelon II CCS, CMEO program manager, or EO program manager, to Mill_NavyEOAdvice@Navy.mil via an e-mail that is not encrypted. Command records should permit reviewers to clearly ascertain/assess decisions reached. Make appropriate entries in individual personnel records, if applicable. Make any statistical reports required by the chain of command. Retain this completed form and investigation onboard at least two years, at which time the entire command investigation shall be sent to the Office of the Judge Advocate General (Code 15) Investigations Branch. Provide a copy of completed form to complainant as authorized under Freedom of Information Act (FOIA) and governing directives.

**1. Command Climate Specialist (CCS) Consultation:** OPNAVINST 5300.XX and OPNAVINST 5354.1G requires consultation of a CCS in all informal, formal, and anonymous sexual harassment, unlawful discrimination and harassment reports.

| (a) Command Climate Specialist Name: | (b) Rank/Rate: | (c) Command Name/UIC: |
|---|---|---|
| | | |

| (d) Command Climate Specialist Phone Number: | (e) Command Climate Specialist E-mail Address: |
|---|---|
| | |

I understand that I must provide all appropriate voice reports and required message reports (e.g., OPREP) per OPNAVINST F3100.6 series within established time lines. I further understand that I must initiate an appropriate investigation or ensure that one is being conducted (e.g., by NCIS) within three calendar days (72 hours) and notify complainant the same day of investigation commencement. I must ensure a retaliation plan is in place and acknowledged by all involved parties. I also understand that I am required to consult a CCS prior to making a determination of this report, as well as, consult with a judge advocate for all allegations of sexual harassment and for legal sufficiency review.

Transfer of Report: When the complainant and alleged offender are assigned to different commands or services (when all parties are not assigned to a joint military environment), the report shall be processed by the command or service of the alleged offender.

**2. Commander Directing Investigation:**

| (a) Name: | (b) Rank/Rate: | (c) Command Name/UIC: |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | CAPT | CSFWL / 09103 |

| (d) Contact Information: | (e) Signature: | (f) Date: |
|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | 6 APR 18 |

**3. Date Time Group (DTG) of OPREP Messages** (Attach a copy of all messages to this form.)

| (a) Initial DTG: | (b) Close-Out DTG: |
|---|---|
| 051915Z APR 18 | |

**4. Investigating Officer.**

| (a) Name and Contact Information: | (b) Date Convened: |
|---|---|
| CAPT ▓▓▓▓▓▓ | |

**5. Complainant Acknowledgment/Signature.** (By signing, Complainant affirms the above has been read and is understood.)

| (a) Name: | (b) Signature: | (c) Date: |
|---|---|---|
| JASON ASHLEY | ▓▓▓▓ | 18 APR 18 |

**6. Alleged Offender Acknowledgment/Signature.** (By signing, Alleged Offender affirms the above has been read and is understood.)

(a) DoD ID Number:

| (b) Name: | (c) Signature: | (d) Date: |
|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | 26 APR 18 |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE                    [ Print Form ]

**Plaintiff's Exhibit 12**                    **6 of 8**

**NAVY EQUAL OPPORTUNITY (EO) AND SEXUAL HARASSMENT REPORT**
**NAVPERS 5354/2 (Rev. 08-2017)**          Supporting Directives OPNAVINST 5354.1G and OPNAVINST 5300.13

**PART IV. FORMAL NOTIFICATION REVIEW**

1. Notification of Action Taken to Resolve Report. *(To concur within 20 calendar days of receipt of report.)*

(a) Report was completed on:          (b) Report was found to be:

13 JUL 18                    Unsubstantiated (No Corroboration)

(c) Based on the following findings:

Refer to COMNAVAIRLANT ltr 5354 Ser N01L/400 of 26 Dec 19 (Subj: Determination of Equal Opportunity Complaint Against ▇▇▇▇▇▇▇▇▇▇▇, USNR). A copy of the letter with third party privacy information redacted is provided to the complainant and the alleged offender. COMNAVAIRLANT independent determination on the complaint was directed by COMNAVAIRFOR ltr 5354 Ser N00/389 of 9 Sep 19.

2. Right to review by higher authority (via an appeal): I acknowledge notice of my right to submit a statement concerning the investigative findings and command action taken, and to request review of those findings and actions by the Echelon II Commander. Any statement and, or request must be submitted within 7 days of acknowledgment.

