```
              Transcript of Flag Panel Video Excerpt
                      2019 Tailhook Convention
                         September 6, 2019
                    (Full video available at:
         https://livestream.com/wab/tailhook2019/videos/195959742)
```

**00:02: (CDR Joel Caponigro)** Good afternoon, I'm, uh, Commander Joel Caponigro, call sign "Furious," Ops O at VFA-106 in Oceana.  I have a question here that, uh, took some input to do, so I had to write it down.  Um, what would you say to an entire generation of future CO's and current CO's, uh, JO's and Department Heads in the room who are watching the IG process used as a weapon for individuals that don't like their boss.  In other words, why would you choose to stay in the Navy after watching anyone with protected communication completely wreak havoc on the safety process, while the O-5 leadership that's trying to do the right thing takes the fall for doing it.  The perception that upper levels of leadership are not supporting at their subordinates in hopes that it just doesn't affect their careers is out there, and that's, they're not receiving support from the upper levels.  Additionally, what efforts are being made to go after the important issues of good or-, good order and discipline, and to ensure that our O-5 leadership currently in command is supported to the fullest extent possible.

**00:56:** Applause from the audience

**01:05: (RADM Roy Kelley)** Delicate question.  Thank you much for it.  So-

**01:08: (CDR Joel Caponigro)** I'm not a delicate person (laughs).

**01:10: (RADM Roy Kelley)** A cou-, ya, a couple of things that, uh, we can, we can talk about here.  Obviously when it comes to, uh, the, the IG process, let, I want to make sure that everybody understands that, that is an independent organization.  So, you know, if, if somebody in here says, uh, you know hey we're, we're concerned about leadership and where they're going with the IG, there is, uh, those are two different things completely. Okay, so, if we're talking about an IG that's happened, that is exclusive of the people you see up here.  Okay? Independent organization. Does its own investigations, and uh, we, we have no connection, we have no, uh, uh, nothing that we can go back to change what their opinion is, or what their, their results are.  Okay? So start with that.  Now specifics on, on the cases that you're referencing, uh, obviously we're not gonna to dive into those.  But, uh, I can tell ya, that, uh, we are, we are concerned about things that happened as a result of an IG, or somebody abuses the system; as uh, as you describe, using IG as a weapon.  And, uh, those engagements with senior leadership to the IG are happening.  Just to make sure they understand our concerns that we, we see happen; and to, uh, to try to see what they can do to put prevention things in place so that people aren't given the opportunity to abuse the system. So, the case that you're referencing, we're obviously not gonna talk the specifics to, but I do want make sure you understand that, that leadership is, uh, engaged on it, uh, with the IG, but also,

**Plaintiff's Exhibit 13**                                          **1 of 2**

leadership is, uh, in the middle of the process.  So, what you're describing is not done.  Uh, the, uh, the results, uh, will continue to be acted upon, and, uh, those will be resolved here in the near future.

**02:57: (CDR Joel Caponigro)** Yet it still takes down good people before decisions are made.

**03:00: (RADM Roy Kelley)** And, and…

**03:01: (VADM DeWolfe Miller)** No argument

**03:02: (RADM Roy Kelley)** And, and, you know, there's, there's gonna be some that, that, uh, will look at it that way for sure, and uh, I, I can't argue your point.  What I will say is that there's, uh, um, investigations that happened, and the information in the investigations, we, uh, we have to protect, but at the same time, understand that anytime that we're involved in a situation like this, uh, anything you do, any actions you take can be viewed differently than you might have i-, indicated, or mi-, uh, the way that you might have approached it.  So, you know, when, whenever we're, uh, we're given the responsibilities to take action for, uh, an investigation, or to follow-up, you have to understand that every individual is given their rights; and every opportunities if they want to engage with senior leadership outside organizations.  Uh, and, and, we have to protect that.  The other side of this too is we have to make sure if we're, we're, uh, tasked with doing anything in re-, in regards to that particular investigation, we gotta make sure we do it absolutely perfectly clean.  I'll leave it at that.

**04:04: (CDR Joel Caponigro)** Yes sir. Thank you.