IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW, )<br>  )<br>   Plaintiff )<br>  )<br>   v. )<br>  )<br>THE HONORABLE THOMAS MODLY, )<br>*et al.*, )<br>  )<br>  )<br>   Defendants. )<br>_____ ) | Civil Action No. 1:20-cv-00410-RDM |

**JOINT STATUS REPORT**

Pursuant to the Court's orders of March 12, 2020 and March 17, 2020, the parties conferred on: (1) the parties' views on whether the briefing on Plaintiff's motion for a preliminary injunction should be stayed pending the Court's resolution of Plaintiff's motion to stay proceedings; and (2) whether the motion to file under seal is opposed. Plaintiff and Defendant Parlatore could not reach an agreed upon position to the two orders; Defendant Parlatore will separately file a report providing his position.

**A.    Briefing of Motion for Preliminary Injunction**

1. <u>Plaintiff</u>: the briefing for the Motion for Preliminary Injunction should be stayed pending completion of the appeal to the Secretary of Defense ("Secretary"). Plaintiff will be voluntarily dismissing the three Admiral Defendants (Grady, Miller, and Kelley); the decision of the Secretary will constitute final agency action for purposes of the Administrative Procedure Act (APA). If the Secretary's decision requires judicial appeal, Plaintiff will seek leave to file an

amended complaint. Because the underlying APA cause of action will change in the amended complaint, briefing on the motion is not ripe at this time.

2. <u>Navy Defendants</u>:[1] The briefing should continue. Plaintiff informed the Court on February 13, 2020 that he intended to amend the complaint and file a supplemental motion by March 5, 2020; this has not occurred.

**B.      Sealing of Lt. Cmdr. Len's Affidavit**

Navy Defendants do not oppose ECF No. 14. The parties will confer on appropriate redactions for a public filing of the declaration.

Respectfully submitted,

/s/  *Eric S. Montalvo*
Eric S. Montalvo, D.C. Bar No. 993206
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone:  202-862-4360
Facsimile:  888-899-6053
emontalvo@fedpractice.com

Attorney for Plaintiff

TIMOTHY J. SHEA, D.C. Bar No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

---

[1] Collectively references Defendants Modly, Grady, Miller, and Kelley.

By: */s/ Brenda Gonzalez Horowitz*
BRENDA GONZALEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2512
Brena.gonalez.horowitz@usdoj.gov
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, a copy of the foregoing filing was filed electronically via this Court's Electronic Court Filing system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Eric S. Montalvo*
Eric S. Montalvo
