IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN E. SHAW, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-00410-RDM |
| THE HONORABLE THOMAS MODLY, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's order of March 21, 2020, Plaintiff hereby provides notice to the Court that he has withdrawn his motion for preliminary injunction.

Respectfully submitted,

/s/  *Eric S. Montalvo*
Eric S. Montalvo, D.C. Bar No. 993206
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone:  202-862-4360
Facsimile:  888-899-6053
emontalvo@fedpractice.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, a copy of the foregoing filing was filed electronically via this Court's Electronic Court Filing system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Eric S. Montalvo*
Eric S. Montalvo