IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN E. SHAW, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00410-RDM |
| | ) | |
| THE HONORABLE THOMAS MODLY, | ) | |
| *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF DISMISSAL

In accordance with Federal Rules of Civil Procedure (Fed. R. Civ. Pro.) 41(a)(1)(A)(i),

Plaintiff hereby provides notice of voluntary dismissal of all causes of actions against the

following Defendants: Admiral Christopher Grady, Vice Admiral DeWolfe Miller, and Rear

Admiral Roy Kelley.

Respectfully submitted,

            /s/  *Eric S. Montalvo*
Eric S. Montalvo, DC Bar No. 993206
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone:  202-862-4360
Facsimile:  888-899-6053
emontalvo@fedpractice.com

Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on March 26, 2020, I filed the foregoing with this Court's ECF

which caused a copy to be electronically submitted to all parties receiving ECF notices.

                              /s/ *Eric S. Montalvo*
Eric S. Montalvo, DC Bar No. 993206
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone:  202-862-4360
Facsimile:  888-899-6053
emontalvo@fedpractice.com