IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN E. SHAW, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00410-RDM |
| | ) | |
| THE HONORABLE THOMAS MODLY, *et al.*, | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### **PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a) (d), Plaintiff respectfully moves this Court for leave to file a supplemental complaint. A supplemental complaint may be filed upon notice and motion when transactions or events occur after the pleading first occurred. Fed. R. Civ. P. 15(d); *United States v. Hicks*, 283 F.3d 380, 385 (D.C.Cir. 2002); *Powell v. Internal Revenue Service*, 263 F. Supp. 3d 5, 7 (D.D.C. 2017). "[S]uch motions are to be freely granted when doing so will promote the economic and speedy disposition of the entire controversy between the parties, will not cause undue delay or trial inconvenience, and will not prejudice the rights of the other parties to the action." *Hall v. CIA*, 437 F.3d 94, 101 (D.C. Cir. 2006).

Plaintiff supplements his original complaint with the following: (1) all defendants and causes of action relating to the Administrative Procedure Act have been removed due to the recent discovery by Plaintiff of the Secretary of the Navy's authorization of the second command directed investigation (which has necessitated further administrative appeal to the Secretary of

Defense); and (2) Defendant Parlatore's recent notice to Plaintiff that he has documents from Plaintiff's Field Naval Aviator Evaluation Board conducted in October 2018. Plaintiff's Exhibit 1. The Court should grant Plaintiff's motion because the balance of equities rest in favor of granting. First, the supplemental complaint promotes economic disposition because it streamlines the causes of action. It also ensures that all relevant facts are before this Court. Second, it will not cause any undue delay or prejudice as the supplement only relates to Defendant Modly, who has not yet filed a responsive pleading.

      Therefore, and for the equitable reasons shown, Plaintiff requests this Court grant his motion for leave to file the supplemental complaint.

Respectfully submitted,

/s/ *Eric S. Montalvo*
Eric S. Montalvo, D.C. Bar No. 993206
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: 202-862-4360
Facsimile: 888-899-6053
emontalvo@fedpractice.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 26, 2020, a copy of the foregoing filing was filed electronically via this Court's Electronic Court Filing system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                */s/ Eric S. Montalvo*
                Eric S. Montalvo