## List of Acronyms and Abbreviations

| Acronym | Definition |
|---|---|
| ACASS | Naval Aviation Climate Assessment Survey System |
| ACIP | Aviation Career Incentive Pay |
| ACT | Active Duty |
| Adm. | Admiral |
| AIM | All Instructor Meeting |
| AOM | All Officer Meeting |
| ASN (M&RA) | Assistant Secretary of the Navy (Manpower and Reserve Affairs) |
| BUPERS | Bureau of Naval Personnel |
| CAG | Commander, Carrier Air Wing |
| Capt. | Captain |
| CAT | Category |
| CCS | Command Climate Specialist |
| CDI | Command Directed Investigation |
| CDR | Commander |
| CHNAVPERS | Chief of Naval Personnel |
| CI | Command Investigation |
| Cmdr. | Commander |
| CMEO | Command Managed Equal Opportunity |
| CNAF | Commander, Naval Air Forces |
| CNAL | Commander, Naval Air Forces, Atlantic |
| CNAP | Commander, Naval Air Forces, Pacific |
| CNATRA | Chief of Naval Air Training |
| CNO | Chief of Naval Operations |
| CNP | Chief of Naval Personnel |
| CPO | Chief Petty Officer |
| CO | Commanding Officer |
| CQ | Carrier Qualifications |
| CRM | Crew Resource Management |
| CSA | Command Safety Assessment |
| CSFWL | Commander, Strike Fighter Wing, Atlantic |
| CVW | Carrier Air Wing |
| CVN | Carrier, Fixed Wing Aircraft, Nuclear ("Aircraft Carrier") |
| DCA | Deputy Commandant for Aviation |
| DCAG | Deputy Commander, Carrier Air Wing |
| DCNO | Deputy Chief of Naval Operations |
| DH | Department Head |
| DoD | Department of Defense |
| DoD IG | Department of Defense Inspector General |
| DODCAF | Department of Defense Consolidated Adjudications Facility |
| DODOIG | Department of Defense Office of the Inspector General |
| DON | Department of the Navy |
| DQ | Disqualify |
| E-# | Enlisted Rank, (#) Number Indicates Level |
| EO | Equal Opportunity |
| FFPB | Field Flight Performance Board |
| FHP | Flight Hour Program |
| FITREP | Fitness Report |
| FNAEB | Field Naval Aviator Evaluation Board |
| FOIA | Freedom of Information Act |
| FOUO | For Official Use Only |
| FRS | Fleet Replacement Squadron |
| GCMCA | General Court-Martial Convening Authority |
| HAZREP | Hazard Report |
| HFB | Human Factors Board |
| HFC | Human Factors Council |
| IAC | Instructor Aircrew |
| IG | Inspector General |
| IO | Investigating Officer |
| IP | Instructor Pilot |
| ISIC | Immediate Superior in Command |
| IUT | Instructor Under Training |
| JAG | Judge Advocate General |
| JAGC | Judge Advocate General's Corps |
| JAGMAN | Manual of the Judge Advocate General |
| JPAS | Joint Personnel Adjudication System |
| LCDR | Lieutenant Commander |
| LOI | Letter of Instruction |
| LSO | Landing Signal Officer |
| Lt. | Lieutenant |
| Lt. Cmdr. | Lieutenant Commander |
| Lt. Col. | Lieutenant Colonel |
| Lt. j.g. | Lieutenant Junior Grade |
| LTC | Lieutenant Colonel |
| MAG | Marine Aircraft Group |
| MHE | Mental Health Evaluation |
| MILPERSMAN | Naval Military Personnel Manual |
| MWPA | Military Whistleblower Protection Act |
| NAS | Naval Air Station |
| NATOPS | Naval Air Training and Operating Procedures Standardization |
| NAVINSGEN | Naval Inspector General |
| NAWCTSD | Naval Air Warfare Center, Training and Systems Development |
| NAVPERS | Navy Personnel |
| NCIS | Naval Criminal Investigative Service |
| NFO | Naval Flight Officer |
| NJP | Non-Judicial Punishment |
| NPLOC | Non-Punitive Letter of Caution |
| O-# | Officer Rank, (#) Number Indicates Level |
| OIC | Officer in Charge |
| OIG | Office of the Inspector General |
| OMPF | Official Military Personnel File |
| OPNAVINST | Chief of Naval Operations Instruction |
| Ops O | Operations Officer |
| ORM | Operational Risk Management |
| PA | Personnel Action |
| PC | Protected Communications |
| PCL | Pocket Checklist |
| PCO | Prospective Commanding Officer |
| PDCAG | Prospective Deputy Commander, Carrier Air Wing |
| PI | Preliminary Inquiry |
| PII | Personally Identifiable Information |
| PLM | Precision Landing Mode |
| POGO | Project on Government Oversight |
| PRB | Performance Review Board |
| PXO | Prospective Executive Officer |
| RADM | Rear Admiral |
| RAG | Replacement Air Group |
| RGD | Retirement Grade Determination |
| RMO | Responsible Management Officer |
| ROI | Report on Investigation |
| SECNAVINST | Secretary of the Navy Instruction |
| SFWL | Strike Fighter Wing Atlantic |
| SJA | Staff Judge Advocate |
| SOD | Signal of Difficulty |
| SOP | Standard Operating Procedures |
| SP | Student Pilot |
| STRKFITRON | Strike Fighter Squadron |
| SWO | Surface Warfare Officer |
| TAD | Temporary Additional Duty |
| TDY | Temporary Duty |
| TOFT | Tactical Operational Flight Trainer |
| TTP | Tactics, Techniques, and Procedures |
| UCMJ | Uniform Code of Military Justice |
| UIC | United Identification Code |
| USFF | United States Fleet Forces |
| USFFC | United States Fleet Forces Command |
| USMC | United States Marine Corps |
| USN | United States Navy |
| USPTO | United States Patent and Trademark Office |
| VADM | Vice Admiral |
| VCNO | Vice Chief of Naval Operations |
| VFA | Strike Fighter Squadron |
| VMFAT | Marine Fighter Attack Training Squadron |
| VT | Fixed-Wing Training Squadron |
| WRI | Whistleblower Reprisal Investigation |
| WSO | Weapons Systems Officer |
| XO | Executive Officer |