IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-00410-RDM |
| ) | |
| THE HONORABLE THOMAS MODLY, ) | |
| *et al.*, ) | |
| ) | |
| ) | |
|    Defendants. ) | |
| _____ ) | |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's order of March 27, 2020, Plaintiff hereby provides notice to the Court that he has voluntarily dismissed all causes of action under the APA. Depending on the result of the administrative appeal now pending before the Secretary of Defense, Plaintiff may need to seek this Court's leave at a future date to amend and supplement his complaint with a cause of action against the Secretary of Defense under the APA.

Respectfully submitted,

      /s/  *Eric S. Montalvo*
Eric S. Montalvo, D.C. Bar No. 993206
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone:  202-862-4360
Facsimile:  888-899-6053
emontalvo@fedpractice.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2020, a copy of the foregoing filing was filed electronically via this Court's Electronic Court Filing system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Eric S. Montalvo*
                                          Eric S. Montalvo