## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THE HONORABLE THOMAS MODLY, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 20-410 (RDM) |

### PLAINTIFF'S NOTICE OF FILING REDLINE COMPLAINT

Pursuant to the Court's order of April 13, 2020, Plaintiff attaches to this notice a copy of the redline comparison of his original Complaint and the filed Amended Complaint.

**Certificate of Service**

I hereby certify that on April 17, 2020, I filed the foregoing with this Court's Electronic Filing System which caused the respective parties to receive an electronic copy.

        /s/ *Eric S. Montalvo*
Eric S. Montalvo, DC Bar No. 993206
THE FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: 202-862-4360
Facsimile: 888-899-6053
emontalvo@fedpractice.com