IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN E. SHAW, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00410-RDM |
| | ) | |
| THE HONORABLE THOMAS MODLY, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the respective parties that any claim against Defendant Parlatore alleging libel *per se* for any statement pertaining to the alleged theft of intellectual property by Plaintiff Shaw through the application of a patent is voluntarily dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| /s/ Eric S. Montalvo | /s/ Timothy C. Palatore |
| Eric S. Montalvo, D.C. Bar No. 993206 | TIMOTHY C. PARLATORE |
| THE FEDERAL PRACTICE GROUP | Defendant, *Pro Se* |
| 1750 K Street, N.W., Suite 900 | Parlatore Law Group, LLC |
| Washington, D.C. 20006 | New York, New York 10007 |
| Telephone: 202-862-4360 | 212-679-6312 |
| Facsimile: 888-899-6053 | 212-202-4787 |
| emontalvo@fedpractice.com | Timothy.parlatore@parlatorelawgroup.com |

Attorney for Plaintiff

        TIMOTHY J. SHEA, D.C. Bar No. 437437
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division


By:    */s/ Brenda Gonzalez Horowitz*
        BRENDA GONZALEZ HOROWITZ
        D.C. Bar No. 1017243
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 Fourth Street, NW
        Washington, DC 20530
        (202) 252-2512
        Brena.gonalez.horowitz@usdoj.gov

        *Counsel for Defendant Modly*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 21, 2020, a copy of the foregoing filing was filed electronically via this Court's Electronic Court Filing system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      */s/ Eric S. Montalvo*
                                      Eric S. Montalvo