IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN E. SHAW, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00410-RDM |
| | ) | |
| THE HONORABLE THOMAS MODLY, *et al.*, | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to this Court's order of April 21, 2020, Plaintiff and Defendant Parlatore hereby provide notice that the Stipulation of Voluntary Dismissal, ECF No. 25, only applies to the claim of liber *per se* involving the allegation of theft of intellectual property. It does not apply to the claim of libel *per se* alleging theft of Lieutenant Colonel Nesbitt's notebook. It is the parties' understanding that the Second Cause of Action in Plaintiff's Amended Complaint, ECF No. 23, will remain, but only with the allegation of theft of Lieutenant Colonel Nesbitt's notebook.

Respectfully submitted,

| | |
|---|---|
| /s/ Eric S. Montalvo | /s/ Timothy C. Palatore |
| Eric S. Montalvo, D.C. Bar No. 993206 | TIMOTHY C. PARLATORE |
| THE FEDERAL PRACTICE GROUP | Defendant, *Pro Se* |
| 1750 K Street, N.W., Suite 900 | Parlatore Law Group, LLC |
| Washington, D.C. 20006 | New York, New York 10007 |
| Telephone: 202-862-4360 | 212-679-6312 |
| Facsimile: 888-899-6053 | 212-202-4787 |
| emontalvo@fedpractice.com | Timothy.parlatore@parlatorelawgroup.com |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2020, a copy of the foregoing filing was filed electronically via this Court's Electronic Court Filing system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                       */s/ Eric S. Montalvo*
                                                       Eric S. Montalvo