IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STEVEN SHAW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00410-RDM |
| | ) | |
| **JAMES E. MCPHERSON,** | ) | |
|     **Acting Secretary,** | ) | |
|     **United States Navy, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the report of the parties' results of their meet and confer, the record herein and for good cause shown, it is hereby, ORDERED that the Scheduling Order shall be as follows:

1. Initial disclosures shall occur by **July 8, 2020**.[1]

2. Proponents Rule 26(a)(2) disclosures shall occur by **February 8, 2021**;

3. Respondent's Rule 26(a)(2) disclosures shall occur by **March 8, 2021**;

4. Proponent's rebuttal Rule 26(a)(2) disclosures shall occur by **March 23, 2021**;

5. Rule 26(e)(2) supplementation of disclosures and responses shall occur by **the close of discovery on April 20, 2021**;

---

[1] Defendant James McPherson, Acting Secretary of the Navy (herein after "Defendant Navy"), intends to move for motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). Accordingly, Defendant Navy requests that a scheduling order be put in place only after the Court's ruling on the Navy's motion. However, should the Court wish to enter a schedule prior to that determination, the Navy has conferred with Plaintiff and Defendant Parlatore and agrees to the dates proposed herein.

      6.      The discovery deadline and submission of a status report shall occur on **April 20, 2021**;

      7.      Any dispositive pre-trial motions shall be filed by **May 20, 2021**;

      8.      Any response to dispositive pre-trial motions shall be filed by **June 21, 2021**; and

      9.      Any reply in support of dispositive pre-trial motions shall be filed by **July 7, 2021**.

The presumptive limits set by the Federal Rules of Civil Procedure on discovery shall apply.

Date:  _____      _____
                                          RANDOLPH D. MOSS
                                          United States District Judge