UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES E. MCPHERSON,<br>    Acting Secretary of the Navy, *et al.*,<br><br>    Defendants. | Civil Action No. 1:20-cv-00410-RDM |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter the appearance of William R. Cowden of William Cowden LLC as co-counsel for the Plaintiff, Steven E. Shaw.

Respectfully submitted,

/s/ *William R. Cowden*
William R. Cowden
DC Bar #426301)
WILLIAM COWDEN LLC
1750 K Street, N.W., Ste 900
Washington, DC 20006
(202) 808-3140 (office)
(888) 899-6053 (fax)
wcowden@cowdenllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2020, a copy of this Notice of Appearance was electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia using the Court's CM/ECF system. The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record in this matter.

/s/ *William R. Cowden*
William R. Cowden