UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN E. SHAW,

*Plaintiff,*

v.

KENNETH BRAITHWAITE,
Secretary, United States Navy,[1] *et al.*,

*Defendants.*

Civil Action No.: 20-0410 (RDM)

## NOTICE OF APPEARANCE OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian Field as counsel of record for Defendant Kenneth Braithwaite in the above-captioned case.

June 4, 2020

Respectfully submitted,

 */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2551
Brian.Field@usdoj.gov

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendant Kenneth Braithwaite is substituted automatically as the named Defendant in this action.