

Timothy C. Parlatore, Esq.
Founder & Managing Partner

June 9, 2020

The Honorable Randolph D. Moss
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

   Re: *Shaw v. Braithwaite, et. al.* 20-cv-410

Your Honor:

   I am a defendant, *pro se*, in the above referenced matter and am writing to respectfully request permission to issue subpoenas in this matter.  As Your Honor is aware, I am admitted to practice in multiple U.S. District Courts but have not yet been admitted in this District.  Fed.R.Civ.P. 45(a)(3) provides that:

> The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it.  That party must complete it before service.  An attorney also may issue and sign a subpoena if the attorney is authorized to practice in the issuing court.

   Unfortunately, my efforts to obtain a signed and blank subpoena from the clerk have been difficult, as I submitted the blank form over a month ago and despite multiple attempts to follow up, still have not received the signed subpoenas.  While I certainly understand that COVID has significantly impacted court operations, I respectfully submit that this is putting the parties on an unequal footing.  However, this situation could be easily remedied by authorizing me to issue subpoenas, as I am authorized to do in eight other District Courts, in addition to districts where I have appeared *pro hac vice*.

   Pursuant to LCvR. 7(m), I have communicated with the counsel for the other parties.  The U.S. Attorney's Office, counsel for Secretary Braithwaite, does not oppose this request, however counsel for the Plaintiff has indicated that they oppose

   I am eligible for admission, pursuant to LCvR 83.8(a)(2), but have been delayed in obtaining a Certificate of Good Standing from New York State, as they only issue paper certificates and the clerk's office has been running at significantly reduced capacity.  I am hoping to receive the certificate later this week, which would result in an anticipated admission date of July 6, 2020 or August 3, 2020.  I therefore respectfully request authorization to issue subpoenas while my full admission is pending.

.

                   Respectfully submitted,

                   Timothy C. Parlatore, Esq.

One World Trade Center, Ste 8500
New York, NY 10007

timothy.parlatore@parlatorelawgroup.com
www.parlatorelawgroup.com

212.679.6312 direct
212.202.4787 fax