# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW,<br><br>*Plaintiff,*<br><br>v.<br><br>KENNETH BRAITHWAITE,<br>Secretary, United States Navy,[1] *et al.*,<br><br>*Defendants.* | Civil Action No.: 20-0410 (RDM) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Kenneth Braithwaite respectfully requests a three-day extension of his deadline to file a motion for judgment on the pleadings. That motion is currently due on June 11, 2020. *See* Min. Order (May 12, 2020). This is Defendant's first request to extend this deadline. As the Court "will consider that motion while discovery is ongoing," the requested extension will not affect any other deadlines in this case. The Parties have conferred and the other Parties do not object to the requested relief.

There is good cause to grant the requested relief. Earlier this month, the undersigned Assistant United States Attorney ("AUSA") was assigned to handle this matter going forward. At that time, the Court had already set the June 11, 2020 deadline for the Government's motion for judgment on the pleadings. *See* Min. Order (May 12, 2020). Since being assigned to this case, the undersigned AUSA has been diligently reviewing the underlying materials in this case and working on the motion. That process, however, remains ongoing and will not be completed in

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendant Kenneth Braithwaite is substituted automatically as the named Defendant in this action.

time to file the motion by June 11, 2020. Specifically, the process has been delayed by the fact that the undersigned was already required to devote substantial time to several other matters over the past two weeks, including 6 dispositive motions (or replies), 11 joint status reports, and several pleadings.

    To allow the undersigned adequate time to review the case materials and complete the motion for judgment on the pleadings, Defendant Braithwaite respectfully requests that the Court enter the accompanying Proposed Order, which extends that deadline through June 16, 2020.

June 12, 2020                                                              Respectfully submitted,

                                                   MICHAEL R. SHERWIN
                                                   Acting United States Attorney

                                                   DANIEL F. VAN HORN
                                                 D.C. Bar #924092
                                                 Chief, Civil Division

                        By:    */s/ Brian J. Field*
                              BRIAN J. FIELD
                              D.C. Bar #985577
                              Assistant United States Attorney
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              Tel: (202) 252-2551
                              E-mail: Brian.Field@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN E. SHAW,

   *Plaintiff,*

  v.

KENNETH BRAITHWAITE,
Secretary, United States Navy,[2] *et al.*,

   *Defendants.*

Civil Action No.: 20-0410 (RDM)

### **[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Extension of Time, and the entire record herein, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Braithwaite shall file his motion for judgment on the pleadings by June 16, 2020

_____
Date

_____
United States District Judge

---

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Defendant Kenneth Braithwaite is substituted automatically as the named Defendant in this action.