**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STEVEN E. SHAW,

*Plaintiff*,

v.

KENNETH BRAITHWAITE,
Secretary, United States Navy, *et al.*,

*Defendants*.

Civil Action No.: 20-0410 (RDM)

**DEFENDANT KENNETH BRAITHWAITE'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant Kenneth Braithwaite respectfully requests that the Court enter judgment in his favor on the pleadings. In support of this Motion, Defendant respectfully refers the Court to the accompanying Memorandum of Law. Additionally, a Proposed Order accompanies this Motion.

June 16, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By: */s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STEVEN E. SHAW,

*Plaintiff*,

v.

KENNETH BRAITHWAITE,
Secretary, United States Navy, *et al.*,

*Defendants*.

Civil Action No.: 20-0410 (RDM)

**[PROPOSED] ORDER**

Upon consideration of Defendant Kenneth Braithwaite's Motion for Judgment on the Pleadings, and the entire record herein, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered in favor of Defendant Kenneth Braithwaite.

______________
Date

__________________________________
United States District Judge