IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH BRAITHWAITE, )<br>Secretary, United States Navy, *et al.*, )<br>)<br>   Defendants. )<br>_____ ) | Civil Action No. 20-0410(RDM) |

## CONSENT MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff, Steven E. Shaw, respectfully moves this Court for a two (2) day extension to file his Opposition to Defendant Braithwaite's Motion for Judgment on the Pleadings under Fed. R. Civ. P. 54(d)(2); this extension will bring the filing deadline from June 30, 2020 to July 2, 2020.

Plaintiff's Counsel has seen in increase in unanticipated deadlines over the past week that have caused Counsel's attention to be diverted from this matter; a two day extension will provide Plaintiff's Counsel time to thoroughly respond to Defendant Braithwaite's motion. Counsel for Defendant Braithwaite has been consulted and consents to this request.

For these reasons and for good cause shown, Plaintiff respectfully requests an extension of 2 days be granted, through and to include, Thursday, July 2, 2020.

Respectfully submitted,

by:     <u>     /s/ *Eric S. Montalvo*     </u>
ERIC S. MONTALVO, D.C. Bar No. 993206
Federal Practice Group
1750 K Street N.W., Suite 900
Washington, D.C. 20006
Telephone: 202-862-4360
Facsimile: 888-899-6053
emontalvo@fedpractice.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on June 29, 2020, I filed the foregoing Consent Motion for an Extension via this Court's electronic filing system, which effected electronic service on all parties.

                                          /s/  *Eric S. Montalvo*
Eric S. Montalvo, DC Bar No. 993206
Federal Practice Group
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone:  202-862-4360
Facsimile:  888-899-6053
emontalvo@fedpractice.com