IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.20-0410(RDM) |
| KENNETH BRAITHWAITE, Secretary, United States Navy, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Extend Time to file Plaintiff's Opposition to Defendant Braithwaite's Motion for Judgment on the Pleadings, it is on this _____ day of June, 2020, hereby,

ORDERED, that Plaintiff's motion is GRANTED.

This extension will bring the filing deadline to Thursday, July 2, 2020.

SO ORDERED.

HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE