IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>THE HONORABLE KENNETH )<br>BRAITHWAITE, *et al.* )<br>)<br>    Defendants. )<br>) | Civil Action No. 20-410 (RDM) |

## **ORDER**

Upon consideration of Defendant Braithwaite's Motion for Judgment on the Pleadings, the Opposition thereto, and the record herein, Defendant Braithwaite's Motion for Judgment on the Pleadings is DENIED.

_____    _____
Date                                          Randolph D. Moss
                                                    United States District Judge

Service by ECF