IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
|    v. | )   Civil Action No. 1:20-cv-00410-RDM |
| | ) |
| THE HONORABLE KENNETH BRAITHWAITE, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**<u>PROPOSED ORDER</u>**

Upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint, and the entire record herein, it is on this _____ day of July, 2020, hereby,

ORDERED, that Plaintiff's motion is GRANTED.

SO ORDERED.

 

                                                HONORABLE RANDOLPH D. MOSS
                                                UNITED STATES DISTRICT JUDGE