

Timothy C. Parlatore, Esq.
Founder & Managing Partner

August 24, 2020

The Honorable Randolph D. Moss
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

    Re: *Shaw v. Modly, et. al.* 20-cv-410

Your Honor:

    I am a defendant, *pro se*, in the above referenced matter and am writing, pursuant to Your Honor's Order, dated August 10, 2020 for the parties to submit "a joint status report, not to exceed five pages, setting forth their discover dispute to be discussed, on or before August 24, 2020." I respectfully request an extension of time until tomorrow, August 25, 2020 to file the requested joint status report. I have spoken with counsel for all other parties, all of whom consent to this request.

    The parties met and conferred on the afternoon of Friday, August 21, 2020, the earliest date that Plaintiff's counsel made available to discuss. At this conference, Plaintiff raised several additional issues that they wanted to address with the Court, beyond the issues that were brought to the Court's attention in the request to schedule the conference. As the conference did not resolve the issues, we have been waiting on Plaintiff to submit to us the draft of the joint statement, which we just received minutes ago, primarily addressing issues that were not part of the request to schedule a conference with the Court. I will need additional time to draft a response to these belatedly raised issues. Additionally, although the Navy Defendant was not a party to the discovery dispute, they will need time to review and add an appropriate position, especially as the draft just submitted raises issues with the Navy Defendant's discovery responses as well.

    We therefore respectfully request an extension of time to file the joint status report until tomorrow, August 25, 2020. Additionally, as Plaintiff has raised several additional issues not anticipated when this Court issued the order, I respectfully request an enlargement of size to a six-page limit.

                                  Respectfully Submitted,

                                    Timothy C. Parlatore, Esq.

One World Trade Center, Ste 8500
New York, NY 10007

timothy.parlatore@parlatorelawgroup.com
www.parlatorelawgroup.com

212.679.6312 direct
212.202.4787 fax