

Timothy C. Parlatore, Esq.
Founder & Managing Partner

January 16, 2020

Office of Inspector General
United States Department of Defense,
4800 Mark Center Drive
Alexandria, VA 22350-1500

*Re: Complaint against David Ursini*

I represent LtCol Michael Nesbitt, CDR Martin Weyenberg and CDR Bryan Roberts. I am writing this letter on behalf of my clients, to formally complain of the conduct of David Ursini, an investigator in your office in his handling of an investigation into my clients.

Mr. Ursini, a former Naval Flight Officer[1], was assigned to investigate the claims of whistleblower retaliation and restriction against LT Steven Shaw, USN, an Instructor Under Training (IUT) at Strike Fighter Squadron 106 (VFA-106), the F/A-18 Fleet Replacement Squadron (FRS) at Naval Air Station Oceana Virginia. During his time at VFA-106, LT Shaw never completed a single qualification; instead he devoted an enormous amount of time and effort to undermining the squadron leadership, his fellow instructors, and the approved Navy training methods and flight procedures. However, the most significant issues identified with LT Shaw were:

1. Secretly teaching students to disregard the approved Navy method of landing on an aircraft carrier, in favor of his unapproved and potentially deadly technique;
2. Intentionally violating regulations by repeatedly bringing an unauthorized camera into a secure space with Top Secret material present; and
3. Willfully disobeying orders to cease his unlawful activities.

RFAs 1-10, 11-16

It is undisputed that squadron leadership took steps to hold LT Shaw accountable for this misconduct, which LT Shaw then complained of as retaliatory. However, as outlined herein, Mr. Ursini's investigation and analysis of that alleged reprisal fails on the essential element of causation – whether the same personnel action(s) have been taken, withheld, or threatened absent the protected communication. One need only consider the depth of LT Shaw's misconduct and its potentially deadly implications to conclude that the actions taken by my clients are exactly what the Navy expects of **any** commander when faced with a similar situation. Mr. Ursini failed to reach this obvious conclusion because he conducted an entirely improper investigation, violated regulations and constitutional protections, minimized or ignored anything that conflicted with his predetermined outcome.

---

[1] It is unknown whether Mr. Ursini is still an active duty member of the U.S. Navy as he has alternatively represented himself to be a Commander and a civilian.

One World Trade Center, Ste 8500
New York, NY 10007

timothy.parlatore@parlatorelawgroup.com
www.parlatorelawgroup.com

212.679.6312 direct
212.202.4787 fax

**ATTACHMENT F**

001

Even a cursory review of the evidence shows that LT Shaw must have devoted hundreds of hours to creating an entire parallel and unauthorized program of instruction to secretly teach FRS students. He also used every opportunity to criticize the approved methods and attempt to discredit the qualified instructors to the students, while encouraging them to follow his unapproved methods instead. Many of these methods, as later evaluated by the experts at Air Test and Evaluation Squadron 23 (VX-23), were extremely dangerous and risked the death of both the pilots, as well as the flight deck crews.

RFAs 1-10

Naval Air Training and Operating Procedures Standardization (NATOPS) are the Navy's mandatory flight operating instructions and procedures, most of which have been written in blood in response to fatal mishaps. Although Mr. Ursini' prior aviation experience was not in a carrier-based aircraft, he should have still been sensitive to the extreme dangers of LT Shaw's contempt for these procedures and his subversive efforts to convince students to ignore them. Instead, Mr. Ursini willfully ignored these obvious performance and safety issues.

LT Shaw also demonstrated a deep animus towards the command and a desire to destroy VFA-106. During his time at VFA-106, prior to the discovery of the dangerous activities outlined above, he had made at least 11 separate protected communications. Many, if not all of these appear to have been situations where LT Shaw sought opportunities to go outside the chain-of-command to make the squadron look bad[2], such as approaching former students who had failed out of the program before LT Shaw even reported onboard to counsel them on how to file IG complaints. Despite the large number of IG complaints, LT Shaw never once attempted to approach his chain-of-command and give them the opportunity to correct any of the problems that he perceived. Additionally, most of these complaints were ultimately unsubstantiated.

If there were any doubt as to LT Shaw's desire to destroy VFA-106, he admitted to creating an unauthorized uniform patch, which he dubbed the "underground runway patch," which he gave to any of the students "who get it" and followed his teachings, as opposed to the approved Navy curriculum. This "underground runway patch" contains a profoundly disturbing modification of the VFA-106 patch, with the spear turned around to impale the gladiator through the face, with blood pouring down. This image, glorifying the murder of the squadron mascot, is clearly a physical manifestation of LT Shaw's hatred and desire to destroy the squadron:

RFAs 1-10



---

[2] After the success of the "bottle bet" complaint, LT Shaw even told squadron leadership that he was going to start filing more IG complaints, but refused to speak with squadron leadership about what issues he perceived, so that they could attempt to rectify those issues.

**ATTACHMENT F**          **002**

Not only did Mr. Ursini ignore all of this, but he also made no secret about his bias, as he describes himself on his LinkedIn profile as an "influential" investigator.[3]   An effective investigator should not consider themselves to be "influential," but rather fair and impartial. Evidence of Mr. Ursini's bias permeates this entire investigation, as he has violated a number of investigative principles to ensure that his reports would reflect the pre-determined conclusion.

**Mr. Ursini Failed to Properly Evaluate the Fourth Required Element of Causation**

As clearly laid out in the DoD Inspector General's Guide to Investigating Military Whistleblower Reprisal and Restriction Complaints (the Guide), there are four elements to consider when evaluating an allegation of whistleblower retaliation:

- **Element 1, Protected Communication (PC):** Did Complainant make or prepare to make a protected communication, or was Complainant perceived as having made or prepared to make a protected communication?
- **Element 2, Personnel Action (PA):** Was an unfavorable personnel action taken or threatened against Complainant, or was a favorable personnel action withheld or threatened to be withheld from Complainant?
- **Element 3, Knowledge:** Did the responsible management official(s) have knowledge that Complainant made or prepared to make protected communication(s) or perceive Complainant as making or preparing to make protected communication(s)?
- **Element 4, Causation:** Would the same personnel action(s) have been taken, withheld, or threatened absent the protected communication(s)?

The first three elements were never in dispute, only the fourth.  Mr. Ursini's analysis of this critical fourth element failed because he did not consider the severity of LT Shaw's misconduct or the fact that my clients had no viable options to discharge their duties other than to take the actions that they did in order to mitigate the extraordinary danger that LT Shaw posed to the students, as well as other aviators and flight deck crews.  Rather than looking for inferences to try to fit his predetermined conclusion, Mr. Ursini would have been better off considering the ultimate question – What personnel actions would normally be taken for an individual who committed the acts that LT Shaw committed, if there were no protected communications at issue?  What do we expect our squadron commanders to do when faced with a subordinate who commits the following: | **RFAs 1-10**

1. Creates and distributes an entirely unauthorized and unapproved course of instruction to students, including materials teaching potentially deadly and prohibited techniques in areas that the IUT is not qualified to teach. | **RFAs 1-10.**
2. Continues to secretly distribute this material to students after a direct order to stop.
3. Maintains an unduly familiar relationship with the students.
4. Actively works to undermine the approved course of instruction and the qualified instructors by communicating privately with students, telling them upon checking in, "everything you've ever been told is a lie" | **RFAs 1-10**

---
[3] https://www.linkedin.com/in/david-ursini-32468369/

3

5.  Tells students to ignore the Tactical Pocket Checklist (PCL).  Despite the fact that the PCL is the only approved procedure, he secretly tells the students that "the tac pcl is useless" before their first ever flight with live bombs.

6.  Tells students that the Navy training methods are inadequate.

7.  Sneaks an unauthorized camera into secured spaces to take unauthorized videos.

8.  Asks students to sneak him back into those same secured spaces after his clearance is suspended.

RFAs 11-16

9.  Gives multiple media interviews, in violation of PAO instructions, where he criticizes the Navy's training methods, holds himself out to be a master instructor (despite his failure to achieve any instructor qualifications) and admits that "unofficially" he is trying to change "the entire training culture for naval aviators."

RFA 22-23

10.  Despite his claims of inventing a better method of landing on a carrier and trying to change the entire training culture, he failed to submit any of these as official change requests.

11.  Creates and distributes patches to students who follow his teachings.  This patch looks very similar to the squadron patch, with the exception that it depicts the squadron mascot being murdered.

The answer to this question is clear – we would expect that **every** commanding officer take **exactly the same corrective actions** with an officer who committed the same scope of misconduct.

Unfortunately, Mr. Ursini never looked at this ultimate question, instead choosing the ignore the forest and instead focus on a few outlying trees.  The Guide outlines four factors to evaluate when attempting to establish causation:

1.  Reason stated by RMO for taking, withholding, or threatening the PA.
2.  Timing between the protected communication(s) and personnel action(s).
3.  Motive on the part of the RMO(s) to reprise.
4.  Disparate treatment of Complainant as compared to other similarly situated individuals who did not make PCs.

As discussed in a later section, Mr. Ursini improperly abused the Article 31(b) rights of LtCol Nesbitt and refused to accept written answers to questions from any of my clients, thus intentionally refusing to collect all of the necessary information relevant to the first factor.  He further refused to coordinate with military defense counsel for a review of the investigation's evidence in order to assist my clients in preparing their statements.  In fact, the involved military defense counsel have uniformly maintained that Mr. Ursini's conduct was among the most unprofessional and incompetent among any IG investigator they had previously encountered.

The difficulty that my clients faced was the fact that LT Shaw had a demonstrated track record of weaponizing the IG complaint process to wrongfully attack senior officers and attempt to immunize himself from responsibility.  While we disagree with Mr. Ursini's unsupported conclusion that my clients had motive to reprise, even he acknowledged that "motive to reprise may have been lessened or overridden by his safety concerns."  It is exactly these safety concerns, which Mr. Ursini has otherwise tried to minimize, that render any legitimate attempt to prove causation fruitless.

**ATTACHMENT F**              **004**

It is impossible to make any analysis of whether the treatment of LT Shaw was disparate "as compared to other similarly situated individuals" because the depth of LT Shaw's conduct here is completely unprecedented.  Nobody has ever heard of an unqualified IUT spending hundreds of hours to create an entirely parallel curriculum, actively undermining the qualified instructors, and secretly teaching students to disregard approved techniques in favor of unapproved and potentially deadly techniques.  While other instructors may have deviated from standardized procedures, none approached even a fraction of the sheer magnitude of LT Shaw's behavior.

RFAs<br>1-10

The only disparity between my clients' treatment of LT Shaw and what personnel actions they would have taken, absent the protected communications, is the additional caution and care that they took.  My clients faced an untenable leadership dilemma of how to deal with an unmitigated safety risk being created by a junior officer with a history of filing numerous IG complaints.  While whistleblowers must be protected, this protection does not mean they have a free pass to violate orders and procedures and to engage in behavior that creates risks of substantial injury, death, and millions of dollars of equipment damage.  Faced with this dilemma and the near certainty of yet another IG complaint[4], coupled with the claim that they were targeting LT Shaw in retaliation, VFA-106 leadership did what we want our leaders to do – they consulted with their superiors and their SJAs and asked leadership to temporarily remove LT Shaw from VFA-106 to protect his whistleblower status.  They even asked for an outside entity to conduct the investigation.  Both requests were denied by my clients' superiors.  In fact, VFA-106 leadership followed the guidance that Congress set forth in subparagraph (b)(2)(C) to 10 USC § 1034:

> Nothing in this paragraph shall be construed to limit the ability of a commander to consult with a superior in the chain of command, an inspector general, or a judge advocate general on the disposition of a complaint against a member of the armed forces for an allegation of collateral misconduct or for a matter unrelated to a protected communication. Such consultation shall provide an affirmative defense against an allegation that a member requested, directed, initiated, or conducted a retaliatory investigation under this section.

Mr. Ursini made a wrongful determination in this matter and my clients are being wrongfully punished for following the advice of multiple SJAs, and the provisions of 18 USCS § 1034(b)(2)(C).

**Mr. Ursini Abused Article 31(b) to Prevent LtCol Nesbitt from Explaining his Actions, Refused to Take Statements from LtCol Nesbitt, CDR Weyenberg, or CDR Roberts, Materially Misrepresented these Exchanges in his Report and Improperly Relied on the Invocation of the Right to Counsel as Evidence of Guilt.**

Mr. Ursini exhibited reckless disregard for the Article 31(b) rights of the subjects/suspects of his investigation in a manner designed to deprive the suspects their right to counsel and, in LtCol

---

[4] Upon being assigned the investigation, CNAL SJA explicitly told CDR Roberts that he should expect an IG complaint on the backside.  Unbeknownst to CNAL SJA and CDR Roberts at the time was that LT Shaw had already filed the retaliation IG complaint four days earlier.  Thus, CDR Roberts began his investigation while already under investigation himself.

**ATTACHMENT F**

**005**

Nesbitt's case, the opportunity to explain his actions completely by manipulating his status as a "subject" or a "suspect."

When Mr. Ursini first notified LtCol Nesbitt that he was to be interviewed, he refused LtCol Nesbitt's requests to have counsel present, claiming that he was a "subject," not a suspect, and therefore had no right to counsel. Then, when the interview commenced, LtCol Nesbitt demanded to understand his rights prior to answering questions. Mr. Ursini then read LtCol Nesbitt his Article 31(b) rights, in effect, communicating that he had become a suspect not a subject by virtue of his desire to understand his rights. LtCol Nesbitt invoked his right to counsel, terminating the interview, while affirmatively stating that for "any additional interviews, I would desire to have an attorney present."

After the aborted interview, LtCol Nesbitt contacted a Navy Judge Advocate at NAS Oceana and Maj Contreras, a Judge Advocate and defense attorney in Quantico. While not detailed to represent LtCol Nesbitt, Maj Contreras was assigned to assist him. Maj Contreras contacted first the cognizant Staff Judge Advocate and then Mr. Ursini, in order to receive unredacted copies of the final investigation. Mr. Ursini refused to engage in any meaningful communications with Maj Contreras and made clear his contempt for the involvement of an attorney. Maj Contreras was rightly concerned about Mr. Ursini's demonstrated cavalier attitude about the proper conduct of an interview and therefore requested that Mr. Ursini provide his questions in writing, and that LtCol Nesbitt be permitted to submit written answers to any questions that Mr. Ursini provided. There was significant concern that Mr. Ursini was not conducting an impartial investigation and LtCol Nesbitt wanted to ensure that none of his answers could be misconstrued or misrepresented.

CDR Weyenberg, on the advice of separate counsel, made the same offer to Mr. Ursini, which was documented in the transcript of his aborted interview "for the record, CDR Weyenberg, at the request of his counsel, has requested. that we send written questions to him and he will provide written responses." Mr. Ursini also refused this request, while similarly displaying the same overtly hostile attitude towards the attorneys and contempt for the fact that CDR Weyenberg had exercised his right to counsel.

Mr. Ursini's treatment of CDR Roberts was far more insidious, as he interviewed him for over two hours about a wide variety of topics including his knowledge of LT Shaw's protected communications, his biases against LT Shaw, the scope of his investigation, certain investigative steps taken and his ultimate findings. As it became clear that CDR Roberts' answers did not establish any bias, retaliation, or misconduct by anyone involved (aside from LT Shaw), Mr. Ursini decided to advise CDR Roberts of his 31(b) rights, effectively terminating the interview. Under UCMJ Article 31, these rights should have been read at the beginning of the interview, not after two hours of questioning. Ordinarily, such a violation of CDR Roberts' rights would invalidate and suppress any inculpatory statements made, but Mr. Ursini turned this principle on its head. As there were no inculpatory statements to suppress, Mr. Ursini instead chose not to include any of the exculpatory statements made or explanations given, which would conflict with his pre-determined conclusions. Later, through counsel, CDR Roberts also offered to answer further questions in writing.

**ATTACHMENT F**                                                        **006**

Mr. Ursini refused all of these requests, in effect manipulating the investigation to ensure that CDR Weyenberg and LtCol Nesbitt would be prevented from providing information to refute LT Shaw's false claims and that CDR Roberts' explanations could be disregarded entirely. Still, LtCol Nesbitt provided his counseling notes and information to counter LT Shaw's fabrications. Incredibly, the report fails to mention any of this and, instead, makes several entirely misleading assertions, such as "LtCol Nesbitt invoked his right to remain silent and did not provide testimony or a statement on this topic." A more accurate annotation would have been that "LtCol Nesbitt invoked his right to counsel, upon being read his Article 31(b) rights and the investigator refused to either interview him in the presence of counsel or accept written answers to questions." Similar passages appear in the report misrepresenting the communications with CDR Weyenberg and CDR Roberts.

Not only did Mr. Ursini misrepresent my clients' invocations, he also repeatedly used that invocation as evidence of guilt:

1. "As LtCol Nesbill invoked his right to remain silent and did not provide any substantive testimony or statement in this matter, we found the Complainant's recollection of the May 7, 2018 conversation to be credible." p. 42.
2. "Absent any testimony from LtCol Nesbitt and based on the wording of the statement, we determined that LtCol Nesbitt's statement to the Complainant constituted an implied threat of disciplinary or corrective action." p. 42.
3. "We were unable to analyze CDR Roberts' conduct of the CDI for disparate treatment, as CDR Roberts invoked his .right to remain silent when questioned about his conduct as the CDI IO…no evidence was provided to support that similar actions were taken against persons who were not whistleblowers, and who were otherwise similarly situated. As such, we determined, by a preponderance of the evidence, that CDR Roberts violated 10 U.S.C. 1034 by conducting a retaliatory investigation for the primary purpose of punishing, harassing, or ostracizing a member of the Armed Forces for making protected communications." p. 59.
4. "Based on a preponderance of the evidence, CDR Weyenberg issued the Complainant an unfavorable FITREP for the period from February J through June 25, 20 18, in reprisal for his protected communications. CDR Weyenberg invoked his right to remain silent, and did not provide a statement detailing the reason he issued the Complainant an unfavorable FITREP." p. 63.

Ultimately, Mr. Ursini's conclusions were fatally infected by his reckless treatment of my clients' Article 31(b) rights, his material misrepresentations of their invocations of those rights, his refusal to accept written answers to any of his questions, and his unconstitutional use of their rights invocations against them as evidence of guilt. As I have difficulty imagining that the training that your office provides to investigators is so lacking that they do not understand these basic constitutional principles, it is far more likely that Mr. Ursini's misconduct here was willful and intentional.

