IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW,<br>    Plaintiff,<br><br>v.<br><br>CARLOS DEL TORO,<br>Secretary of the Navy, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)    Civil Action No. 1:20-cv-00410-RDM<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion To Extend Discovery Deadline For Plaintiff Only and To Extend Expert Designation Deadlines For Plaintiff Only, the record herein, and for good cause shown it is on this _____ day of _____, 2022, hereby ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiff Steven E. Shaw's discovery deadline is hereby extended until, and his discovery shall close on, February 28, 2023; and it is further

ORDERED that Plaintiff Steven E. Shaw's experts shall be designated and Plaintiff Steven E. Shaw shall provide a written report consistent with Federal Rule of Civil Procedure 26(a)(2)(B) no later February 7, 2023, and that any of Plaintiff Steven E. Shaw's rebuttal experts shall be designated no later than February 28, 2023, and Plaintiff Steven E. Shaw shall provide a written report consistent with Federal Rule of Civil Procedure 26(a)(2)(B) no later than that date; and it is further

ORERED that all other deadlines set forth in the Court's August 1, 2022 Minute Order remain unchanged as to all Defendants.

                                                                                                                          _____
                                                                                                                          Randolph D. Moss
                                                                                                                          United States District Judge

Service through ECF