UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------------------X
STEVEN SHAW,

                    Plaintiff,                      Docket No.: 20-cv-410

     -against-

THE HONORABLE CARLOS DEL TORO, and
TIMOTHY C. PARLATORE, ESQ.

                    Defendants.
-----------------------------------------------------------------------X

## [PROPOSED] ORDER GRANTING DEFENDANT PARLATORE'S MOTION FOR SANCTIONS

UPON CONSIDERATION of Defendant Parlatore's Motion for Sanctions against Plaintiff and his counsel, Plaintiff's Response thereto, Defendant's Reply, and the entire record in this matter, it is this ____ day of _____, 2022, hereby

      **ORDERED** that Defendant's Motion is **GRANTED**, based on the following determinations:

      1.The claim presented against Defendant Parlatore is unwarranted under the law and completely frivolous;

      2. The claim presented against Defendant Parlatore is being presented for an improper purpose; and

      3. Mr. Montalvo made material misrepresentations the this Court in the initial appearance.

      Accordingly, it is **ORDERED** that:

      1.   The claim presented against Defendant Parlatore is dismissed with prejudice;

2.      Plaintiff and his counsel, Eric Montalvo and the Federal Practice Group shall pay a sanction of $_____, for which they shall be jointly and severally liable; nad

3.      This matter shall be referred to the U.S. District Court Committee on Grievances to address Mr. Montalvo's misconduct.

**SO ORDERED.**

_____
**Randolf D. Moss**
UNITED STATES DISTRICT JUDGE