UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------------------------------------X
STEVEN SHAW,

               Plaintiff,                                    Docket No.: 20-cv-410

    -against-

THE HONORABLE CARLOS DEL TORO, and
TIMOTHY C. PARLATORE, ESQ.

               Defendants.
----------------------------------------------------------------------X

## [PROPOSED] ORDER GRANTING DEFENDANT PARLATORE'S MOTION TO COMPEL DISCLOSURE OF SUBPOENAS AND FOR DISCOVERY SANCTIONS

UPON CONSIDERATION of Defendant Parlatore's Motion for Sanctions against Plaintiff and his counsel, Plaintiff's Response thereto, Defendant's Reply, and the entire record in this matter, it is this ____ day of _____, 2022, hereby

**ORDERED** that Defendant's Motion is **GRANTED**, based on the following determinations:

1. Plaintiff has improperly issued third party subpoena(s) without providing notice to Defendants;

2. Plaintiff's counsel had numerous opportunities to provide notice, as he was explicitly asked to do so in multiple emails, which he failed to do; and

3. Due to the numerous warnings, Plaintiff's failure to follow the rules was knowing and willful.

Accordingly, it is **ORDERED** that:

1. All subpoenas issued by Plaintiff are hereby voided;

2. Eric Montalvo, counsel for the Plaintiff is hereby admonished to follow the discovery rules and that any further violation of the discovery rules will result in additional sanctions;

3. The Discovery Order is hereby modified to prohibit Plaintiff from issuing any further subpoenas.  In the event that subpoenas are necessary, Plaintiff shall file a motion to request that this Court issue the subpoena;

[OR]

4. For any and all subpoenas issued by Plaintiff, a notice and a copy of the subpoena must be served on each party before it is served on the person to whom it is directed, and that the order is inclusive of all subpoenas, not only those which seek documents;

5. Plaintiff's counsel to pay Defendant reasonable fees associated with the filing of this motion.  Defendant shall make an appropriate fee application.

**SO ORDERED.**

_____
**Randolf D. Moss**
UNITED STATES DISTRICT JUDGE