**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEVEN E. SHAW** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 20-cv-00410-RDM** |
| v. ) | |
| ) | |
| **TIMOTHY C. PARLATORE, ESQ., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**NOW** this matter is before the Court upon consideration of Defendant Timothy C. Parlatore's Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) (ECF 78) and Plaintiff Steven E. Shaw's Response in Opposition thereto (ECF _____ ).

The Court **FINDS** that the relief requested in Defendant's Motion should be **DENIED**. It is therefore **ORDERED** that the Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) as filed by Defendant Timothy C. Parlatore is **OVERRULED IN ITS ENTIRETY**.

So **ORDERED** on this ____ day of _____, 2022.

_____
Randolf D. Moss
United States District Judge