(a) Echelon II Command:                    (b) Echelon II CCS/EO Program Manager Contact Information:

U.S. FLEET FORCES COMMAND          ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3. Complainant Acknowledgment/Signature. *(By signing, Complainant affirms the above has been read and is understood.)*

[✓] I intend to submit a statement/appeal.  ASHLEY.JAS Digitally signed by  [ ] I DO NOT intend to submit a statement/appeal.

(a) Name:                    ON.AUSTIN. ASHLEY.JASON.AUS          (c) Date :      (d) Seven Days:
                              TIN.1264671155
ASHLEY, JASON A.          1264671155 Date: 2020.01.15
                              16:18:12 -08'00'

4. Alleged Offender Acknowledgment/Signature. *(By signing, Alleged Offender affirms the above has been read and is understood.)*

[ ] I intend to submit a statement/appeal.    [✗] I DO NOT intend to submit a statement/appeal.

(a) Name:          (b) Signature:          (c) Date :      (d) Seven Days:
▇▇▇▇▇▇▇          ▇▇▇▇▇▇▇▇▇▇▇          3 JAN 20      6 JAN 20

**PART V. FORMAL APPEAL**

1. First Appeal Results:

[ ] CONCUR                    [ ] DO NOT CONCUR

(a) Name of Echelon II Reviewing Authority          (b) Rank/Rate:   (c) Command Name/UIC:
    *(Commander/Designee)*:

(d) Contact Information:          (e) Signature:          (f) Date:

2. Complainant Acknowledgment/Signature. *(By signing, Complainant affirms the above has been read and is understood.)*

[ ] I intend to submit a statement/appeal.    [ ] I DO NOT intend to submit a statement/appeal.

(a) Name:          (b) Signature:          (c) Date :      (d) Seven Days:
ASHLEY, JASON A.

3. Alleged Offender Acknowledgment/Signature. *(By signing, Alleged Offender affirms the above has been read and is understood.)*

[ ] I intend to submit a statement/appeal.    [ ] I DO NOT intend to submit a statement/appeal.

(a) Name:          (b) Signature:          (c) Date :      (d) Seven Days:
▇▇▇▇▇▇▇

**NAVY EQUAL OPPORTUNITY (EO) AND SEXUAL HARASSMENT REPORT**
**NAVPERS 5354/2 (Rev. 08-2017)**      Supporting Directives OPNAVINST 5354.1G and OPNAVINST 5300.13

**PART V. FORMAL APPEAL (continued)**

4. SECNAV - Final Appeal Results *(action that been taken to resolve report by reviewing authority):*

☐ CONCUR                    ☐ DO NOT CONCUR

(a) Name of SECNAV Reviewing Authority:          (b) Rank/Rate:      (c) Command Name/UIC:

(d) Contact Information:                (e) Signature:                    (f) Date:

5. Complainant Acknowledgment/Signature. *(By signing, Complainant affirms the above has been read and is understood.)*

(a) Name:                    (b) Signature:                    (c) Date:

6. Alleged Offender Acknowledgment/Signature. *(By signing, Alleged Offender affirms the above has been read and is understood.)*

(a) Name:                    (b) Signature:                    (c) Date:

**PART VI. FORMAL REPORT FOLLOW-UP**

1. Complainant Follow-Up Survey *(Commanders shall conduct a follow-up debrief with the Complainant 30-45 days after the final action. Command follow-up will include a determination of Complainant satisfaction with the effectiveness of corrective action, timeliness, present command climate, and a review to ensure retaliation did not occur.):*

(a) Were you subjected to any form of retaliation because of your report?

(b) Rate your level of satisfaction with the processing of your report.

(c) Rate your level of satisfaction with the resolution of your report.

(d) What could have prevented this incident?

2. Complainant Follow-Up Comments:

3. Complainant Acknowledgment/Signature. *(By signing, Complainant affirms the above has been read and is understood.)*

(a) Name:                    (b) Signature:                    (c) Date:

4. Commander Follow-Up Notes. *(Indicate dates/nature of any actions prompted by Complainant debrief. Attach additional sheets as necessary.)*

5. Commander Acknowledgment/Signature. *(By signing, Commanding Officer affirms the above is correct and report process is complete.)*

(a) Name:                    (b) Signature:                    (c) Date:

**Plaintiff's Exhibit 12**            **8 of 8**