**ATTACHMENT F** 007

**Mr. Ursini Failed to Properly Evaluate the Credibility and Motives of the Complainant**

In a case where witnesses provide opposing stories, it is vital to evaluate the credibility of the witnesses. Additionally, a professional investigator must always evaluate the credibility and motivations of the complainant when determining whether they are making a valid complaint. Mr. Ursini made no such effort here, adopting the false narrative of LT Shaw without question or any effort to test his credibility or motives to lie.

Mr. Ursini claims to have interviewed a total of 25 witnesses[5] yet fails to properly address what these witnesses told him about LT Shaw's performance and interactions with the rest of the squadron. Had Mr. Ursini asked, the rest of the squadron would not have been shy about providing their observations. Indeed, after the submission of his report led to the firing of LtCol Nesbitt, a Command Safety Assessment was conducted, with all of the instructor staff providing feedback, much of which would have been helpful, had Mr. Ursini been looking for the truth.[6]

It is undisputed that LT Shaw failed to qualify in any instructor module during his entire tour with VFA-106, despite being onboard for over 2.5 years, while the average is 6-months, with many instructors getting qualified within 3 months. LT Shaw's lack of any qualifications (and lack of any complaint that he was improperly prevented from getting qualified) should have been important to Mr. Ursini for a number of reasons, not the least of which being that it is a legitimate, non-retaliatory reason for him to receive unfavorable FITREPs. **RFAs 1-10**

Despite his utter lack of qualifications, he chose to illegally and surreptitiously instruct students on unapproved and dangerous procedures. He prepared his own unapproved syllabus that he secretly provided to students, in violation of orders. In particular, his conscious decision to instruct students on dangerous, unapproved carrier landing techniques has potentially far-reaching and deadly consequences, requiring significant remedial action by the leadership of the squadron to ensure that he did not endanger the lives of the students or flight deck crews.

From his actions, it is clear that LT Shaw never intended to teach the Navy's methods, many of which have been written in blood. Instead, a search for LT Shaw on the internet reveals numerous efforts to shamelessly promote himself and a false image as an innovator and master instructor, while persistently publicly criticizing the time-tested methods of Naval Aviation. Consider that, soon after he began his tour at VFA-106, and without yet qualifying to instruct even a single module, he gave an interview to promote his mastery of instructing aviators: **RFAs 17, 19-21**

> Lt. Steven Shaw trains naval aviators to fly the F-18, the main jet fighter of the Navy and Marine Corps, at a base in Virginia Beach, Virginia. That's his official job. But unofficially he is working to introduce the principles of deliberate practice into naval flight training, with the ultimate goal of changing the entire training culture for naval aviators.[7]

---

[5] Interestingly, although Mr. Ursini determined that CDR Roberts coerced or coached statements from multiple witnesses, he failed to interview a single one of those identified witnesses.

[6] A copy of the report of this survey is annexed hereto.

[7] https://www.peakdeliberatepractice.com/2017/11/07/an-interview-with-a-naval-f-18-fighter-pilot-and-trainer/

**ATTACHMENT F**          **008**

In this article, he unapologetically bashes the Navy's method of training pilots and touts his great achievements in training new aviators to do carrier landings using his method, rather than the approved syllabus. All the while, he is not even a qualified instructor, is ineligible to become an instructor at carrier landings[8], and is prohibited from teaching students. This article was published well before any protected communications were made or revealed to the VFA-106 leadership.

RFAs 17, 19-21

Similarly, in a military.com article where LT Shaw touts the IG complaints of racial discrimination (were later found to be unsubstantiated) that he helped two former students file, LT Shaw again unapologetically promotes himself as a master instructor and his contempt for the Navy's approved methods:

> Shaw believes that training should be less punitive, and evaluations should be less subjective. In his own instruction, he says he puts that theory into practice. He doesn't document negative aspects on grade sheets, and he works with students outside a graded environment to improve technique and performance. If a student is failing, he said, the instructor should be held accountable. "When I work with them, because their training approach and technique is more effective, they all improve at the same rate. They're all in the same window of beginners," Shaw said…Shaw said he'd do away with graded simulator events entirely, which he compared to scoring performance during practice. During sims, he said, students need to learn and familiarize themselves with systems, rather than worry about being assessed. Shaw is convinced that, given the chance, his method could save any foundering student who has made it into the training pipeline. "When they tell me that [Savage and the other pilots who spoke to Military.com] are just no good, not only is it obvious to me that they're the only minorities, they're being removed," Shaw said. "It's, 'Oh come on, I could get them better than you in under a week.'"[9]

LT Shaw's well publicized contempt for the approved methods of Naval Aviation, inflated sense of importance and skill, despite his inability to achieve the necessary instructor qualifications, would normally be the end of an aviator's career. However, to immunize himself from any consequences while continuing to fraudulently hold himself out as a master instructor, LT Shaw made use of the IG system to make protected communications and then paint himself as the victim of the squadron's leadership.

Another troubling aspect of LT Shaw's behavior is his use of the news media to make unauthorized statements, in his capacity as an "instructor," negative to the Navy and Naval Aviation. LT Shaw uses his official billet as an instructor (while failing to disclose that he is not qualified) to make these statements. In addition to the articles in which he is featured, LT Shaw also surreptitiously leaks information to the press to further his personal agenda, at the expense of

---

[8] Only qualified Landing Signals Officers are eligible to become instructors in carrier landings. LT Shaw never attended LSO School.
[9] https://www.military.com/daily-news/2018/04/04/naval-aviators-say-they-were-kicked-out-training-due-racial-bias.html

**ATTACHMENT F**      **009**

the Navy.  For example, we have received inquiries from reporters regarding a significant amount of private information that LT Shaw has released to the media, including several surreptitiously recorded conversations with LtCol Nesbitt, as well as copies of LtCol Nesbitt's personal notes.[10]

**RFA 17, 19-21**

### Conclusion

VFA-106 leadership was presented with a choice – to avoid the appearance of retaliation by allowing LT Shaw to continue his dangerous behavior, or to prioritize their responsibilities of command and address a serious safety issue, as well as an issue of good order and discipline by a member of their command.  They chose, after consulting with the SJAs, to prioritize their duties to the safety of the personnel under their command and the crews onboard the carriers.  Punishing them for that choice sets a dangerous precedent.

Much has been made in this report about an email allegedly describing the CDI as an attempt to "kamikaze" LT Shaw.  Despite efforts by Mr. Ursini to mischaracterize this statement and misuse Article 31(b) to prevent CDR Roberts from explaining, it is clear that the intent behind it was to describe his acknowledgment that any effort to investigate LT Shaw's misconduct was likely a suicide mission because a retaliatory IG complaint would undoubtedly be filed, regardless of its meritless nature. In fact, LT Shaw filed the complaint alleging retaliation before CDR Roberts had even been assigned as the investigating officer.

Protecting whistleblowers is important.  However, Mr. Ursini improperly prioritized this protection over his duties to conduct fair, impartial, and ethical investigations by deliberately ignoring significant facts and refusing to accept important information from witnesses.  His report noticeably does not find any fault with the results of the CDI, which found significant misconduct by LT Shaw.  Rather, Mr. Ursini only claims that VFA-106's leadership appears to have been motivated to commence this investigation out of reprisal.  This logical *non sequitur* appears to reinforce the notion that Mr. Ursini believes that LT Shaw should have been immunized from any consequences of his dangerous conduct because of his status.  This is a very dangerous precedent to set and runs counter to the law.

Respectfully submitted,

Timothy C. Parlatore, Esq.

---

[10] It is unknown how LT Shaw came to possess a copy of LtCol Nesbitt's notebook in the first place.  It appears that he either unlawfully searched LtCol Nesbitt's office to make copies for himself or received copies from Mr. Ursini. Either possibility is a very serious and deeply concerning issue.

**Alleged defamatory statement**

10

**ATTACHMENT F**                                                    **010**

> **WARNING** – Feedback provided in these survey results
> may contain sensitive information regarding individuals or
> organizational issues. Release of this information could
> result in unwarranted adverse impact to an individual or
> organization. Thus, appropriate action(s) to limit
> disclosure of this data must be exercised. Furthermore,
> any retaliatory actions against individuals are prohibited.

## (ACASS) Naval Aviation Climate Assessment Survey System Summary Report (Command Safety Assessment)

Data Summary For: VFA-106 (Instructors only)

**8/27/2019**

> **Print the Summary**

| | |
|---|---|
| Date of first survey: | 8/6/2019 |
| Date of last survey: | 8/21/2019 |
| Number of potential Respondents: | 50 |
| Number of actual Respondents: | 34 |
| Response Rate (34/50): | 68.0% |
| Statistical confidence level: | 50 to 70 percent |
| Number of comparison Respondents (filtered): | 5,142 |

| | |
|---|---|
| Number of survey items with mean responses below the filtered comparison group's mean but within one-half standard deviation (38 total items): | 8 yellow flags* |
| Number of survey items with mean responses below one-half standard deviation below the filtered comparison group's mean (38 total items): | 3 red flags* |

*[As compared with filtered comparison group's.]

**ATTACHMENT F**                                    **011**

Page 2 of 55

# Contents

(To print only some Sections, uncheck the box at left to remove that Section from the Summary):

<u>**Section**</u>                                        <u>**Product**</u>

☑ 1  Demographics

☑ 2  Summary Graph Of All Items' Mean Scores For VFA-106 Compared With Means For filtered comparison group's

☑ 3  Composite Category Mean Scores For VFA-106 Compared With Mean Scores For filtered comparison group's

☑ 4  Comments

☑ 5  Unit Survey Results sorted relative to Comparison Group

☑ 6  Unit Survey Results sorted by unit mean (Most to Least Favorable)

☑ 7  Unit Survey Results sorted by survey item number

☑ 8  Considerations Compiled With Respect To VFA-106's "Cautionary" (Red Flags) Survey Items

☑ 9  Considerations Compiled With Respect To VFA-106's "Precautionary" (Yellow Flags) Survey Items

**ATTACHMENT F**                    **012**

Back to Contents

**Section 1: Demographics**

## VFA-106 - CSA Survey: Instructors only (Aug 2019)
### 34 of 50 Requested Surveys Completed

First survey completed:               06 Aug 2019
Last survey completed:               21 Aug 2019
Median time to complete surveys: 33:01

**ATTACHMENT F**                                                    **013**



**ATTACHMENT F**                                    **014**



Demographic 2: Military Branch of Respondents



Demographic 3: Status

**ATTACHMENT F**                                    **015**





**ATTACHMENT F**                                        **016**



Demographic 6: Current model aircraft



Demographic 7: Total flight hrs

**ATTACHMENT F**                                                          **017**







Demographic 10: Time in current unit

Back to Contents



**Section 2: Summary Graph Of All Items' Mean Scores For VFA-106 Compared With Means For filtered comparison g**

(Items 19, have been revised from an earlier version of the survey.)

**Item Number**

| Legend | |
|---|---|
| **Assessment Item Category** | **Notes** |
| OP: ORGANIZATIONAL PROCESSES<br>OC: ORGANIZATIONAL CLIMATE<br>RE: RESOURCES<br>SU: SUPERVISION | Comparison's standard deviation cen<br>dot)<br>Mean is below comparison but within<br>Mean is below one-half standard dev |

**ATTACHMENT F**                                    **020**





**Section 3: Composite Category Mean Scores For VFA-106 Compared With Mean Scores For filtered comparison group's**

**Survey Item Category**

**(Light-colored bar is VFA-106 value, dark-colored bar is filtered comparison group's value)**

| **Legend** |
| --- |
| **Assessment Item Category:** |
| OP:   ORGANIZATIONAL PROCESSES |
| OC:   ORGANIZATIONAL CLIMATE |
| RE:   RESOURCES |
| SU:   SUPERVISION |

**ATTACHMENT F**                              **021**

Back to Contents

---

**Section 4: Comments**

1. *Our unit adequately trains aircrews to safely conduct all flights.*

   # 1. (*Agree*) **Since we did the right thing, and removed LT Steven Shaw from our instructor cadre, we clearly show that we are committed to safe and proper teaching and execution.**
   # 2. (*Agree*) More focus can be given to Tanking evolutions for instructors.
   # 3. (*Strongly Agree*) Instructor aircrew do a phenomenal job briefing, teaching, flying and debriefing each flight professionally and safely.
   # 4. (*Strongly Agree*) As the East Coast F/A-18 FRS, all our instructors complete a rigorous Instructor Under Training (IUT) syllabus before flying with new aircrew from the training command. This syllabus focuses on standard operating procedures (SOP), basic level tactics, and past student trends in order to ensure each new aircrew receives the best training possible.
   # 5. (*Strongly Agree*) A REQUIRED ACTION IN THIS PROFESSION. VFA-106 UPHOLDS THE HIGHEST STANDARDS OF AVIATION EXCELLENCE, AND DEMANDS THE SAME FROM OUR STUDENTS. IF THEY FAIL TO MEET THESE REQUIREMENTS, WHETHER MALE, FEMALE, BLACK, WHITE, DOESN'T MATTER, IT IS DOING THEM A FAVOR (AND POTENTIAL FUTURE SQUADRONMATES A FAVOR), TO REMOVE THEM FROM THE TRAINING PIPELINE.
   # 6. (*Strongly Agree*) My unit does its utmost to make sure every aircrew is as safe as possible given the constraints of ageing aircraft and maintenance which continues to struggle with the retirement of legacy hornets and increased student loading
   # 7. (*Strongly Agree*) **VFA-106 holds all aircrew to a high bar and removes students and instructors who do not meet that standard. Even if those students are later re-instated into VMFA training pipelines...**

2. *My unit provides adequate recognition for individual safety acts.*

   # 1. (*Strongly Agree*) As professional aircrew we take safety seriously and we share our experiences in an open forum at all aircrew meetings.
   # 2. (*Strongly Agree*) IAW comment 1

3. *Safety decisions are made at the proper levels by the most qualified personnel.*

   # 1. (*Strongly Disagree*) **I believe that VFA-106 and CSFWL leadership makes the appropriate safety decisions. However, I have lost faith that senior leadership makes appropriate safety decisions after receiving news that recently attrited USMC students will be re-instated at VMFAT-101. This is a CYA decision that plays with the lives of the future people he will be flying with. Does senior leadership need a reminder of the most recent VMFA mishap, or are they just worried about getting grilled in the house about race?**
   # 2. (*Neutral*) **There is a tendency of maintenance to put the blame on aircrew if an aircraft is down after man-up. Including issues that can't possibly be**

---

**ATTACHMENT F**                                          **022**

**caught during a by the book NATOPS preflight. Maintenance fails to hold the standard when preforming routine tasks at times risking the life of aircrew and those on the ground.**

\# 3. (*Neutral*) We still see maintenance malpractice way too often, commonly committed by senior maintainers.

\# 4. (*Strongly Agree*) All personnel at the command from E-1 to O-7 are trained to recognize and report safety hazards via the chain of command.

\# 5. (*Strongly Agree*) EVERY IAC IN THE COMMAND HAS MY UTMOST RESPECT AND CONFIDENCE TO MAKE THE CORRECT DECISIONS BOTH ON THE GROUND AND IN THE AIR.

\# 6. (*Strongly Agree*) IAW comment 1

4. *SOPs and safety rules are enforced in my unit.*

\# 1. (*Strongly Disagree*) On events that are scheduled for pit-n-go, I have been told numerous times that final checks are not needed after the fuel pits. Per the SOP they are. We need to correct this issue. I bring it up to the maintenance chief every time yet still it happens every time. There is a general lack of "give-a-shit" at the maintenance control desk.

\# 2. (*Neutral*) Safety rules are enforced. SOP items that do not relate to safety are often not followed to the letter.

\# 3. (*Agree*) We are policing ourselves. If there is an egregious violation of SOP or safety, a step back is taken and that individual is put on a safety board and evaluated further.

\# 4. (*Agree*) **EL5 for "nearby" lightning strikes is too conservative. Having aircrew wait in jets unable to get out because the line cannot get the ladder down when the nearest lightning strike is 5 miles away wastes time and resources.**

\# 5. (*Strongly Agree*) As the FRS, adherence to the squadron and Wing SOP and all applicable safety rules (NATOPS) is our number one priority.

\# 6. (*Strongly Agree*) SOP's and safety rules are enforced. Though I believe safety SOP's are warranted, our Navy has forgotten that too much structure can lead to a denial of creativity. The overreliance on administrative SOP's for the purposes of filling the work time, creating a fitrep bullet, or maintaining the premise of "professionalism in the absence of adversaries" is detracting from mission accomplishment.

\# 7. (*Strongly Agree*) **Instructors who do not adhere to training standards and SOP are also not allowed to train. LT Shaw routinely violated standardized TTPs/SOPs and was subsequently removed from the instructor cadre allowed to train students, because that was the necessary and responsible course of action - regardless of fallout from an overzealous IG with no oversight and even fewer facts.**

5. *Personnel must possess the appropriate experience/skills to earn qualifications in my unit.*

\# 1. (*Strongly Disagree*) **Most qualifications are not thoughtfully assigned by the department heads. Some people are not even opportunities to get quals. Others, especially those that work in the operations department are fast tracked for extra flights and qualifications needed to progress at the squadron.**

**ATTACHMENT F                                    023**

**With little to know oversight in the operations department, there is no way for those that work outside of Operations or the specific phases to get the quals that they need to progress.**

\#  2. (*Neutral*) I used to strongly agree with this statement. the validation and credence of one individual who possessed few if any instructor qualifications, and yet had a disproportionately negative impact on this squadron has proved otherwise. Qualifications matter. They reward hard work, proficiency, and a commitment to excellence. When we stop adhering to SOP, we water-down the hard work and skills that form the backbone of our profession. Separately, when a cadre of instructors and leadership deem that a pilot is unsafe to fly, reversing that decision years down the road erodes confidence in quals.

\#  3. (*Agree*) **In the past, this has been the case. However, with recent IGs on our unit about complaints of "being fair", instructors have felt pressure to "pass trash". We have taken a look at this as a unit, and are instructed to pass students based off pilot and WSO capabilities and to not be worried about complaints and pressure from higher ups/demographics.**

\#  4. (*Strongly Agree*) We take our IUT syllabus and Stan qualifications seriously to ensure things like discouraging NATOPS use and flying velocity vector gouge don't pollute our RAC knowledge.

\#  5. (*Strongly Agree*) The IUT syllabus consists of flights in every phase of initial F/A-18 training, including basic airwork (transition phase), air-to-surface tactics (strike phase), air-to-air tactics (fighter phase) and carrier qualification (cq phase). Each IUT event is instructed by a standardization aircrew qualified to teach newly arrived instructors. It is not permitted to instruct a flight or simulator in a phase in which you are not qualified and signed off by the Training Department.

\#  6. (*Strongly Agree*) **HENCE THE REASON LT SHAW HAD LITTLE TO NO INSTRUCTOR QUALS AFTER BEING IN THE COMMAND FOR ALMOST TWO YEARS**

\#  7. (*Strongly Agree*) We hold a high standard and expect the best from everyone

\#  8. (*Strongly Agree*) **This is why students were removed from training at VFA-106, not because of their skin color, but because they did not have the appropriate skills to progress. This is why LT Shaw was not allowed to continue instructing, because he did not get his instructor under training syllabus complete and was found to be instructing without qualifications. VFA-106 Upholds the highest standards and some people cannot meet those standards and are removed from training.**

\#  9. (*Strongly Agree*) **Partially why LT Steven Shaw never qualified as an instructor in any phase of FRS training.**

6. *Unit members, from the top down, incorporate operational risk management (ORM) into daily activities.*

   \#  1. (*Strongly Agree*) All aircrew receive ORM training and brief and conduct ORM for every flight.

   \#  2. (*Strongly Agree*) The jets, their age/hours extensions, lack of parts, and overreliance on the "we'll get it done with less" mindset from USN upper echelon leadership has resulted in loss of the confidence of aviators in the aircrafts ability to operate without being hamstrung by significant nuisance maintenance issues.

**ATTACHMENT F**                                    **024**

7. *Effective communication exists within my unit.*

   \# 1. (*Strongly Disagree*) **There is no communication in this Unit. Decisions are made by Department Heads on quals and JO positions, but there is never any feedback to the JOs. I have been here two years and no one has every given me any feedback or career guidance, even when asked. The only superior who has asked me what I want to do in the squadron/my career is Skipper. I am completely forgotten about by my Department Head and the rest of the leadership. DHs routinely come to me surprised and say, "you are leaving here in X months?" Or "I didn't realize how long you have been at 106." It is there job to know!!**

   \# 2. (*Strongly Disagree*) **Effective communication is impossible when it puts instructors directly in the line of fire of any student initiated IG investigation.**

   \# 3. (*Disagree*) **LT Steven Shaw, while a member of VFA-106 went outside his chain of command to air one sided grievances in a extremely unprofessional and non-standard fashion. This has led to the most unprecedented loss of motivation I have witnessed within my 18 years of naval service.**

   \# 4. (*Neutral*) Many gaps or delays in communication on a daily basis from what is actually happening on an airplane up through maintenance control and to the ODO/OPS Team. Seems to be better on det with smaller footprint and physically closer proximity between maintenance and OPS, but still too many breakdowns.

   \# 5. (*Agree*) Operations/Safety communication is on point. Maintenance to Operations (and vice versa) has drastically improved in the last 3-5 months, but there is still room for improvement as it depends on who is working respective desks each day. We are on the right track.

   \# 6. (*Agree*) **Our Command has an amazing climate for communication. However, we had an individual approach the media, with his name, without informing anyone in his chain, propose unfounded accusations, launch multiple IGs, and despite everyone in the entire F/A-18 community know this individual was a narcissistic rogue, the out of control and biased IG process REWARDED this individual and resulted in our Executive Officer being relieved without a chance to voice his side of the story. Aircrew morale is decimated, their faith in leadership above the Wing level is next to ZERO, and hardly any want to remain.**

   \# 7. (*Agree*) **Our Skipper and XO (LtCol Nesbitt) have gone above and beyond to ensure that their message of "by the book" and safety first is heard. They have established a strong triad that takes issues seriously and tell the hard truth when it needs to be heard.**

   \# 8. (*Agree*) We still under-communicate.

   \# 9. (*Strongly Agree*) **The entire chain of command from the CO to the Department Heads have an open door policy. Additionally, all officer meetings (AOM) are conducted at least monthly in order to allow face-to-face communication with the entire officer corps.**

8. *My unit keeps me well informed regarding important safety information.*

   \# 1. (*Disagree*) **The safety staff is completely overwhelmed at 106. There are 11 Scheds Os at VFA-106 who never stand any Duty. Yet LT Delisio running Aviation Safety by himself, logging 14 hour days, and often standing duty 3**

**ATTACHMENT F**                                    **025**

**days per week. This makes no sense. I think that we need to take a good look at the 1301 and find ways to get rid of jobs that don't make sense and balance out the work among the JOs.**

\# 2. (*Strongly Agree*) Our command Safety team does quarterly Safety Stand Downs that incorporate the mandatory safety items and highlight squadron and shop specific issues we have seen. They also put out a monthly ground safety newsletter geared towards the season, execute set training every Tuesday, execute AOM briefings on all safety issues or changes, and go above and beyond to ensure the command is adhering to all qualifications, SOPs, and instructions.

\# 3. (*Strongly Agree*) All safety related issues are addressed immediately either via mass e-mail, Read-and-Initial binder in the Ready Room, or at a AOM.

\# 4. (*Strongly Agree*) We have a great SAFETY/NATOPS department!

9. *Our Human Factors Councils/Boards are effective at improving safety.*

\# 1. (*Agree*) We make every effort to ensure we understand why a student is struggling and make sure they don't end up doing something unsafe that could hurt them and others.

\# 2. (*Strongly Agree*) Individual safety concerns are addressed at HFC/HFBs and controls are implemented as necessary.

10. *Our flight surgeon is effective at helping to identify/manage high risk personnel.*

\# 1. (*Strongly Disagree*) Getting help from a flight surgeon is like pulling teeth.

\# 2. (*Neutral*) When our flight docs are available, they are very helpful. Their schedule maintaining over 1,000 people limits their availability and it can sometimes be hard to get the prerequisites required for flight physicals and appointments.

\# 3. (*Neutral*) As a fairly new FS, I have had minimal interaction with his ability to identify potential high risk personnel.

\# 4. (*Agree*) Our flight surgeons need to spend more time in the hangar and interact with aircrew at Oceana. This is not a factor on detachment when a FS is on det, they are there in the thick of the operations because there are no clinical distractions. Hopefully, now that we have 4 flight surgeons, there can be a heavier presence at the squadron hangar.

\# 5. (*Agree*) All officer leadership in the squadron is (and has been for the last 4 years) effective in identifying high-risk, underperforming, and rogue instructors/students/maintainers. We do an excellent job of policing our own. If the majority of leadership see a problem with someone, chances are the majority is right, based on our experience in the Service.

\# 6. (*Agree*) We need more flight docs or potentially better time/resource management out of our flight docs. It takes months to get a flight physical in Oceana. Was never an issue in my 6 years in Lemoore. In Oceana I have had to get several month long extensions to flight physicals due to these restraints.

\# 7. (*Strongly Agree*) The flight surgeons are integral to the safe operation of the squadron. They are consulted any time an individual displays high risk behavior.

11. *Aircrew in my unit are able to maintain flight proficiency/currency standards.*

\# 1. (*Strongly Disagree*) **There is a lack of flight hours due to mismanagement by senior navy leadership. The fact that VFA-106 produces the vast majority of all**

**ATTACHMENT F**                                    **026**

**CAT-1 aircrew goes unseen by leadership as CNAL/CNAP/CNAF jockey for flight hours.**

\# 2. (*Disagree*) With current flight hour/budget constraints in Naval Aviation, my command is able to keep aircrew current but not necessarily proficient.

\# 3. (*Disagree*) Due to funding and mx issues, we find ourselves falling out of currency a bit.

\# 4. (*Disagree*) The lack of aircraft, lack of hours, and general increasing of operational flight restrictions is denying aircrew the ability to fly in sufficient quantities to maintain tactical proficiency IAW lethality requirements for the modern conflict.

\# 5. (*Disagree*) **The hours cut back this last quarter has severely impacted readiness at VFA-106. Asking people to do more with less is just asking for something that is impossible. It is an excuse for CNAF/CNAL not providing the Unit the recourses it needs. Instead CNAF is just putting the work on the overworked instructors to do more work to try and make up the difference. When we don't produce the adequate amount of RPs then the JOs are the ones that feel the heat. Not the higher leadership that created the problem.**

\# 6. (*Neutral*) Recent flight hour crunches towards the end of the fiscal year have hurt some member's abilities to maintain currency and definitely hindered aircrew proficiency in the jet.

\# 7. (*Agree*) Pilots need to fly more. We are somewhat insulated at the FRS. This is a huge problem across the enterprise.

\# 8. (*Agree*) With the caveat that if our hours are slashed due to fleet wide shortages, this answer will change to "Disagree"

\# 9. (*Agree*) Aircrew currency/proficiency depends highly on aircraft availability and the Flight Hour Program (FHP). In years past, whenever aircraft availability was high, instructors were afforded the opportunity to fly proficiency flights outside the FRS syllabus to sharpen their skills. With recent budget concerns, instructor proficiency flights have been stopped and I feel that instructor proficiency has been affected.

12. *NATOPS tests/check rides are conducted as intended, to honestly assess qualifications.*

\# 1. (*Strongly Disagree*) A monthly IAE is too much. I recommend a monthly 'quiz' of condensed information.

\# 2. (*Strongly Agree*) **This has been the trend for as long as I have been here. If the CO decides not to sign off on a student's, or instructor's, NATOPS qualification paperwork, it is for a valid and safety-concious reason. COs in command at VFA-106 have previously been COs in the fleet. If they make such a call, they take no pleasure in doing it, and they are more than qualified to make such a decision.**

\# 3. (*Strongly Agree*) Every person qualified has expressed an interest to do so and has received their qualification through the evaluation from a NATOPS E.

\# 4. (*Strongly Agree*) Strict adherence to NATOPS is an absolute must in the squadron, not only to maintain safety, but to ensure that new students are taught the correct way from the outset of training.

13. *Our Crew Resource Management (CRM) program is helping to improve mission performance and safety.*

**ATTACHMENT F**                    **027**

# 1. (*Disagree*) **The CRM program is fine but the Crew Coordination Standards are not adequately discussed or briefed. WSOs need to play a more active role in briefing flights and more training needs to be done with single seat instructors returning from the fleet. The current training leaves big gaps in the knowledge base of many instructors.**

# 2. (*Neutral*) In essence yes but we're placing an over-reliance on the pilot in command notifying the base radio of issues in flight which detract from the overall safety of getting the aircrew back in an efficient and safe manner. Base is there to assist, not to fly the jet. Aircrew should focus more on inviting base in when required, not when desired.

# 3. (*Strongly Agree*) CRM is briefed and utilized in every sim/flight.

14. *My unit has a reputation for high-quality performance.*

# 1. (*Neutral*) **VFA-106 maintains a excellent reputation among fleet squadrons, and consistently produces better trained CAT-1 pilots than 122 in all regards, at higher volume, and in less time. However, that reputation outside the VFA community is damaged due to frivolous IG complaints which detract from our ability to train or do our jobs. It sickens me to watch the bad apples continuously rob time and resources from the 99 percent of hard working warfighters due to misguided big-Navy policies and over-zealous IGs who don't care about truth.**

# 2. (*Agree*) **While 99.9 percent of our instructors are stellar and care deeply about the education and training of our students, the marred reputation of one dangerous instructor (LCDR Sel Shaw) has tarnished the hard work of others. Our leadership demands good instructors who will provide the safest and best quality aircrew to the fleet. They make the hard decisions to release the instructors and students who do not uphold that standard.**

# 3. (*Strongly Agree*) 110 percent agree.

# 4. (*Strongly Agree*) **The reason why we have such a reputation is because we effectively police our own and we rely on SOP, directives, and the special trust and confidence the CO gives us as leaders. When political correctness, self-serving upper-level leadership, and pandering gets in the way of our Triad's ability to make a decision that is rightfully theirs, they violate the trust that we have in Big Navy. Trust and confidence is a two-way street.**

# 5. (*Strongly Agree*) **We produce more pilots/WSOs than VFA-122 with less resources.**

# 6. (*Strongly Agree*) **Despite the Navy's best efforts to sabotage our command, we are the ONLY producing FRS for the VFA community.**

# 7. (*Strongly Agree*) VFA-106 is the "gold standard" when it comes to professionalism and performance. Our instructors are the best Naval Aviation has to offer and the quality of the students we produce is second to none.

# 8. (*Strongly Agree*) THERE IS NO BETTER TRAINING SQUADRON IN ALL OF AVIATION

# 9. (*Strongly Agree*) This squadron is the hardest working, highest producing FRS is the navy. The Aviators here are providing the best training they can produce without the requisite tools. As an example, the squadron has been provided 0 targeting pods (ATFLIR) yet is training students to arrive in the fleet and fight in conflicts that RELY on ATFLIR. This is a failure of Navy procurement, not the FRS.

**ATTACHMENT F**                    **028**

\# 10. (*Strongly Agree*) Look how many CAT 1s we have produced relative to our respective FRS on the West Coast. Obviously we have high quality people in the unit. However, we do not get the recourses that we need. Over half of the toilets don't work in the hangar and cockroaches routinely fall from the ceiling onto my desk. We need a new hangar ASAP! We also don't get the travel budget we need to do our required Dets. Active Duty members are often asked to save costs and not be reimbursed for things which are required to be paid back to them by DOD Instruction.

\# 11. (*Strongly Agree*) **We have a great production record, but a very poor reputation due to frivolous IG investigations.**

\# 12. (*Strongly Agree*) We're the only producing FRS yet still tow the line for performance.

\# 13. (*Strongly Agree*) Our unit has carried the majority of the FRS burden for the entire F-18 community for years now and continues to do so today.

15. *Violations of SOPs, flying regulations, or general flight discipline are rare.*

\# 1. (*Agree*) **Because Steven Shaw is no longer a part of the squadron and not trying to deliberately disobey all of the above for his vain attempt at being some sort of visionary in his own mind.**

\# 2. (*Agree*) FROM INSTRUCTORS, YES. STUDENTS, NOT SO MUCH, AND THEY MUST BE HELD ACCOUNTABLE FOR DEVIATIONS.

\# 3. (*Agree*) However, student often make deviations. This isn't a problem but we need to trust instructors when they say students are unsafe. The is a chilling effect to the safety culture when instructors are afraid of failing students due to the fear of being named in an IG complaint. I know this sounds crazy but this is a real thing in the squadron right now. It is our job to judge people as instructors. Yet the current culture of the Navy Leadership (CNAF/CNAL) is to put the onus on the instructor to prove his intentions. This makes no sense.

\# 4. (*Strongly Agree*) When they happen, they are immediately and professionally addressed. Experience, race, creed, nationality, background, religion, and whatever orientation play NO FACTOR. Now or since I have been here. Any implication there is a falsehood. We have never seen it. Instructors here are the best the Fleet has to offer. So trust us to do our jobs down here at the squadron.

\# 5. (*Strongly Agree*) Violations are rare, but they do occur when instructing new F/A-18 aircrew. This is the exact reason we have a IUT syllabus and our instructors are in the aircraft with the students for multiple flights prior to allowing them to fly solo.

16. *Training is conducted as scheduled.*

\# 1. (*Strongly Disagree*) **Hot negative. CNAF and CNAL have repeatedly asked us to move or cancel training detachments in Q4 of FY19 because they improperly managed money for the entire Naval Aviation Enterprise. WE *CANNOT* MAKE UP DETACHMENTS THAT GET MOVED. How someone with stars on their shoulders cannnot figure that out is beyond me.**

\# 2. (*Strongly Disagree*) We try really hard to execute the schedule as it is signed but this never happens. With the lack of parts, travel budgets, hangar facilities and qualified instructors, there has never been a day where we don't end up being super

**ATTACHMENT F**                         **029**

far behind timeline. This should be easy to fix but Navy Leadership needs to make it a priority in order to due so.

\# 3. (*Strongly Disagree*) We lose WAY too many events for lack of aircraft and maintenance/parts support.

\# 4. (*Disagree*) Massive last minute changes often occur at the expense of student training. It seems like priority is given to checking boxes on a syllabus tracker more than quality training (e.g. having students fly to get "current" and then land, hot pit, go right into a syllabus event). In practice, letter of the law is all that matters and the spirit/intent of the law matters little.

\# 5. (*Disagree*) We find ourselves cancelling a bit of flights for mx issues.

\# 6. (*Neutral*) Unless we need to flex for wx, mx, etc. If plans change, we brief it to conduct the mission safely.

\# 7. (*Neutral*) Training is attempted to be conducted as scheduled. However, given the constraints of maintenance within the F/A-18 fleets, hours cutbacks, and lack of equipment, training is conducted when able as opposed to as scheduled.

\# 8. (*Agree*) The weather in Virginia Beach during the afternoons in the summer and in winter months can be a struggle. Sometimes cancelling an entire schedule must be don't to ensure safety of aircrew and ground personnel.

\# 9. (*Strongly Agree*) The Operations Department works with the Training Department to maximize student syllabus events and minimize overhead. The squadron maintains a high OPSTEMPO, conducting 18-21 training detachments per year.

17. *Individuals are comfortable approaching their supervisor about personal issues/illness.*

\# 1. (*Disagree*) **While I can tell my Skipper or Department Head about an illness or personal issue, we have to be extremely careful when telling PERS. PERS is completely uninterested in your issues. All they care about is filling their numbers.**

\# 2. (*Strongly Agree*) **CDR Scott and LtCol Nesbitt are not only great aviators, they care about their people from the bottom to the top. Both would go to bat for any sailor or aircrew to do the right thing, and have done so many times. They push that style leadership to the entire command that your people and their safety come first. Fostering an environment like that is invaluable, and a terrible thing to lose.**

\# 3. (*Strongly Agree*) **My CO (CDR Scott) and XO (LtCol Nesbitt) are two of the finest Naval Officers I have ever had the pleasure to work for. I know that they have my best interests in mind, and I feel completely comfortable talking to them about anything and everything. They have my full trust, and I'd follow them to Hell and back.**

\# 4. (*Strongly Agree*) The entire chain of command has an open door policy.

\# 5. (*Strongly Agree*) VFA-106 HAS AN OPEN DOOR POLICY FROM TOP TO BOTTOM. OUR GOAL AS INSTRUCTORS IS TO INSTRUCT AND PROVIDE CAPABLE AVIATORS TO THE FLEET.

\# 6. (*Strongly Agree*) With the exception being the "IG Extragavanza" seemingly advocated by a former VFA-106 Member, everyone within the training pipeline is given incredible amounts of resources in the form of class advisors, department heads, instructor pilot/wso, front office, etc. Conflict resolution at the lowest level should be advocated but for whatever reason the IG thing is some people's first thought.

**ATTACHMENT F**                                          **030**

# 7. (*Strongly Agree*) **Skipper Scott and XO Nesbitt are the most genuine and approachable front office ever.**

18. *Individuals in my unit are comfortable reporting safety violations, unsafe behaviors, or hazardous conditions.*

# 1. (*Neutral*) **Yes, we are comfortable reporting safety violations. However, recently there have been several students deemed unsafe and attrited from the program, only to find that IG retribution from those students has been taken upon the squadron. This induces fear in the evaluators and prevents accurate reporting of safety conditions for fear of retribution impactful to livelihoods and family wellbeing's of instructors**

# 2. (*Agree*) Agree, but only if we can be reassured that we won't get an IG thrown at us for doing the right thing.

# 3. (*Strongly Agree*) The system is built to help ID these behaviors. SOD/HFC/HFB/PRB/FNAEB or FFPB. We follow these to the letter. We speak up when there is a problem, and there is no excuse for not using the chain of command here. Leadership is more than willing to listen and is 100 percent reasonable. We strive to solve things at the lowest level, then backbrief DHs and Triad when we solve them.

# 4. (*Strongly Agree*) The squadron possesses a strong safety culture. It is encouraged and expected that if someone sees or experiences a safety issue, they put a stop to it immediately if able and report it up the chain of command.

19. *All members of my unit have the authority to halt unsafe activities until the hazards/risks are addressed.*

# 1. (*Strongly Disagree*) **Our immediate command gives us this authority. However, it is not back by higher command. Past instructors attrited students in the past. Their judgment was sound but the stated about IGs have resulted in the return to F-18 flight status of an individual in the Marine Corps who has an increased risk to kill himself and/or someone else.**

# 2. (*Disagree*) Agree unless the person committing the unsafe act is a minority. in which case many instructors are more willing to pass the buck to avoid CMEO complaint issues or further IGs, even if the unsafe acts are well documented against a single individual.

# 3. (*Agree*) The triad and safety department has made it clear that anyone who reports an unsafe condition is doing exactly what they should.

# 4. (*Strongly Agree*) Have and will.

# 5. (*Strongly Agree*) Anyone can put a stop to an unsafe activity.

20. *Our Safety Department is well-respected.*

# 1. (*Neutral*) It is well respected personally by everyone inside of the command, but it is not adequately staffed to do its job correctly. They would need double the IPs in the shop in order to run how a Safety Department should.

# 2. (*Strongly Agree*) **LCDR Jones is one of the more respected aviators on the east coast and does an excellent job in his role.**

# ATTACHMENT F                    031

# 3. (*Strongly Agree*) Our Safety Department is integral to the successful operation of the squadron. They provide safety training and are consulted immediately when a safety concern is encountered.

21. *Our safety standdowns are effective.*

# 1. (*Strongly Disagree*) SAFETY STANDDOWNS ARE A WASTE OF TIME! ! ! ! ! !

# 2. (*Disagree*) Depends. If we have a safety issue or trends, we huddle up and discuss them, then fix them. SSDs directed by higher HQ are overused or are used by upper-level leadership to say to their MAJCOM that they have "checked a box." Things like "101 Days of Summer" and "Don't put a Frozen Turkey in Oil" SSDs are complete BS. Trust your squadron COs to run their own squadrons and keep their units safe. We are busy, do more and more with less and less...don't waste our time.

# 3. (*Neutral*) There's nothing harmful about them, but I don't think they really do anything to improve safety.

# 4. (*Neutral*) Our Safety Stand Downs are effective but 4 mandatory per year is a tough schedule to make with the amount of detachments required to continue producing quality aircrew to the fleet. Two per year would be the perfect amount.

# 5. (*Neutral*) Generally geared towards a much younger audience, it is the same message every year... but it is unavoidable with young enlisted.

# 6. (*Neutral*) Safety standdowns have gone too far in talking down to the masses over the holiday. As a professional aviator, officer, and middle aged adult, it is UNECCESSARY AND WASTEFUL to require I attend safety standdowns about frying a turkey, sunscreen, and speeding. Safety Stand downs for aviation relating incidences are very effective.

# 7. (*Strongly Agree*) Our safety standdowns (SSD) are mission focused. Instead of providing general safety training, they are focused on hazards specific to each workcenter.

22. *Unit members **do not** cut corners to accomplish their job/mission.*

# 1. (*Strongly Disagree*) **Corners are routinely cut on aircraft maintenance and ops scheduling to "get the X" on paper at the cost of proper procedures and in worst case scenarios, safety.**

# 2. (*Strongly Disagree*) This is essentially our job. We tell leadership what we need for instructors on Det, but then they ask us to cut back for "funding." So I either need to decided to have less instructors and overwork/stress my people. Or make the Dets longer. Or produce less students. CNAL needs to decide what they want or give us the instructors / travel money / parts to do our job.

# 3. (*Disagree*) Maintenance fails to uphold the standard at times. Personal experience includes panels taken off jets without the proper MAFs, turns or maintenance not being completed when required, or a reluctance from line maintainers to ask for a CDI when the aircrew requests one.

# 4. (*Disagree*) **Often maintenance cuts corners when repairing aircraft. Most of this is due to a lack of parts support, so they simply remove the component or write off the problem by saying "could not duplicate on deck"**

# 5. (*Disagree*) **LT Steven Shaw, an underqualified instructor, often went against conventional wisdom and standard procedure to utilize techniques that were not vetted by the appropriate experts within naval aviation. which could have resulted in the loss of life.**

**ATTACHMENT F**          **032**

# 6. (*Agree*) A little bit on the mx side, but mx has done an excellent job in the past few months to rectify this. Aircrew is becoming more confident in mx. The BCG team I believe has helped us make a difference.

# 7. (*Strongly Agree*) All aircrew understand the importance of VFA-106s mission, however, they also understand that this is a training command and that nothing we do here is worth risking lives and equipment to get the event accomplished.

# 8. (*Strongly Agree*) However, given the preponderance of SOP's and administrative burdens we have created for ourselves, efficiency is reduced due to SELF IMPOSED BARRIERS. A system for removal of obsolete SOP's and instructions must be implemented

23. *Crew rest standards are enforced in my unit.*

# 1. (*Strongly Agree*) The OPS Department strictly adheres to SOP and 3710 guidelines for crew rest.

24. *Aircrew work effectively as a team.*

# 1. (*Agree*) But only because we can trust each other implicitly. We got rid of the cancer that eroded that trust, and now we're being punished for it.

# 2. (*Strongly Agree*) We work effectively only with the aircrew that conform to policy, SOP, squadron mission, and are team players. Aircrew that have their own agendas and don't keep the faith with their brothers/sisters in uniform, will fall behind and isolate themselves. We attempt to bring those back into the fold, but if they resist and keep pushing their agenda, they are discussed with leadership. The esprit-de-corps and team integrity must be protected because it takes a team, made up of team players, to win in combat. And that's what we train to do.

# 3. (*Strongly Agree*) **All Instructor Aircrew, with the exception of LT Shaw, work effectively as a team.**

# 4. (*Strongly Agree*) **Our instructor leadership is now a cohesive unit that upholds the highest standard of performance and officership in our students. This wasn't always the case, however. When an instructor (LCDR Sel Shaw) was pushing unsafe information to eager to learn students, it degraded the safety and integrity of the instructor cadre. Retaliation from the individual has caused an extreme hit to the individuals that should be the future leadership of the Navy.**

# 5. (*Strongly Agree*) The entire squadron understands the importance of our mission and work together to achieve it.

# 6. (*Strongly Agree*) We have to otherwise we would not survive.

# 7. (*Strongly Agree*) **With the exception of LT Shaw, every instructor at VFA-106 is a team player and would go anywhere and do anything for another instructor or student in this command. He was a toxic member of the ready room who should have been removed from his role as an instructor/mentor long before he was.**

# 8. (*Strongly Agree*) The instructor staff is very flexible.

25. *Morale in my unit is high.*

# 1. (*Strongly Disagree*) **I have been in this command for over 5 years and can say that morale amongst instructor aircrew is at an all-time low due to the news**

**ATTACHMENT F**                                                    **033**

**that our XO was relieved of his duties. This action was taking by higher authorities in response to an IG investigation that was fueled by a former junior officer with an agenda to change the way we train students in a manner contrary to NATOPS, SOP, and sound judgement. The XO was a respected leader in our command who was made to be a scapegoat for a unfounded IG claims. Seeing how big Navy/Marine Corps dealt with this has greatly affected our morale.**

\# 2. (*Strongly Disagree*) **Morale WAS high. Recently decimated by the out of control IG system that rewarded unofficer-like conduct by LT Shaw and resulted in the removal of our executive Officer as the result of a biased investigation.**

\# 3. (*Strongly Disagree*) **Morale in/around/from VFA-106 is extremely high. I am incredibly proud of the people I work with and for. Morale in/around/from the NAVY is incredibly low. I am not proud of the senior leadership I work for. I think they are cowards who cowtow to every social justice warrior's demand. Bring back ADM Moran, CAPT McWherter, CAPT Blackmer, CAPT Weyenberg, LtCol Nesbitt.....**

\# 4. (*Strongly Disagree*) **Our XO has been removed due to retaliation from individuals that NEEDED to be removed to save the lives of themselves, those they teach, those they fly with, and those we support on the ground. Not upholding those strict standards for ALL aircrew would be a disservice to the military. We can not adjust the standard, and if we can what is the point of even having one. Removing the best is a perfect way to ensure that the retention issues are going to continue to get worse. The instructors cadre is the backbone of future naval leadership, and changing a standard is to risk them all.**

\# 5. (*Strongly Disagree*) **Our XO was fired for the dumbest reason I've seen senior flag level leaders make in a long time, and that's saying a lot when we look to the tape for dumb decisions. Steven Shaw being removed was one of the biggest morale boosts we could have, because that cancer was removed from the community before he actually got someone killed. Now we let a bullshit IG investigation affect the legacy of an aviator who actually has shaped and impacted the community. You ask why we have a retention problem, I ask why it is so hard to understand when it's so blatantly obvious.**

\# 6. (*Strongly Disagree*) Our XO and Skipper look out for and care for the morale of the instructors . However, when faced with the mounting pressure of big navy and those that wear the pants in the relationship, they can't protect us from all of the negativity.

\# 7. (*Strongly Disagree*) **Morale is at an all time low. Our XO, LtCol Nesbitt, was relieved for standing up to a community cancer named Steven Shaw. It is hard to justify why one of the OUTSTANDING officers in our community is being shot in the face while Steven Shaw walks free on base, despite security violations and other improprieties. How does BIG NAVY think that makes an IAC at VFA-106 feel? It makes us feel like no one above our Skipper gives a goddamn about our careers or contributions.**

\# 8. (*Strongly Disagree*) I have the utmost confidence in My commanding Officer, my immediate chain of command, and the brothers around me. However, there is little to no transparency to the IG process which has left the command feeling harassed and prosecuted. I can positively state that everyone in this squadron seeks to train

# ATTACHMENT F                                        034

objectively and produce the best fighter pilots anywhere independent of race, sex, orientation, height hair color, language, religion political stances etc...

\# 9. (*Strongly Disagree*) **Morale is really bad right now. When the JOs see people like LtCol Nesbitt get fired for enforcing instructing standards and safety practices. LT Shaw taught non-standard things to students and actively hid what he was doing from the rest of the instructors. Every aviator should know how dangerous that is. Lt Col Nesbitt departure, the lack of travel/Det funding, and the "do more with less" culture is driving all of your instructors out of the Navy. I only know of two of the current active duty instructor pilots who plan on staying in the Navy for their Department Head tours.**

\# 10. (*Strongly Disagree*) This question depends on which part of morale you are speaking to. Individual moral is high. however, squadron morale is at an all-time low. A recent instructor has caused quite the discord amongst others based on his recent media appearings. Additionally, claims that he has made against the command are purely false, yet higher echelon leaders are not able to see the facts behind these claims, and choose to make decisions based on one-sided arguments. With the relief of our squadron Executive Officer, morale in my unit is quite low.

\# 11. (*Strongly Disagree*) **The majority of senior O-3 aircrew currently on their first shore tour will separate as soon as possible due to a complete lack of confidence in senior leadership above the Commodore level. Watching multiple unfounded IGs, the removal of the best XO I've ever had (LtCol Nesbitt), the removal of one of the only Admirals I truly respect (Moran) and the general by-passing of true warfighters in our community (CAPT McLaughlin, CAPT Greene), along with the voluntary separation of just about every tactician to leave N-7 while mediocre-at-best aircrew make Dept Head is enough to make anyone quit.**

\# 12. (*Strongly Disagree*) **Morale in VFA-106 is at an all-time low. This is 100 percent due to knee-jerk reaction decisions made by senior officers due to nothing but accusations. I 100 percent intend to leave the navy, and my number 1 reason is because of Admirals covering their asses and harming the careers of well-respected, high performing indivduals in order to save their own careers. I am far from the only one that feels this. I fear that nothing will change until outside attention is brought on this issue.**

\# 13. (*Strongly Disagree*) **The firing of our XO may be the impetus for a mass exodus to an already brutal retention problem within Naval Aviation. We are purging great talent and leaders in the name of falsely perceived political correctness.**

\# 14. (*Disagree*) **It's hard to keep high morale when a coward of an instructor sneaks recording devices into secure locations, tells students to engage in life-threatening acts IOT test his own theories, and essentially plugs his ears and stops his feet to important people. Our bosses dedicated their lives to this career and the people who work for them, and they cannot continue in the USN/MCbecause our Admirals are too afraid to stand up for what's right. It's obvious why there's a retention problem. It's not "millennials being millennials", it's the perception of weak senior leadership. Perception = reality.**

\# 15. (*Disagree*) I love flying with and instructing at VFA-106. The men and women I work with are wonderful and command leadership is second to none. Unfortunately I am watching Navy (as well as the rest of the branches) leadership prove they are

**ATTACHMENT F**                    **035**

more concerned with appeasing social agendas rather than ensuring we have the right men and women for the job.

\# 16. (*Disagree*) **With current results of losing our executive officer, morale is low. However, Skipper is doing a great job boosting that morale. We love working for our leadership.**

\# 17. (*Disagree*) The entire officer cadre is very close knit. Over the last year, multiple one sided investigations of the command have painted VFA-106 in a less than favorable light and led to a general feeling that the upper chain of command, outside the wing, is pandering to a few individuals to protect themselves and will not stand up for what is right or protect their subordinates.

\# 18. (*Disagree*) TYPICALLY, YES. BUT THE DISTRACTIONS CAUSED BY THE DECISIONS OF THE UPPER LEVELS OF THE NAVAL AVIATION CHAIN OF COMMAND CANNOT BE UNDERSTATED AND BRUSHED ASIDE.

\# 19. (*Neutral*) **Not good right now. Certainly not due to command climate at Sqdn or Wing level, but due to much higher up. I think our upper-level leadership have a penchant for pandering to political correctness and progressive Congressional agendas, and are walking the fine line of mischaracterizing justice.**

\# 20. (*Neutral*) Morale used to be high until this command became flooded with IGs, cut flight hour funding and manning shortages (to include instructor aircrew manning shortage). The Navy either needs to give this command the resources (manning, funding, aircraft parts, working heads, hangars that are not an embarrassment to work out of, sufficient TAD funding to accomplish training detachments) needed to accomplish the mission, or not complain when the mission cannot be accomplished.

\# 21. (*Neutral*) It was very high, until our most qualified aviator and leader was relieved without ceremony.

\# 22. (*Neutral*) Moral has taken a hit with the removal of XO.

\# 23. (*Neutral*) It was, until XO Nesbitt got relieved.

\# 24. (*Agree*) **Given the recent news about XO, morale will undoubtedly suffer. Besides this news, YES morale is high at VFA-106 thanks to solid, sound, and unwavering squadron leadership. With the news of XO's departure will come overall discontent, but it is by no means directed towards squadron leadership or the day-to-day operation of the squadron. Critical events like this also generally do a great job of creating unity within an organization or unit, and hopefully we become even tighter as team because of it.**

\# 25. (*Strongly Agree*) **Morale inside the VFA-106 Ready Room on a day to day basis is incredibly high. We are a high-level performing unit with incredible assets, instructors, and students. Our perception of the higher echelon is very low. The IG is a joke of an organization that has gone from protecting gross injustices against minorities to seeking punishment for political incorrectness. It must be reigned in through oversight from SOMEWHERE. Why are we firing warfighters for BS? Wondering why we have retention problems? IG, Political correctness, lack of trust in O-5 leaders to LEAD their squadrons.**

\# 26. (*Strongly Agree*) It is amazing to me after all VFA-106 has been through in the last several years how high morale is. It is a testament to the leadership in the command and the fact that VFA-106 is a great squadron despite a few outliers who have a disproportionate amount of influence over squadron affairs due to the IG process.

**ATTACHMENT F**                                                                    **036**

26. *My unit has adequate resources (e.g., tools, equipment, publications, etc.) to perform its current tasks.*

# 1. (*Strongly Disagree*) Our assigned spaces are a disgrace. Offices leak like a sieve any time it rains. The air conditioning does not work in our maintenance spaces, making work conditions absolutely miserable in the summer time. Black mold abounds. I am professionally embarrassed by the material condition of the spaces that I am forced to work in.

# 2. (*Strongly Disagree*) Our squadron does not have enough hardware (aircraft and parts) to meet our production requirements, resulting in us having to "borrow" hardware from fleet squadrons that are currently in maintenance phase.

# 3. (*Strongly Disagree*) We can't get an ATFLIR and it is resulting in a decking product for PGM employment knowledge and experience for cat1's hitting the fleet.

# 4. (*Strongly Disagree*) The Navy either needs to give this command the resources (manning, funding, aircraft parts, working heads, hangars that are not an embarrassment to work out of, sufficient TAD funding to accomplish training detachments) needed to accomplish the mission, or not complain when the mission cannot be accomplished.

# 5. (*Strongly Disagree*) On average I spend 30 minutes per day fighting with technology. I have to tell my students to "pretend you have an ATFLIR and RWR", "you'll see that in the fleet"etc..Small list, but it gets added to daily.

# 6. (*Strongly Disagree*) **Much needed: CATM-9X, ATFLIR, JHMCS, adequate facilities to execute our mission with evolving technologies. Needed even more: Senior leadership with backbones**

# 7. (*Strongly Disagree*) Need more up jets!!!

# 8. (*Strongly Disagree*) CNAL and CNAF have fucked this pig to the tune of a $100M deficit on each coast. How on earth they keep their jobs but VFA-106 gets punished is beyond me.

# 9. (*Strongly Disagree*) The squadron is undermanned by between 10-15 instructors for the latest production requirements. Hangar 122 was built in the 50s and has multiple issues which involve everything from aircraft safety (AFF not functioning) to quality of life (multiple spaces without adequate a/c, infested with rodents/cockroaches, multiple leaks in the roof, 1 operational female head, etc). Additionally, recent budget constraints have placed limits on FHP and TEMADD funding that affect instructor proficiency.

# 10. (*Strongly Disagree*) to effectively train Fighter pilots we need: ATFLIR, CATM 9X, RWR, and Flight hours

# 11. (*Strongly Disagree*) VFA-106 has about half of the resources it needs to do its job. The parts availability is terrible and we don't even have enough working computers to allow students to prepare for briefs.

# 12. (*Strongly Disagree*) We have ZERO ATFLIRs at VFA-106. That is totally unacceptable, given that the primary mission of the F-18 in our current combat operations involves Precision weapons using the ATFLIR. The Airboss should be aware that we are sending students to the fleet having only seen an ATFLIR in the simulator. INSANITY!

# 13. (*Strongly Disagree*) **We are currently sending CAT-1s to the fleet with zero ATFLIR experience in the actual aircraft, which is mind-boggling considering our primary tasking over the past 15 years of operations in the Middle East, and the proficiency required to properly employ a multitude of smart weapons**

**ATTACHMENT F            037**

carried in Standard Combat Loads. We can barely execute higher level fighter tactics due to embarrassing inadequacies in combat systems to install in our aircraft (RWR, Jammer, MIDS, AESA radars).

\# 14. (*Strongly Disagree*) **We do not have enough flight hours to produce the CAT-I students required of us. Simply put, budget mismanagement by congress has directly resulted in the loss of AN ENTIRE AIRWING!!!! We have exacerbated our retention problem by reducing FRS production. This vicious cycle will continue until someone with a star on their shoulder GETS THEIR SHIT TOGETHER!**

\# 15. (*Disagree*) Need more jets, more parts, more money to execute next FY's TRL.

\# 16. (*Disagree*) I feel as though our front office could not be doing a better job working with the tools they have to keep the press on safely. The single point of failure is on a level well above theirs, and any officer with a fraction of situational awareness can see that. We had our ATFLIRs taken away, yet we are forced to send FNGs to the fleet where they could be employing ordnance at a moments notice. Our jets are limping and constantly going down for maintenance related issues. We are being told to accept mediocrity by the senior naval aviation enterprise leadership via their decisions and actions.

\# 17. (*Disagree*) **At the JO symposium Vice Admiral Miller kicked off the event by telling us about how another JO ridiculed him for not turning on his combat systems (RWR) every flight to set good habit patterns. Not only do we not have RWR at VFA-106, we also don't have a single ATFLIR. It is unbelievable and a detriment to Naval Aviation that we are sending CAT-1s to the fleet without exposure to using the ATFLIR in the aircraft. We can't turn on and exercise systems when they don't exist!**

\# 18. (*Neutral*) More parts will aid in the number of up jets. Immediate replacement whilst in the jet is rare and could be the difference between a flight completing or cancelling.

\# 19. (*Agree*) Jet numbers are on the rise, but operational support equipment (e.g. computers, JMPS, etc.) are not. Half of our resources are broken, slow, and overused.

\# 20. (*Agree*) Need ATFLIRs. At the moment, we are doing the students, especially the WSOs, by not giving them the opportunity to use the ATFLIR during the RAG.

27. *My unit has enough experienced personnel to perform its current tasks.*

\# 1. (*Strongly Disagree*) **Pilot retention is hurting. Manning is hurting, yet big Navy sent LT John Coleman to ISA AB for an 11mos IA???**

\# 2. (*Strongly Disagree*) We are at half manning for active duty instructors, and yet our student loading has gone up while resources have gone down. The line is wearing thing.

\# 3. (*Strongly Disagree*) The push to get instructors back to the feel has left VFA-106 with a huge deficit of experienced instructors. Now we are understaffed and have to push IPs through their IUT syllabus to get enough instructors to adequately do the mission. We also do not have the support personnel needed to do the mission. This forces your instructors to fix computers, clean heads, and take out trash.

\# 4. (*Strongly Disagree*) We are incredibly undermanned. I know the fleet needs pilots, but VFA-106 does not have enough instructors (specifically pilots) to make our production requirements.

**ATTACHMENT F**          **038**

# 5. (*Strongly Disagree*) Experienced personnel are consistently pulled early from their instructor tour to augment fleet squadrons due to a lack of replacement pilots available (due to VFA-122's inability to fix their systemic production problems over the last decade). These are the same folks fully IUT qualified. veritable experts among instructor aircrew...

# 6. (*Strongly Disagree*) Junior officer retention has directly resulted in an undermanning of this squadron. If we are to meet production requirements, we simply need more instructors.

# 7. (*Disagree*) We do not have the correct amount of qualified instructors to meet the student production levels

# 8. (*Disagree*) **We short on instructor aircrew, which requires junior officers to have multiple ground jobs, participate in more training detachments, and work longer hours than in previous years.**

# 9. (*Disagree*) This is straightforward and easy to answer. Not really. We are staffed well below normal instructor aircrew levels, and being told to do more with less aircraft, more with less parts, more with no targeting pods, more will less instructors, and oh by the way we're forcing the best people in the business out because your bosses bosses boss won't stick up for his/her own officers. "It's so weird where this retention problem came from... it's really just out of the blue." -senior leaders who have been away from the ready rooms for too many decades, and lied to by admirals below them.

# 10. (*Disagree*) We are spreading ourselves too thin as the undermanning issue continues and we pull more people to the fleet than we replace them with.

# 11. (*Disagree*) See above, we are currently undermanned by 10-15 instructors. Additionally,

# 12. (*Neutral*) CORE IAC size has decreased with an increase in student loading.

# 13. (*Neutral*) We're getting light on instructors with JO IP's being sent back to the Fleet early prior to their PRD.

# 14. (*Agree*) Experience yes. Resources no.

# 15. (*Agree*) **Minus our recently relieved XO, who had decades and thousands of hours of experience, and who was not even honored with the courtesy of a last flight. The squadron, our ready room, and ultimately our replacement pilots are worse off without him.**

# 16. (*Agree*) We are trending dangerously towards an instructor shortage in my opinion

# 17. (*Agree*) VFA-106 is still getting by but the manning situation is looking more dire with each passing month. The state of the VFA community means more fleet tour extensions and a lot of aircrew leaving the Navy. This is definitely affecting our ability to do our jobs. We have also pulled extremely qualified aircrew to fill IA billets and currently have one of our most qualified pilots in Bahrain.

28. *I have adequate time to prepare for and brief my flights.*

# 1. (*Strongly Agree*) All aircrew are afforded adequate time to prepare and study for upcoming flights/sims.

29. *I am provided the right number of flight hours to fly safely.*

# 1. (*Strongly Disagree*) **I fly less than 5-10 hours per month.**

**ATTACHMENT F**                    **039**

#  2. (*Strongly Disagree*) I have lost almost all proficiency with advanced BFM and FTR tactics.
#  3. (*Neutral*) Can always ask to fly more. We have some sort of hours crunch now? Little to no details given to operators, but I have plenty of < 10 hour months in my logbook.
#  4. (*Neutral*) More is always better for safety.
#  5. (*Agree*) I have enough, but we're in an hours crunch and still flying the base skipper on fam warmup flights.
#  6. (*Agree*) VFA-106 is adequately funded to fly safely, however, I would argue that the current budget concerns are leading to diminished proficiency.
#  7. (*Agree*) I have enough flight hours to fly safely, but not to remain tactical
#  8. (*Agree*) Agree with the caveat that there are not enough hours to go around right now towards the end of the fiscal year.

30. *Leaders/Supervisors in my unit emphasize safe maintenance in achieving flight schedule goals.*

#  1. (*Strongly Disagree*) The relationship between maintenance and pilots is not great. We as pilots stick to the flight schedule timeline to the minute. Maintenance needs to be held to the same standard.
#  2. (*Neutral*) I think that many leaders push for safe maintenance, but there remains a prevailing culture of not fixing jets in our mx department that leaves me worried for the quality of the aircraft I fly in.
#  3. (*Strongly Agree*) We emphasize safe maintenance at the levels that I see, but it is clear that we still have many in our junior ranks cutting corners.
#  4. (*Strongly Agree*) There is no question here. VFA-106 leadership does a terrific job of making it perfectly clear to hold MX/URS accountable by downing aircraft and writing good gripes.
#  5. (*Strongly Agree*) Safe maintenance practices and strict adherence to IETMS are addressed at all levels of the chain of command.
#  6. (*Strongly Agree*) **COMMANDER SCOTT AND LtCol NESBITT ARE/WERE TWO OF THE FINEST LEADERS I HAVE HAD THE OPPORTUNITY TO WORK FOR.**
#  7. (*Strongly Agree*) Leadership in this squadron is more than willing to completely halt flight operations in the interest of safety when CRM or maintenance practice concerns arise.

31. *Leaders/Supervisors in my unit care about my quality of life.*

#  1. (*Disagree*) My skipper cares. He is one of the best people I have ever worked for. But the Department Head either don't care or are too busy trying to impress Skipper/higher up to even ask about what is going on in my life. Upper Navy Leadership (CNAF/CNAL) only take the tools (parts, ATFLIR, adequately sized Det and classes) away. This has the largest impact on my quality of life. We can't be asked to keep producing like we have without getting an increase in resources. Yet all we hear is that the Navy is shifting focus away from aviation and the class sizes are going up.
#  2. (*Neutral*) Allow JO's to complete a full shore tour before sending them back to the Fleet.
#  3. (*Agree*) **In my unit yes. In the Navy- No**

**ATTACHMENT F**                                                        **040**

\# 4. (*Strongly Agree*) **The leaders in my squadron, to include our departed XO, always put their people's well-being and safety first over production requirements.**

\# 5. (*Strongly Agree*) **100 percent my CO loves his Sailors and Marines.**

\# 6. (*Strongly Agree*) **Everyone at VFA-106 cares about me. No one outside of our command cares about me or anyone at our command.**

\# 7. (*Strongly Agree*) I agree with this statement, however, the quality of life (QOL) issues that the squadron now faces are outside the immediate chain of command's control. The state of disrepair of Hangar 122 and NAS Ocean facilities in general has been known for years and has been neglected by upper Navy leadership. For the better part of the last decade, Navy leadership has placed a higher emphasis on equipment procurement than on facilities management and QOL for their sailors. I interact daily with enlisted members and officers that are taking QOL issues into account when deciding to stay Navy.

\# 8. (*Strongly Agree*) **Specifically XO Nesbitt, who was fired, cared incredibly about people and quality of life.**

\# 9. (*Strongly Agree*) While I can't say this about the rest of the navy, the leaders in VFA-106 are the best in the Navy.

\# 10. (*Strongly Agree*) I currently have the best leaders that I believe the Navy can offer. Again, this is based off of 18 years of experience in the Navy in both enlisted and officer ranks.

32. *Leaders/Supervisors in my unit set a good example for following standards.*

\# 1. (*Agree*) Although that's harder to agree to when you take one of the best examples of maintaining a standard when our XO is removed.

\# 2. (*Strongly Agree*) **My CO, and especially my recently-relieved XO, couldn't be a better example of warriors, leaders, and tacticians. What is the Navy and Marine Corps doing right now!? Certainly not concerned about OUR perception....or retention for that matter.**

\# 3. (*Strongly Agree*) **This leadership (CDR Scott and LTCol Nesbitt) have been some of the best I have seen in my career. They exemplify qualities of what every Navy and Marine Corps Officer should. They are professional, phenomenal aviators, good people, and it would be hard to find a better CO and XO than them.**

\# 4. (*Strongly Agree*) Skipper FSBO and XO Nesbitt are two leaders that I can only wish I'll one day be able to emulate

\# 5. (*Strongly Agree*) Especially our front office, to include our recently relieved XO

\# 6. (*Strongly Agree*) The Chiefs and Officers of this command are among the very best I've served with.

\# 7. (*Strongly Agree*) My Commanding Officer is the most exemplary officer I have had the pleasure of serving under. He is a model for all Officers and Warfighters to replicate. You must ensure that he is kept, because he possesses a warrior spirit that is being lost in many circles

\# 8. (*Strongly Agree*) Specifically, XO Nesbitt, who was fired, set the baseline example any fighter aviator should endeavor to follow.

\# 9. (*Strongly Agree*) **Both Commander Scott and LtCol Nesbitt are giants among men in this community and inspire near cult-like loyalty and admiration for their leadership, character, and work ethic as CO and XO. Seeing LtCol Nesbitt**

**ATTACHMENT F          041**

**clean out his office was the final straw and firmly pushing this fighter pilot off the fence in my decision of whether or not to stay in the Navy. No organization that would remove him is one that I would want to be a part of.**

# 10. (*Strongly Agree*) **I would follow CDR Scott into Tehran tomorrow. He is a badass. 'nuff said**

33. *Leaders/Supervisors know who the high-risk members are in my unit.*

# 1. (*Strongly Agree*) We continuously evaluate all students and instructor aircrew to ensure they are given the tools and training necessary to operated safely and effectively both here and in follow-on commands.

# 2. (*Strongly Agree*) We do, and we call them out, without shame and without bias. But apparently that doesn't matter. Big Navy and Marine Corps will reinstate those we ID as hazards because they don't trust us. They certainly care about themselves, though.

# 3. (*Strongly Agree*) **Steven Shaw was identified as a high risk individual by the command. He needed to be gone, and thankfully my CO and XO took care of it, regardless of the travesty they're enduring now.**

# 4. (*Strongly Agree*) The Chain of Command is highly involved in mentoring our sailors, both officer and enlisted.

34. *My unit's private motor vehicle (PMV) program is working well to reduce PMV incidents.*

# 1. (*Strongly Disagree*) Its a worthless program.

# 2. (*Neutral*) This should not be a requirement of a Navy unit. Every person who joins the Navy, above the age of 18 is an adult. Personal responsibility needs to be exercised. We are not a family, they are not children, this is work. Act like it.

35. *My unit's motorcycle safety program is working well to reduce motorcycle incidents.*

# 1. (*Neutral*) See comment 34

# 2. (*Don't Know*) Motorcycle drivers are all careless anyway.

36. *My unit's drinking and driving policies are working well to reduce DUI events.*

# 1. (*Strongly Disagree*) Its appalling how many drunk driving cases we see in this squadron. It all boils down to young sailors and pop culture.

# 2. (*Neutral*) My unit follows the law. Let the law enforce the law, this should not be a responsibility of my squadron

37. *My unit's off duty and recreational activity safety program is working well to reduce injuries.*

# 1. (*Strongly Disagree*) This program does nothing but waste people's time.

# 2. (*Neutral*) See comment 34

39. *The most hazardous activity I perform is...*

\# 1. Flying older jets that might not get the gripes fixed due to multiple issues...high op-tempo, poor MAFs written by aircrew, or inability to fix the gripe due to parts availability.

\# 2. Flying with high-risk students in dynamic mission sets.

\# 3. **Reporting to my job, executing it within the confines of SOP, NATOPS and TOPGUN recommendations, then having an IG filed against me and kicked out of the Navy for something I didn't do. Naval aviation is not the place to be right now.**

\# 4. Approaching a merge with 1000kts VC against an incredibly inexperienced aircrew who may choose the incorrect decision at any time and kill us both, dozens of times per flight, 100s of times per year. Don't worry! It's okay to give that student a pass and an upteenth time try because of an inappropriate call sign!! Hope he doesn't kill any VMFAT-101 instructors along the way!!!

\# 5. **Flying a jet that didn't have maintenance done properly or where corners may have been cut. The aircrew can not open every panel and look at every interior thing, we are not the experts on every nut and bolt inside the jet. We have to have faith that the work being done on the jet is done by the book by qualified maintainers.**

\# 6. Flying in the backseat with brand new pilots. Whether it is going to a merge with 1000kts Vc or flying low altitude, there is enough to keep track of on a thin margin to make sure my wife doesn't get a phone call she never should have to get. That said it's a necessary job that I and my fellow instructors take on to shape the next generation, and we gladly take it on. What we shouldn't then have to worry about is having our career or leadership impacted by one woefully unsafe person who is so caught up in his own reflection he can't see the danger he poses to the entire community.

\# 7. Flying VFA-106 aircraft.

\# 8. Flying an aircraft that is not owned by the maintainers that work for VFa-106. Would you put all your effort into fixing a car that you know is going to be sent to someone else in a few months?

\# 9. Flying with students is extremely dangerous and hazardous, especially when guys that are struggling greatly slip through the cracks to get here.

\# 10. **flying at VFA-106 under flag officer leadership that removes effective officers, cowers to the IG, and does whatever it takes to protect their own stars (regardless of the consequences). VADM Miller is killing Naval Aviation, specifically the VFA community, by punishing those that are holding the line and praising the likes of Steven Shaw. I cannot believe this is happening, and it kills me.**

\# 11. Flying daily with inexperienced students, often with little or no ability to physically alter the performance of their aircraft other than voice direction.

\# 12. Flying with new, inexperienced aircrew in the low level environment.

\# 13. HITTING A MERGE AT 1000+ Vc IN THE TRUNK OF A JET WITH A CAT1 WHO HAS MADE IT THROUGH THE TRAINING PIPELINE THROUGH A "PASS THE TURD" MENTALITY. OUR JOB IS TO PROVIDE CAPABLE AVIATORS TO THE FLEET, AND WHEN THE DECISION IS MADE TO GIVE STUDENT AVIATORS "ANOTHER SHOT" COUNTLESS TIMES, IT UNDERMINES OUR ABILITIES TO ACCOMPLISH OUR MISSION.

**ATTACHMENT F**                    **043**

\# 14. Flying. It is dangerous. That is the way it is. It is made more dangerous however, by a lack of hours and ineffective maintenance in a fleet with over utilized aircraft and insufficient parts.

\# 15. Flying with below average students who should have been kicked out at the VT level way before the FRS. I have had multiple flights where there have been "Safety Of Flight" issues with students who probably don't possess the ability to fly the F-18 safely.

\# 16. FLAT-102.

\# 17. I teach and fly with initial training students in front line fighter aircraft.

\# 18. Low Level training. Everything is done to ensure this is done as safely as possible and the training is conducted to the highest standards. However, there is no escaping the dangers of the low level environment hence my responce.

40. *The next incident/mishap in my unit would most likely be caused by . . .*

\# 1. Misplaced tool, loose fasteners, or a landing gear issue.

\# 2. Simple checks being missed. I often see rushed personnel miss things like CATM arming, missed fasteners or doors not completely shut/locked. People are double checking each other, which is necessary in the high op-tempo business that is the FRS.

\# 3. DUI.

\# 4. **Instructors fearing reprisal of a student launched IG and not adequately holding the standard and failing a student when he poses a risk to him/herself and others.**

\# 5. **Subpar aviators being passed through Meridian/Kingsville/VFA-106/122, Primary, VMFAT101 due to perceived pressure from senior navy leadership AND lack of ownership of standards due to illogical consequences when those standards are applied fairly. -Fail a student who happens to look differently than you? Here's a NPLOC. Oh, and your XO is fired too. #StayNavy**

\# 6. Improper maintenance in an area of a jet that the aircrew cannot identify due to normal NATOPS walk around or procedures

\# 7. Gutting our leadership's ability to enforce standards by giving life to the abuse of the IG process. We literally put took the ability to maintain good order and discipline away when our XO was removed. Now any maintainer or disgruntled member will probably just threaten a retaliation claim and go on with impunity.

\# 8. Cut corners from maintenance or student aircrew who are not ready for the flight (crew rest, crew day, currency).

\# 9. someone who is in a high risk/high stress environment when they shouldn't be, most likely after being given a pass after complaining they were treated unfairly or their feelings were hurt.

\# 10. Political expediency and correctness being prioritized over safety and proficiency by senior leadership.

\# 11. A student that should not be here is flying in my section or division. Or, flying at the boat when they should not be there.

\# 12. **VADM Miller and CNAL removing critical resources from VFA-106 and the entire VFA community. Our blood is on their small, incapable hands.**

\# 13. Material condition failure of an aircraft component.

\# 14. SEE ABOVE

**ATTACHMENT F**          **044**

\# 15. I believe this will be due to a culture within Naval Aviation. I have heard that Naval leadership is shifting towards a "Don't just tell me what you can do, tell me what you can't do if you do this" mindset. That does not exist at lower levels. All we hear from on high is PRODUCE, with class sizes getting larger, legacy hornets being taken away, no new jets being added, and less flight hours. We cannot adhere to this request. The next mishap will be caused by an enterprising aviator trying to get it done for the navy, despite the navy being out of touch with the reality of the situation.

\# 16. A student with unsafe Administrative flight habit patterns will cause a mishap during a routine phase of flight. This issues are hard to track and document and when they are documented, instructors do not feel they have the tools to remediate these issues or remove the hazardous students from training.

\# 17. The next incident would most likely be caused by an individual that is allowed to continue training because higher echelon leaders determine it is appropriate to put that individual back into training, regardless of if the FRS determined that they were unsafe to continue. Upper leadership that takes into account complaints only, without looking into the facts of why an individual is attrited, and allows that individual back into the training pipeline, is making a grave mistake. We can only hope that individual does not cause harm to himself or others.

\# 18. **A below average student who should have been removed from training in the VT's, executing dynamic BFM or Air to Air flight, losing SA and having a midair with instructor, REDAIR, or other student.**

\# 19. Training to ever-increasing high-level tactics in antiquated aircraft with inadequate combat systems with a wingman who should have been attrited multiple-offenses prior, but has been given yet another chance because of a community afraid to remove poor-performers from training after a series of heinously unfounded IGs and the fallout associate with them.

\# 20. Hypoxia/DCS

\# 21. **Lack of faith in my ability to fully train an individual based on his ability to instantly ruin the career of myself or my peers without due process.**

\# 22. Student aircrew that have been identified as unsafe in the aircraft and removed from the syllabus but are still afforded second or even third chances due to external factors such as fear of repisal and percieved public opinion.

\# 23. Midair during fighter phase or CFIT during LATT. The risks are well known and training rules and procedures are always riguroulsy briefed but again, you can not entirely remove the risk in these dynamic fast paced phases of flight.

41. *The most significant action(s) my unit can take to improve safety is(are):...*

\# 1. Keep IAC longer to improve knowledge turn over. Too many good people are leaving early to fill billets in the fleet.

\# 2. Keep doing what we are doing: honestly evaluate, assess, execute, evaluate, assess, execute, evaluate...on repeat.

\# 3. Clear the IG burden from my leadership so that they can focus intently on running the squadron, taking care of people, and proving to our subordinates that a career in the Navy is completely worth it.

\# 4. Trust small unit leadership.

\# 5. Bring back bottle bets.

**ATTACHMENT F**                    **045**

\# 6. Continue pushing the highest standards and by the book compliance. If someone is not following it, they need to be dealt with in a manner that highlights how serious the issue is.

\# 7. **Reinstate our XO to show that he has the support of the upper echelons of Navy leadership.**

\# 8. Get the flight hours funding needed to accomplish our mission. Get the manning needed to fix jets, instruct students and operate safely.

\# 9. My unit is doing all it can to improve safety every day.

\# 10. **Get rid of the Steven Shaws of the world and stack the deck with people like CDR Weyenberg, CDR Scott, and LtCol Nesbitt.**

\# 11. Keep safety at the forefront of everything we do. Continue to talk about and address safety concerns as the arise and continue to emphasize time critical ORM in order to mitigate risks in a dynamic environment.

\# 12. There is only so much we can do. Flying only gets so safe. We are at the tip of the safety curve. Stop worrying so much about safety, feelings, and perception. Let us take risks, let us be lethal. We need personalities that are aggressive, fighters, jocks, hard-chargers, assholes. We need people who will go into the lions den with a knife in their teeth and duke it out with the lion. We need people who will not flinch when their wingman explodes next to them, who will come back to the ship and sleep that night because they are going up again tomorrow. That's how you win in aviation. Gut it out

\# 13. Increase the staffing inside the squadron at all levels and fix the physical condition of the hangar.

\# 14. VFA-106 is doing a good job identifying and enforcing controlling measures against aviators as we begin to identify problem areas. With that said, the Navy is on a dangerous path with allowing individuals that have been identified as unsafe or unable to continue training, the ability to allow a media appearance to dictate whether they should be allowed back into training or not. This is one of those cases where "the squeaky wheel should not get the grease." Unfortunately, nobody outside of the command is willing to risk the publicity of a public investigation to get to the facts.

\# 15. Remove more students from training for not meeting standard. Not everyone can do this job, we jeopardize the safety of fleet pilots and people on the ground downrange when we send below average students to the fleet.

\# 16. **Speak truth to power and hope O-7+ leadership listen.**

\# 17. Social camraderie events that include only JO's and maintenance Chief's

\# 18. Give me a voice to air my concerns with the upper echelon of Naval Aviation.

\# 19. Provide more parts to maintain / fix broken jets.

\# 20. **Stop removing fantastic leaders from our command. LtCol Nesbitt was one of the most respected fighter pilots in Naval Aviation today. As XO he was dedicated to the safe and effective execution of every aspect of squadron life. He was a phenomenal mentor to the next generation of aircrew and his absence has left a vacuum at the Executive Officer position. #BringBackSingleFighter**

42. *What is my unit doing **right** and why?*

\# 1. Our unit level leadership seems to be trying, against stiff winds and overwhelming odds, to create a better work environment for our Sailors.

**ATTACHMENT F**                                                              046

\# 2. VFA-106 is taking a critical look at operations and maintenance on a daily basis. Yes, there are probably growing pains with BCG. And yes, we are in an hours crunch. And yes, we are undermanned in some billets. It is evident that leadership is taking a big picture look at the process as it is now and the process into the future, instead of shooting the alligator closest to the canoe.

\# 3. True confessions and general willingness to have a discussion about/concern for safety items.

\# 4. We fly, we train, and get get replacement pilots out to the fleet.

\# 5. Putting people and safety first.

\# 6. **CDR Scott and LtCol Nesbitt have worked countless extra hours, putting in clear and visible extra effort and care into their jobs that majority of us have never seen before. One was just relieved of his duties, and the other passed up O-6 because he cannot make his CAG timing due to a weightless and cowardly IG complaint. They still continue to give all the care and effort they possibly can, despite being left in ditches and taking grenades by their senior levels of leadership.**

\# 7. VFA-106 is doing everything right. But the IG process is undermining the Command.

\# 8. My unit graduates more CAT-1 pilots than other RAGs. Those CAT-1s by and far meet the heavy standards imposed upon them. We have great leadership by men who care, a great ready room filled with highly talented men and women, and a motivated student body. Yet you have chosen to attempt to disrupt that by firing without cause one of the most respected leaders in the USN Aviation Community.

\# 9. My unit HAD good leadership, that upheld the standard. It was removed by politics and higher ups far removed from the situation to make themselves look good. We lost a huge part of VFA-106 and a potential Marine Corps rockstar that would have made a great General someday. Our unit is doing right, it's a shame it can't be seen from so high up.

\# 10. Great communication from the front office on all issues we face. Continuing to attempt to do more with less (instructors and parts) to be the only FRS that actually consistently produces for the fleet in a futile effort to make up for manning shortages induced by senior Navy's failure of leadership.

\# 11. Producing fleet aircrew in spite of inadequate resources, funding, manning, and support.

\# 12. Not covering up the importance of honesty and telling it like it is.

\# 13. Standing behind those who have been adversely affected by investigations that should have never taken place.

\# 14. My unit's results speak for themselves. We are a ready room of diverse instructors and officers who do their mission superbly and with the highest degree of professionalism. Our front office is fantastic. Our department heads, mostly post-Fleet DH's, take their jobs seriously and are excellent role models for our JO instructors. Our JO's run the squadron. They are talented, motivated, and dedicated-despite the challenges the squadron faces and the looming decisions in their professional and personal lives.

\# 15. Our leadership is top notch.

\# 16. **We're overcoming the horrible leadership we've been dealt in Naval Aviation at the FLag Officer level and \*still\* producing 80 percent of TACAIR CAT ONE aircrew.**

**ATTACHMENT F**         **047**

\# 17. Providing the US Navy with the most efficiently trained fighter pilots and WSOs to join the fleet and conduct the missions of the Department of Defense, at a significantly higher rate than any other squadron.

\# 18. We are responsible for 50 percent of the production of CAT 1 aircrew to the fleet, yet, over the last year, we produced 84 percent of new F/A-18 aviators. We are continually improving the quality of instruction and constantly seeking efficiencies in execution. We plan for success and adapt to an ever changing environment. Additionally, the chain of command is dedicated to improving the quality of life of our sailors through outreach to upper Naval leadership.

\# 19. OUR JOB

\# 20. My unit instills its instructor Cadre with a sense of pride, a sense that we are the way to fix the perceived downfall of naval aviation. We are proud to serve our country, we are dedicated to the job and we are driven to do it right and produce the best product we can. Without that feeling, this job would be crushing, not due to the work hours, but because I believe the Navy is losing sight of priorities. It beings tears to my eyes because I am embarrassed and disappointed that the focus is on things like IG's, driving programs, paternity leave. We fight wars. Its not nice. Don't Forget it.

\# 21. The instructors really care about producing high quality aviators for the fleet. The amount of extra time and effort that the IPs and IWSOs put in on their shore tour is incredible. I don't feel the same level of motivation to the cause from people outside our squadron who are supposed to give us the resources we need to do our job.

\# 22. My unit has put the right people in the right place of authority. We have our Commanding Officer's full support in our decision making, and I am confident that I can go to him with any concerncs that I have, and he will act upon them. My Executive Officer cares greatly about every single one of us, and encourages us to reach our full potential. It is unfortunate that the military saw it necessary to relieve him from his duties before he was able to defend himself.

\# 23. **Our unit level leadership is the best I have experienced. As a DET OIC, I took 20 jets on the road to Key West and ran a 2 week 350 sortie 500 flight hour detachment with little input from anyone O-4 or higher. That is how trust should work up and down the chain of command.**

\# 24. Continuing to conduct themselves as professionals and give the fleet as highly trained CAT-1's as possible with the resources available, due to excellent leadership in the front office and duty-conscious instructor aircrew who care deeply about the warfighters in the fleet.

\# 25. Calling a spade a spade and cancelling events when there is event the slightest bit of risk.

\# 26. My unit has consistently reaffirmed my ability to make the decisions I need to in order to guarantee we are sending the best product possible to the fleet to defend our great nation from the enemy.

\# 27. We're informing the Chain of Command of issues within our community.

\# 28. **Our Skipper has done a masterful job navigating through the sea of IGs leveled at the squadron. It is amazing that the instructor cadre at VFA-106 has continued to maintain high morale and a high level of performance as they produce replacement aircrew for the fleet and this absolutely reflects on the leaders in this squadron. Our front office continues to stand up for what is right regardless of the ramifications to their careers and livelihoods.**

**ATTACHMENT F**                    **048**

\# 29. Encouraging a proffesional attitude towards what we do both within the IAC and RAC cadres. We take pride in doing what we do well and safely and 106 fosters this very well.

43. *Use this space to provide any concern that you would like to comment upon.*

\# 1. **I have completely lost faith in our leadership at the Flag level and beyond. Our hangar is in an unacceptable material condition and has been for many years. We can't seem to budget accordingly for flight hours, with many rumors of shutting down. Most compelling, our XO was recently fired for what I'm 100 percent sure is something that he is not at fault for. We have given the IG, and therefore anyone who is sly enough to complain, 100 percent of the narrative and the vote. It has created a massive morale and safety problem. If everyone is fed up and choosing to leave the Navy, safety will suffer.**

\# 2. Up to this point, VFA-106 has done an incredible job compartmentalizing the impacts of these IGs. This is largely due to the professionalism and compartmentalization from the front office, which is absolutely 100 percent why the train has managed to stay on the tracks. The problem still exists though and Navy leadership needs to answer their warfighters: Why are there no checks and balances on the IG? Why are prolific leaders guilty until proven innocent? Why are there loopholes in verbiage that prevent a professional organization's defense? Who can fix this issue?

\# 3. After seeing our XO be hung out to dry by the Marine Corps after four and a half hears of service in this squadron for what are considered by those who were present for the events pertaining to the IG in question, it is my belief that the junior officers of this squadron are seeing how big Navy/Marine Corps is so quick to place blame instead of conducting due diligence when allegations are raised. The belief that swift corrective action in response to public perception is the primary concern for generals and admirals is demoralizing for those of us on the bottom that know the truth.

\# 4. Our Sailors and Marines have full confidence in our CO and Commodore. Above that? There's an image problem. One that is distrustful of higher leadership. We have tried to keep faith in them, but they haven't kept faith in us. Somehow, they have more trust in so-called whitleblowers. They have lost our confidence over the last 5-8 years. It keeps getting worse. They are only concerned about their careers and won't stand up for what they know in their hearts is right. This last incident at our squadron is probably the final nail in the coffin of retention for this generation of aircrew.

\# 5. **I wish the leaders of the Naval Aviation Enterprise put their faith and confidence in the people with a combined over hundred years of experience, vice one standalone LT who wasn't even a qualified instructor and told students to engage in dangerous behavior to his own theory testing. A LT who snuck his cell phone into the sim building (secret location), and spoke ill of the Navy to the press. It's a damn shame the LT is coming out on top while the leaders who display honor, courage and commitment on a daily basis are being forced out. This is why we don't want to be in the CNAL/Airboss' navy.**

\# 6. Our Command has an amazing climate for communication. However, we had an individual approach the media, with his name, without informing anyone in his chain, propose unfounded accusations, launch multiple IGs, and despite everyone in the entire F/A-18 community know this individual was a narcissistic rogue, the out of

control and biased IG process REWARDED this individual and resulted in our Executive Officer being relieved without a chance to voice his side of the story. Aircrew morale is decimated, their faith in leadership above the Wing level is next to ZERO, and hardly any want to remain.

\# 7. **If you(CNAF) brings back LT Steven Shaw I will mail my wings to you. You have done a disservice to LtCol Nesbitt by not standing up for the leaders that work for you. Take a hint, when the unit level, wing level and coast level Commanders back him-maybe you should too. VFA-106 will be fine, your retention problem won't. Yet again the JOPA see that character and integrity be damned, senior Navy leadership will not stand up for what is right. We saw it with ADM Moran a few weeks ago, we saw it on June 5th with XO Nesbitt. If this is what it means to be a leader, then good luck keeping people**

\# 8. I keep hearing about retention issues, and the reality of it is, higher ups are forcing the good ones out. The risks of staying in are greater than the benefits. We are choosing battles based on angry retaliation of unsafe individuals and things that are not character flaws, such as BCA or minor medical issues. Those with stars are misguided and ignore those from below are staying. What is going to keep me in is highlighting the good, collocation that doesn't hurt my future goals, and better treatment of people. What will Force me out, is seeing good people dragged through the flames.

\# 9. The entire saga with LT Steven Shaw has clearly gotten beyond ridiculous. In no world should a person like that be allowed in our community, and Sham Nesbitt knew that and took appropriate action. In all the talk of a high end fight from CNAF in down, I can't think of a person I would trust less to fly on my wing in that fight. Our business is based on trust in each other and it is obvious that that snake oil salesman can't be trusted. It was right to get rid of him before he actually got someone killed. If he is brought back, I will send my resignation and wings directly to the boss

\# 10. CSFWL Commodore and VFA-106 CO support of VFA-106 TACEMO has been outstanding, but senior Navy leadership's management of the TACDEMO program has been atrocious. The 106 TACDEMO was canceled in the name of flight hours funding, while VFA-122 continues to fly at airshows across the country. When senior leadership cut the TACDEMO, leaving multiple air shows and 1M civilian spectators out to dry, it was left to an O-3 to call air show directors explaining why we couldn't show up where we had committed. Complete public outreach failure and reflection of senior Naval leadership failure.

\# 11. I am grateful for every opportunity provided up to know and the opportunities in my future. But- In the recent years the USN has shown me what knee jerk reactions by leaders can do. I've seen fellow aviators punished as a result of the navy wanting to redirect blame. And now, I've seen some of the best leaders and warfighters paraded around, while Admirals and civilians mistake their flight suit for a clown suit. The JO contingent has taken notice. I don't want my career and all that I can accomplish to be viewed as disposable. And right now, the Navy isn't convincing me that isn't the case.

\# 12. What is it going to take for leaders with eagles and stars on their collars to start doing the right things? Is it going to take a long-feared conflict where we are actually taking combat losses before our leaders realize that we have lost many of our finest people? Guess who isn't purging their finest leaders at a sickening rate? Our enemies. Our threat nations of interest. In Naval Aviation we are in the middle of a

**ATTACHMENT F**                    **050**

retention crisis among the JO and O4 ranks. We cannot expect to retain talent by the disgraceful way we treat our unit leadership. As a service, we need to wake-up.

\# 13. **I have zero faith in Naval Aviation leadership above my CO. The terrible precedent that AIRBOSS is setting by punishing phenomenal officers is beyond the pale. Somehow, all the Flag Officers have made the world's greatest job a miserable experience. How they expect us to fight and win any war against a near-peer level threat while gutting the true squadron leaders is beyond me. It's the entire experience I've had as a LT is one of dissatisfaction with resources, flight hours, and flag officer leadership. Thank god I've had brilliant squadron COs and XOs that have set the example.**

\# 14. Lt Col Nesbitt has been the XO of this squadron since I checked in during April of 2016. I believe that I am currently the instructor who has been at 106 the longest with the exception of him. In my time in both the USAF and the USN, I have never met a more motivated, dedicated, and "lead from the front" personality than Lt Col Nesbitt. He IS the quintessential XO, and performed his duties in that job to a T. His removal from his position at VFA-106 is an absolute travesty, and from an "outsiders" (non-USN) viewpoint, shows a lack of fortitude from senior USN leadership.

\# 15. I am particularly concerned about the future of Strike Fighter aviation. The investigations into the command over the last year have permanently damaged the ready room's faith that upper leadership will do the right thing. VFA-106 is filled with 2nd tour aviators of the highest character and caliber that are all facing the choice on whether to "Stay Navy". I fear that this breach of trust by the upper chain of command will lead to a mass exodus of the Navy's best and brightest that will have disastrous impacts on the Strike Fighter community for years to come.

\# 16. THE UPPER LEVELS OF THE NAVAL AVIATION CHAIN OF COMMAND NEED TO TAKE A SHARP LOOK IN THE MIRROR TO IDENTIFY WHERE THE PROBLEM IS COMING FROM. DECISIONS THAT ARE BEING MADE ARE PAINTING A PICTURE IN THE MINDS OF JOs (THE LIFEBLOOD OF THE FLEET) THAT I DON'T THINK THEY REALIZE. CUTTING OUT THE THINGS THAT MAKE NAVAL AVIATION THE BEST JOB IN THE WORLD, AND UNDERMINING OUR (INSTRUCTORS) ABILITIES TO ADEQUATELY COMPLETE OUR MISSION IS NO GOING TO FIX THE RETENTION PROBLEM (YES, IT EXISTS).

\# 17. **I joined the military wanting to be a career man. I believed in the heroes of old wars Halsey, Nimitz, Boyington, Doolittle. And though we fight wars, we have lost the killer spirit. We recruit people into Aviation that are computer geeks, who cry over grades, who cant stand to leave home, who file IG's when they are UNSAFE or have compromised SECRETS but can't cope with the reality or their position. I no longer want to be a part of an organization that has lost sight of its purpose. We should be tough and lethal. We are not, and the way we are going, we will not be. I won't be a part of that**

\# 18. I see little reason to stay in the Navy past this tour. I am constantly asked to do more with less and sacrifice to get the mission done. I would be fine with this, but there is no acknowledgement or SA from senior Navy Leadership as to the burden they are putting on their Junior Officers. All we want in recognition and purpose in the job.

\# 19. Recently, VFA-106 has been the victim of multiple IG and congressional complaints, causing the command to fall directly under the microscpope of individuals outside of our command. This has caused an uneasiness among the

**ATTACHMENT F**                                      **051**

instructor cadre, wondering if they are going to be the next one to be questioned, or have an IG filed against them. In short, the actions of one individual has caused a nuclear explosion on the morale of the command, and the repercussions of his actions will be seen for a long time to come. The effect he has had a multiple members careers is astounding. Completely UNSAT.

\# 20. **FIX THE IG. There is no way we should have to have these conversations about leaders such as LtCOL Nesbitt. Great American and his reputation is ruined on baseless claims without due process with this IG run amok.**

\# 21. **I am concerned that the recent removal of our XO is a signal from the upper chain that we are more worried about PC culture than accurately asesing the rigorous training standards that are set in order to create a MK1 Mod 0 fleet replacement aircrew.**

\# 22. I have absolutely loved my time in the Navy. If I thought that squadron CO's had more autonomy and influence, I would stay in and strive to become one. More and more it seems that squadron CO's have very little power, and frankly the job seems terrible. The culture of fighter piot warriors is leaving, and along with it the majority of junior officers.

\# 23. **My XO was recently fired for what I perceive is a game of BS politics. The amount great leaders being penalized or fired based on a one sided IG from an individual, that lacks the most basic level of professionalism as a Naval Officer, is beyond my level of comprehension. I love the Navy and have devoted so much to this team and community. To see the people that I admire get crushed from such a flawed character is gut wrenching. I have already submitted my resignation because of my complete loss of confidence in our ability to stand up to BS and back the leaders who make a positive impact.**

\# 24. **From our point of view, relieving XO Nesbitt was wrong and encourages no junior officer to stay in the military. The entire squadron respects him and we've seen how good senior officers get treated. He didn't even receive an official last flight with the squadron after almost service 20 years. Shame on you. LT Steven Shaw and his accomplices have ulterior motives behind their actions. Do not reward them.**

\# 25. **VFA-106 has been a fantastic tour so far that has recharged my batteries after a JO fleet tour. It in that regard has absolutely pushed me towards staying in the Navy. That said when I see leaders I admire take career altering punishments for standing up for what is right, it unequivocally makes me want to leave the Navy. If our Skipper, a decorated war hero and unparalleled leader takes any fallout from big Navy in regards to the multitude of malicious VFA-106 IGs it will solidify my decision to leave the service.**

# ATTACHMENT F                                          052

Back to Contents

### Section 5: Unit Survey Results sorted relative to Comparison Group

| # | Cat. | Mean | Comp. Mean | Rel. Score | Text |
|---|------|------|------------|------------|------|
| 28 | RE | 4.71 | 4.14 | 0.70 | I have adequate time to prepare for and brief my flights. |
| 24 | OC | 4.82 | 4.40 | 0.68 | Aircrew work effectively as a team. |
| 9 | OP | 4.71 | 4.16 | 0.66 | Our Human Factors Councils/Boards are effective at improving safety. |
| 23 | OC | 4.62 | 4.04 | 0.62 | Crew rest standards are enforced in my unit. |
| 32 | SU | 4.76 | 4.33 | 0.62 | Leaders/Supervisors in my unit set a good example for following standards. |
| 17 | OC | 4.74 | 4.28 | 0.56 | Individuals are comfortable approaching their supervisor about personal issues/illness. |
| 18 | OC | 4.74 | 4.35 | 0.56 | Individuals in my unit are comfortable reporting safety violations, unsafe behaviors, or hazardous conditions. |
| 6 | OP | 4.74 | 4.38 | 0.55 | Unit members, from the top down, incorporate operational risk management (ORM) into daily activities. |
| 20 | OC | 4.74 | 4.36 | 0.55 | Our Safety Department is well-respected. |
| 31 | SU | 4.59 | 4.14 | 0.51 | Leaders/Supervisors in my unit care about my quality of life. |
| 14 | OC | 4.74 | 4.39 | 0.45 | My unit has a reputation for high-quality performance. |
| 38 | OP | 4.60 | 4.28 | 0.44 | My unit's Substance Abuse Control Program is working well to address the risks of drug and alcohol abuse. |
| 33 | SU | 4.58 | 4.28 | 0.43 | Leaders/Supervisors know who the high-risk members are in my unit. |
| 2 | OP | 4.59 | 4.28 | 0.42 | My unit provides adequate recognition for individual safety acts. |
| 1 | OP | 4.76 | 4.49 | 0.41 | Our unit adequately trains aircrews to safely conduct all flights. |
| 8 | OP | 4.68 | 4.42 | 0.40 | My unit keeps me well informed regarding important safety information. |
| 13 | OP | 4.55 | 4.27 | 0.40 | Our Crew Resource Management (CRM) program is helping to improve mission performance and safety. |
| 7 | OP | 4.32 | 4.04 | 0.32 | Effective communication exists within my unit. |
| 12 | OP | 4.68 | 4.50 | 0.30 | NATOPS tests/check rides are conducted as intended, to honestly assess qualifications. |
| 30 | SU | 4.53 | 4.35 | 0.26 | Leaders/Supervisors in my unit emphasize safe maintenance in achieving flight schedule goals. |
| 15 | OC | 4.53 | 4.36 | 0.24 | Violations of SOPs, flying regulations, or general flight discipline are rare. |
| 5 | OP | 4.53 | 4.40 | 0.18 | Personnel must possess the appropriate experience/skills to earn qualifications in my unit. |
| 21 | OC | 4.03 | 3.86 | 0.18 | Our safety standdowns are effective. |
| 35 | OP | 4.36 | 4.24 | 0.16 | My unit's motorcycle safety program is working well to reduce motorcycle incidents. |
| 4 | OP | 4.50 | 4.40 | 0.14 | SOPs and safety rules are enforced in my unit. |
| 19 | OC | 4.56 | 4.47 | 0.14 | All members of my unit have the authority to halt unsafe activities until the hazards/risks are addressed. |
| 36 | OP | 4.30 | 4.27 | 0.05 | My unit's drinking and driving policies are working well to reduce DUI events. |
| 3 | OP | 4.35 | 4.38 | -0.04 | ⚑ Safety decisions are made at the proper levels by the most qualified personnel. |
| 16 | OC | 4.12 | 4.16 | -0.05 | ⚑ Training is conducted as scheduled. |
| 37 | OP | 4.21 | 4.25 | -0.06 | ⚑ My unit's off duty and recreational activity safety program is working well to reduce injuries. |
| 10 | OP | 4.03 | 4.10 | -0.08 | ⚑ Our flight surgeon is effective at helping to identify/manage high risk personnel. |
| 29 | RE | 3.82 | 3.89 | -0.08 | ⚑ I am provided the right number of flight hours to fly safely. |
| 34 | OP | 4.12 | 4.20 | -0.09 | ⚑ My unit's private motor vehicle (PMV) program is working well to reduce PMV incidents. |
| 11 | OP | 3.65 | 3.86 | -0.20 | ⚑ Aircrew in my unit are able to maintain flight proficiency/currency standards. |
| 22 | OC | 4.00 | 4.16 | -0.20 | ⚑ Unit members **do not** cut corners to accomplish their job/mission. |
| 26 | RE | 2.62 | 3.39 | -0.64 | |

**ATTACHMENT F**            **053**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 🚩 My unit has adequate resources (e.g., tools, equipment, publications, etc.) to perform its current tasks. |
| 27 | RE | 3.00 | 3.91 | -0.92 | 🚩 My unit has enough experienced personnel to perform its current tasks. |
| 25 | OC | 2.26 | 3.89 | -1.63 | 🚩 Morale in my unit is high. |

**ATTACHMENT F**                                           **054**

Back to Contents

Section 6: Unit Survey Results sorted by unit mean (Most to Least Favorable)

| # | Cat. | Mean | Comp. Mean | Rel. Score | Text |
|---|------|------|------------|------------|------|
| 24 | OC | 4.82 | 4.40 | 0.68 | Aircrew work effectively as a team. |
| 1 | OP | 4.76 | 4.49 | 0.41 | Our unit adequately trains aircrews to safely conduct all flights. |
| 32 | SU | 4.76 | 4.33 | 0.62 | Leaders/Supervisors in my unit set a good example for following standards. |
| 6 | OP | 4.74 | 4.38 | 0.55 | Unit members, from the top down, incorporate operational risk management (ORM) into daily activities. |
| 14 | OC | 4.74 | 4.39 | 0.45 | My unit has a reputation for high-quality performance. |
| 17 | OC | 4.74 | 4.28 | 0.56 | Individuals are comfortable approaching their supervisor about personal issues/illness. |
| 18 | OC | 4.74 | 4.35 | 0.56 | Individuals in my unit are comfortable reporting safety violations, unsafe behaviors, or hazardous conditions. |
| 20 | OC | 4.74 | 4.36 | 0.55 | Our Safety Department is well-respected. |
| 9 | OP | 4.71 | 4.16 | 0.66 | Our Human Factors Councils/Boards are effective at improving safety. |
| 28 | RE | 4.71 | 4.14 | 0.70 | I have adequate time to prepare for and brief my flights. |
| 8 | OP | 4.68 | 4.42 | 0.40 | My unit keeps me well informed regarding important safety information. |
| 12 | OP | 4.68 | 4.50 | 0.30 | NATOPS tests/check rides are conducted as intended, to honestly assess qualifications. |
| 23 | OC | 4.62 | 4.04 | 0.62 | Crew rest standards are enforced in my unit. |
| 38 | OP | 4.60 | 4.28 | 0.44 | My unit's Substance Abuse Control Program is working well to address the risks of drug and alcohol abuse. |
| 2 | OP | 4.59 | 4.28 | 0.42 | My unit provides adequate recognition for individual safety acts. |
| 31 | SU | 4.59 | 4.14 | 0.51 | Leaders/Supervisors in my unit care about my quality of life. |
| 33 | SU | 4.58 | 4.28 | 0.43 | Leaders/Supervisors know who the high-risk members are in my unit. |
| 19 | OC | 4.56 | 4.47 | 0.14 | All members of my unit have the authority to halt unsafe activities until the hazards/risks are addressed. |
| 13 | OP | 4.55 | 4.27 | 0.40 | Our Crew Resource Management (CRM) program is helping to improve mission performance and safety. |
| 5 | OP | 4.53 | 4.40 | 0.18 | Personnel must possess the appropriate experience/skills to earn qualifications in my unit. |
| 15 | OC | 4.53 | 4.36 | 0.24 | Violations of SOPs, flying regulations, or general flight discipline are rare. |
| 30 | SU | 4.53 | 4.35 | 0.26 | Leaders/Supervisors in my unit emphasize safe maintenance in achieving flight schedule goals. |
| 4 | OP | 4.50 | 4.40 | 0.14 | SOPs and safety rules are enforced in my unit. |
| 35 | OP | 4.36 | 4.24 | 0.16 | My unit's motorcycle safety program is working well to reduce motorcycle incidents. |
| 3 | OP | 4.35 | 4.38 | -0.04 | ⚐ Safety decisions are made at the proper levels by the most qualified personnel. |
| 7 | OP | 4.32 | 4.04 | 0.32 | Effective communication exists within my unit. |
| 36 | OP | 4.30 | 4.27 | 0.05 | My unit's drinking and driving policies are working well to reduce DUI events. |
| 37 | OP | 4.21 | 4.25 | -0.06 | ⚐ My unit's off duty and recreational activity safety program is working well to reduce injuries. |
| 16 | OC | 4.12 | 4.16 | -0.05 | ⚐ Training is conducted as scheduled. |
| 34 | OP | 4.12 | 4.20 | -0.09 | ⚐ My unit's private motor vehicle (PMV) program is working well to reduce PMV incidents. |
| 10 | OP | 4.03 | 4.10 | -0.07 | ⚐ Our flight surgeon is effective at helping to identify/manage high risk personnel. |
| 21 | OC | 4.03 | 3.86 | 0.18 | Our safety standdowns are effective. |
| 22 | OC | 4.00 | 4.16 | -0.20 | ⚐ Unit members **do not** cut corners to accomplish their job/mission. |
| 29 | RE | 3.82 | 3.89 | -0.08 | ⚐ I am provided the right number of flight hours to fly safely. |
| 11 | OP | 3.65 | 3.86 | -0.20 | ⚐ Aircrew in my unit are able to maintain flight proficiency/currency standards. |
| 27 | RE | 3.00 | 3.91 | -0.92 | ⚑ My unit has enough experienced personnel to perform its current tasks. |

**ATTACHMENT F**          **055**

| 26 | RE | 2.62 | 3.39 | -0.64 | ⚑ **My unit has adequate resources (e.g., tools, equipment, publications, etc.) to perform its current tasks.** |
|----|----|------|------|-------|------|
| 25 | OC | 2.26 | 3.89 | -1.63 | ⚑ **Morale in my unit is high.** |

Back to Contents

Section 7: Unit Survey Results sorted by survey item number

| # | Cat. | Mean | Comp. Mean | Rel. Score | Text |
|---|------|------|------------|------------|------|
| 1 | OP | 4.76 | 4.49 | 0.41 | Our unit adequately trains aircrews to safely conduct all flights. |
| 2 | OP | 4.59 | 4.28 | 0.42 | My unit provides adequate recognition for individual safety acts. |
| 3 | OP | 4.35 | 4.38 | -0.04 | ⚐ Safety decisions are made at the proper levels by the most qualified personnel. |
| 4 | OP | 4.50 | 4.40 | 0.14 | SOPs and safety rules are enforced in my unit. |
| 5 | OP | 4.53 | 4.40 | 0.18 | Personnel must possess the appropriate experience/skills to earn qualifications in my unit. |
| 6 | OP | 4.74 | 4.38 | 0.55 | Unit members, from the top down, incorporate operational risk management (ORM) into daily activities. |
| 7 | OP | 4.32 | 4.04 | 0.32 | Effective communication exists within my unit. |
| 8 | OP | 4.68 | 4.42 | 0.40 | My unit keeps me well informed regarding important safety information. |
| 9 | OP | 4.71 | 4.16 | 0.66 | Our Human Factors Councils/Boards are effective at improving safety. |
| 10 | OP | 4.03 | 4.10 | -0.08 | ⚐ Our flight surgeon is effective at helping to identify/manage high risk personnel. |
| 11 | OP | 3.65 | 3.86 | -0.20 | ⚐ Aircrew in my unit are able to maintain flight proficiency/currency standards. |
| 12 | OP | 4.68 | 4.50 | 0.30 | NATOPS tests/check rides are conducted as intended, to honestly assess qualifications. |
| 13 | OP | 4.55 | 4.27 | 0.40 | Our Crew Resource Management (CRM) program is helping to improve mission performance and safety. |
| 14 | OC | 4.74 | 4.39 | 0.45 | My unit has a reputation for high-quality performance. |
| 15 | OC | 4.53 | 4.36 | 0.24 | Violations of SOPs, flying regulations, or general flight discipline are rare. |
| 16 | OC | 4.12 | 4.16 | -0.05 | ⚐ Training is conducted as scheduled. |
| 17 | OC | 4.74 | 4.28 | 0.56 | Individuals are comfortable approaching their supervisor about personal issues/illness. |
| 18 | OC | 4.74 | 4.35 | 0.56 | Individuals in my unit are comfortable reporting safety violations, unsafe behaviors, or hazardous conditions. |
| 19 | OC | 4.56 | 4.47 | 0.14 | All members of my unit have the authority to halt unsafe activities until the hazards/risks are addressed. |
| 20 | OC | 4.74 | 4.36 | 0.55 | Our Safety Department is well-respected. |
| 21 | OC | 4.03 | 3.86 | 0.18 | Our safety standdowns are effective. |
| 22 | OC | 4.00 | 4.16 | -0.20 | ⚐ Unit members **do not** cut corners to accomplish their job/mission. |
| 23 | OC | 4.62 | 4.04 | 0.62 | Crew rest standards are enforced in my unit. |
| 24 | OC | 4.82 | 4.40 | 0.68 | Aircrew work effectively as a team. |
| 25 | OC | 2.26 | 3.89 | -1.63 | ⚑ Morale in my unit is high. |
| 26 | RE | 2.62 | 3.39 | -0.64 | ⚑ My unit has adequate resources (e.g., tools, equipment, publications, etc.) to perform its current tasks. |
| 27 | RE | 3.00 | 3.91 | -0.92 | ⚑ My unit has enough experienced personnel to perform its current tasks. |
| 28 | RE | 4.71 | 4.14 | 0.70 | I have adequate time to prepare for and brief my flights. |
| 29 | RE | 3.82 | 3.89 | -0.08 | ⚐ I am provided the right number of flight hours to fly safely. |
| 30 | SU | 4.53 | 4.35 | 0.26 | Leaders/Supervisors in my unit emphasize safe maintenance in achieving flight schedule goals. |
| 31 | SU | 4.59 | 4.14 | 0.51 | Leaders/Supervisors in my unit care about my quality of life. |
| 32 | SU | 4.76 | 4.33 | 0.62 | Leaders/Supervisors in my unit set a good example for following standards. |
| 33 | SU | 4.58 | 4.28 | 0.43 | Leaders/Supervisors know who the high-risk members are in my unit. |
| 34 | OP | 4.12 | 4.20 | -0.09 | ⚐ My unit's private motor vehicle (PMV) program is working well to reduce PMV incidents. |
| 35 | OP | 4.36 | 4.24 | 0.16 | My unit's motorcycle safety program is working well to reduce motorcycle incidents. |
| 36 | OP | 4.30 | 4.27 | 0.05 | My unit's drinking and driving policies are working well to reduce DUI events. |
| 37 | OP | 4.21 | 4.25 | -0.06 | |

**ATTACHMENT F**            **057**

|    |    |      |      |      | ⚑ My unit's off duty and recreational activity safety program is working well to reduce injuries. |
|----|----|------|------|------|------|
| 38 | OP | 4.60 | 4.28 | 0.44 | My unit's Substance Abuse Control Program is working well to address the risks of drug and alcohol abuse. |

**ATTACHMENT F**                                                        **058**

Back to Contents

---

**Section 8: Considerations Compiled With Respect To VFA-106's "Cautionary" (Red Flags) Survey Items**

**Item**                          **Considerations**

25   *Morale in my unit is high.*

Assign teams/tasks across departmental boundaries to reduce departmental rivalries (e.g., OPS versus Maintenance) and build camaraderie.

CO or XO visiting the workspaces and just talking to the junior Marines and getting to know them would greatly increase not only morale, but also let the Marines know that their command cares about them and listens to them.

COs who prioritize the betterment of their command over the betterment of their careers have the most "operationally excellent" squadrons.

Ensure junior officers visit a different work center/shop at least once a month to increase their knowledge, unit camaraderie, and enlisted/officer morale.

Ensure that the balance between mission accomplishment and quality of life does not result in overworked and over-stressed personnel.

Focus on what you are doing correctly.

Follow through on equipment purchases and repairs. Lack of proper tools and equipment leads to cutting corners, equipment damage, and lower morale.

Improve morale within the SNCO/officer ranks by increasing their authority and control of their sections/departments (e.g., liberty/leave approval, planning, training, etc.).

Incorporate mentorship at every level.

Institute morale building incentives like "shop/platoon/company of the month."

Plan ahead and share plans/timelines with personnel to improve productivity and morale

Review the list/matrix of relevant Issue Papers on this website.

Safety climate survey results revealed that unit morale is more strongly affected by leader/supervisor actions than externally driven factors of OPTEMPO, resource constraints, etc. Unit leaders can improve morale through more effective communications, mentorship, enforcement of standards, and caring for members' quality of life.

Share all relevant information. Playing "I've got a secret" hurts productivity and morale.

Stick to the schedule as much as possible. Crew rest, morale, and efficiency are improved if unexpected changes, add-on tasks, etc. are moved to the next day's schedule.

Survey respondents often provide additional written comments beyond the scope of a particular survey (e.g., drug/alcohol abuse, fraternization, racism/bigotry, financial/personal hardships, suicide, workplace anger, etc.). Leaders should

**ATTACHMENT F**            **059**

carefully review all survey results for these types of sporadic comments to identify underlying issues that may greatly impact their organizational climate and their personnel's well-being.

The foundation for operational success is our ability to lead our personnel, gain and hold their trust, deliver opportunities for personal/professional development, and provide the tools/training/time to perform their assigned tasks.

Use special staff (e.g., chaplain, medical, etc.) to monitor your unit's "health" (e.g., morale and motivation).

26   *My unit has adequate resources (e.g., tools, equipment, publications, etc.) to perform its current tasks.*

Although we often "do more with less," always look for opportunities to eliminate non-essential tasks, share workloads, or improve planning to more effectively meet mission goals.

Be aware of collateral mission creep.

Follow through on equipment purchases and repairs. Lack of proper tools and equipment leads to cutting corners, equipment damage, and lower morale.

Identify the shops that do not have adequate tools to do their job and prioritize ordering/replacements.

If possible, reduce extraneous tasking and challenge unreasonable requests.

Implement a push-logistics model for supplying companies/departments with necessary consumable supplies based upon average usage rates.

Leadership should establish unit priorities (at all levels) and live by them.

Many hardships are outside your unit's control (e.g., resources, OPTEMPO, funding, etc.). Seek assistance from higher headquarters on these issues, while focusing your attention on the unit-level issues you can change.

Review the list/matrix of relevant Issue Papers on this website.

Review the OPTEMPO of your unit and its effect on safety and unit performance.

Seek out the agencies responsible for providing support, equipment, and consumables to have sufficient replacements on hand prior to needing them.

Unfavorable respondent comments to this survey item often reveal a misunderstanding of the various funding allocations and unit priorities. Consider a short training session with all personnel to answer their concerns.

27   *My unit has enough experienced personnel to perform its current tasks.*

Although we often "do more with less," always look for opportunities to eliminate non-essential tasks, share workloads, or improve planning to more effectively meet mission goals.

Be aware of collateral mission creep.

Beware of and monitor fatigue levels of your personnel.

Conduct a complete review of each qualification to ensure there are no immediate unit shortfalls. Then review the process for qualification to make sure you are teaching the right skills.

Ensure work shifts are adequately manned for workloads (e.g., night check often has more demands with less people than day shift).

**ATTACHMENT F**          **060**

Higher headquarters provides periodic "manpower assessments" to ensure optimum distribution of military occupational specialties (MOSs).

If possible, reduce extraneous tasking and challenge unreasonable requests.

Leadership should establish unit priorities (at all levels) and live by them.

Many hardships are outside your unit's control (e.g., resources, OPTEMPO, funding, etc.). Seek assistance from higher headquarters on these issues, while focusing your attention on the unit-level issues you can change.

Monitor turnover in personnel.

Review the list/matrix of relevant Issue Papers on this website.

Review the OPTEMPO of your unit and its effect on safety and unit performance.

Use survey results to identify weaknesses in personnel placement, then shift personnel as needed to maximize their abilities on the most important issues to our unit.

Back to Contents

---

**Section 9: Considerations Compiled With Respect To VFA-106's "Precautionary" (Yellow Flags) Survey Items**

| **Item** | **Considerations** |
|---|---|

3   *Safety decisions are made at the proper levels by the most qualified personnel.*

Review the list/matrix of relevant Issue Papers on this website.

Empower ALL personnel to halt unsafe activities until hazards/risks are resolved.

The first step in fixing problems is to identify them (e.g., surveys, communication, process reviews, supervision, etc.).

If the same problems areas continue to arise, your prior interventions are not working. Try more focused interventions and track their effectiveness.

Involve the officers and senior NCOs on appropriate issues.

Challenge the SNCOs/NCOs to be more proactive with the troops and ensure the importance of doing things safely is very clear to them.

Ensure closer supervision at the NCO level by empowering the NCOs to make decisions regarding safety practices.

Integrate the ORM process into planning and executing operations.

Ensure unit members are educated in the ORM process to the point that it becomes an automatic or intuitive part of decision making.

Routinely encourage your subordinate leaders to work with your Safety Officer/ASO and Safety PO/NCO.

Ensure your unit has a safety climate that encourages reporting safety issues.

10   *Our flight surgeon is effective at helping to identify/manage high risk personnel.*

Review the list/matrix of relevant Issue Papers on this website.

**ATTACHMENT F**                    **061**

Discuss survey results with flight surgeon (or local medical hierarchy) to garner increased flight surgeon presence within squadron spaces and at Human Factors Councils/Boards.

Flight surgeon shortfalls/issues may need to be referred to the head flight surgeon for resolution.

Use survey results as a "lessons learned" opportunity for newly assigned flight surgeons on how he/she can be better integrated with the squadron.

Increase involvement of flight surgeon in day-to-day operations.

Review personnel jackets for drug/alcohol histories.

Ensure your unit Human Factors Councils (HFCs) are effective at identifying (and possibly) providing intervention strategies for at-risk aircrew.

Institute Human Factors Councils for ALL HANDS, not just aircrew.

Increase the number of Human Factors Councils (HFCs) completed on deployed detachments.

Reach out to counterparts in similar units for lessons learned and common concerns.

Monitor aggressive aircrew who think rules aren't necessary.

Beware of and monitor fatigue levels of your personnel.

Integrate the ORM process into identifying/managing high risk personnel.

11   *Aircrew in my unit are able to maintain flight proficiency/currency standards.*

Review the list/matrix of relevant Issue Papers on this website.

Conduct a complete review of each qualification to ensure there are no immediate unit shortfalls. Then, review the process for qualification to make sure you are teaching the right skills.

The safety department, in concert with operations, can provide some new measures (left seat versus right seat, # of landings/flight hour, # of approaches/flight hour, etc.) beyond simple currency requirements to aid in righting the schedule and matching aircrew.

Institute a process to more fairly distribute monthly flight hours for aircrew.

Encourage aircrew to add instrument approaches, touch & go's, autorotations, etc. at the end of scheduled flights to gain proficiency, while reducing the need to schedule separate events to cover the "basics."

Maintain proper perspective on operational excellence and safety. Specialized training on rarely used tasks should not take priority over basic skills/proficiency training.

Ensure the qualification process remains robust and honest. There is a tendency to relax standards to obtain a minimum level of qualified personnel when "doing more with less."

Establish a "standardization cadre" of experienced flight instructors specific to nuggets' needs.

Be aware of the consequences of training with fewer resources.

Implement a formal training plan.

Incorporate mentorship at every level.

Monitor turnover in personnel.

**ATTACHMENT F**                    062

16   *Training is conducted as scheduled.*

Review the list/matrix of relevant Issue Papers on this website.

Hard schedule training.

Leadership should establish priorities (at all levels) and live by them.

Set priorities; don't try to do it all every day. Revisit lower priority tasks at the appropriate time.

The foundation for operational success is our ability to lead our personnel, gain and hold their trust, deliver opportunities for personal/professional development, and provide the tools/training/time to perform their assigned tasks.

Maintain proper perspective on operational excellence and safety. Specialized training on rarely used tasks should not take priority over basic skills/proficiency training.

Stick to the schedule as much as possible. Crew rest, morale, and efficiency are improved if unexpected changes, add-on tasks, etc. are moved to the next day's schedule.

Formalize maintenance training (not just OJT).

Supervisors personally monitor training sessions to ensure quality.

Invest the time (in training) now. It'll cost you, but less than later.

Have QA provide a 15-30 minute training session to a different maintenance work center each day following FOD walk down.

22   *Unit members **do not** cut corners to accomplish their job/mission.*

The CO frequently reinforces the fact that cutting corners is not tolerated in this organization. The CO ensures department heads and senior supervisory personnel understand that this is the only acceptable policy.

Personnel can honestly misperceive that they are expected to cut corners when simply told to expedite their work. Carefully communicate all task requirements to prevent these and other misperceptions.

Address any misperceptions of "getting the X at all costs" with pilots, aircrew, tactics instructors, and Department Heads.

Set priorities; don't try to do it all every day. Revisit lower priority tasks at the appropriate time. Follow through on equipment purchases and repairs. Lack of proper tools and equipment leads to cutting corners, equipment damage, and lower morale.

Beware of an environment where "work-arounds" are "the way we do things here."

When standards and rules invite "workarounds" due to their complexity, lack of clarity, or ineffectiveness, submit changes to the standards and rules! A "we've always done it that way" mentality will only lead to further complacency, rule-bending, and potential incidents/mishaps.

Monitor supervisors who think it's okay to cut corners.

COs/Supervisors at all levels must periodically reinforce emphasis on procedures.

Be aware of personnel growing up in an environment that encourages "work the system" and discourages personal accountability and responsibility.

Beware of and monitor fatigue levels of your personnel.

Monitor and be aware of perceived mission creep.

# ATTACHMENT F                                                063

Establish, communicate (make visible), and enforce performance standards in your command.

Involve the officers and senior NCOs on appropriate issues.

Review the list/matrix of relevant Issue Papers on this website.

29  *I am provided the right number of flight hours to fly safely.*

Maintain proper perspective on operational excellence and safety. Specialized training on rarely used tasks should not take priority over basic skills/proficiency training.

If necessary, reduce op tempo / mission complexity to focus on strictly core skills training and adjust flight ops to avoid pilots having to fly - land - brief - fly again.

Many hardships are outside your unit's control (e.g., resources, OPTEMPO, funding, etc.). Seek assistance from higher headquarters on these issues, while focusing your attention on the unit-level issues you can change.

Leadership should establish unit priorities (at all levels) and live by them.

Implement a formal training plan.

Set aside a "dialogue period" with aircrew/maintainers and discusses pertinent issues, such as: individual flight time, training requirements, the latest rumors, etc.

The distribution of flight hours should consider who may need additional hours for safety, confidence, and proficiency . . . everyone does not need the same hours each month.

Be aware of the consequences of training with fewer resources.

Review the list/matrix of relevant Issue Papers on this website.

34  *My unit's private motor vehicle (PMV) program is working well to reduce PMV incidents.*

Review the CMC Safety Division PMV Safety Program Resources at http://www.safety.marines.mil/Resources.

Review the National Highway Traffic Safety Administration Traffic Safety resources at http://www.nhtsa.gov.

Conduct safety vehicle inspections before driving extended distances.

Implement additional rest and driving restriction measures, especially during periods of inclement weather and extended work days.

Review pre-holiday vehicle inspection checklists and personal ORM plans.

Encourage personnel to live near their place of work. Long work days combined with excessive commutes leads to fatigued workers and drivers.

Incorporate mentorship at every level.

Ensure your unit safety council/committee programs are effective.

Ensure all communication vehicles are used (e.g., face-to-face, POD, AOMs, formations, publications, social media, etc.). Too often, vehicles to communicate are overlooked.

Don't expect people to remember what you said two weeks ago. If it's important, publish it or restate it often.

Ensure unit members are educated in the ORM process to the point that it becomes an automatic or intuitive part of decision making.

**ATTACHMENT F**                         **064**

Despite laws/regulations, personnel continue to use cell phones. Emphasize the benefits of calling before driving, using a hands-free device, or asking passengers take important calls.

Do not text and drive. Hazards are too easily missed, vehicle control is hindered, and reaction time is severely impaired.

COs/Safety Officers should conduct periodic seatbelt and cell phone checks of personnel arriving/departing unit parking areas to emphasize commands' commitment to standards and safety of personnel.

Promptly notify personnel of impending hazardous weather conditions to reduce commuting mishaps.

Adjust base working hours to avoid highest levels of local commuter traffic.

Review the list/matrix of relevant Issue Papers on this website.

37  *My unit's off duty and recreational activity safety program is working well to reduce injuries.*

Review the list/matrix of relevant Issue Papers on this website.

Leaders/Supervisors should be aware of their personnel's off-duty activities.

Do not use scare tactics. Educate your personnel on the hazards and ORM.

Train personnel to properly use ORM for their high-risk activities.

Locate mentors and training opportunities for your personnel who are involved in high risk activities.

Use OD&R survey results to tailor safety programs to match the activities of your own personnel (i.e., don't have a lecture on boating safety if no one owns/operates a boat in your unit).

Page 13 entries, Line of Duty briefs, etc. are not just for motorcycle riders. Personnel who conduct any high risk activity should be aware of the consequences of their actions.

Develop base-sponsored activities/training on various recreational activities to preclude accident-driven learning curves by novices.

Support your personnel in conducting their OD&R activities safely . . . labeling and ridiculing particular activities does not reduce those activities, it only builds resentment.

Encourage alcohol-free activities.

Similar to port call efforts, work with the base special services to offer tours, classes, special events, etc., along with transportation, so junior personnel have a variety of low-cost, non-alcohol related activities.

Continue to place flyers, bulletins, notices, etc. concerning OD&R activities on bulletin boards and information racks for easy access near lounges or other gathering spots. Emails and Web pages are too often ignored or ineffective.

Have field meet PME's by rank (i.e., NCO's, SNCO's, officers) and have personnel participate in the activities with SME's observing and teaching the rights/wrongs.

Print the Summary

**ATTACHMENT F**                    **065**