IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------X
STEVEN E. SHAW
        Plaintiff,

  -against-                              Civil Action No. 20-cv-00410-RDM

CARLOS DEL TORO, et al.,
        Defendants.
------------------------------------------------X

**DEFENDANT PARLATORE'S RESPONSE TO PLAINTIFF'S "OPPOSED" MOTION TO EXTEND DISCOVERY DEADLINES**

Defendant Timothy C. Parlatore submits this Response to Plaintiff's Motion to Extend Discovery Deadlines, which Plaintiff incorrectly labeled as "Opposed," notwithstanding Defendant's consent. In furtherance of this Response, Defendant informs the Court as follows:

1. On September 20, 2023, counsel for the Plaintiff provided Defendant with a draft "Unopposed Motion to Extend Discovery Deadlines," which had already been negotiated and agreed to by Defendant Del Toro. Defendant informed Plaintiff that Defendant did consent to the motion, however, did ask for certain edits to the form of the motion. Specifically, the motion draft appeared to describe the state of discovery and settlement negotiations between Plaintiff and Defendant Del Toro, but inaccurately presented those descriptions as if they described both Defendants.

2. On September 26, 2023, undersigned provided a red line edit to the papers to address the different circumstances relevant to the undersigned Defendant. Defendant was awaiting Plaintiff's inputs on these edits with the expectation that the unopposed motion would be filed shortly thereafter.

3. Defendant was surprised to see that Plaintiff chose not to engage in any discussion regarding these edits and instead chose to mischaracterize Defendant's position as opposing the extension.

4. At present, there are two outstanding discovery issues relevant to undersigned Defendant:

    a. The continued deposition of Plaintiff, the parameters of which were agreed upon between the parties;

    b. Defendant served document demands on February 2, 2023, but has yet to receive any response.  Although Defendant engaged in multiple meet and confers with counsel for Plaintiff and was led to believe that the parties had agreed to the parameters of these document demands, no documents have been produced and it is unknown what Plaintiff's current position is on these demand.

5. As Defendant has already produced all responsive non-privileged documents and sat for a full deposition, Defendant does not believe that any more discovery is sought from him, although given the above outstanding issues, Defendant fully agrees that an extension of the discovery deadline is required and therefore does not oppose the motion for an extension.

**WHEREFORE,** Defendant Timothy C. Parlatore respectfully requests that this Court enter an Order extending the discovery deadline from September 29, 2023, to March 15, 2024, together with such other and further relief as this Court deems appropriate.

Respectfully submitted,

/s/ Timothy C. Parlatore

Timothy C. Parlatore, Esq.
Parlatore Law Group, LLP
*Defendant, Pro Se*
260 Madison Avenue, 17th Floor
New York, NY 10016

CC:    All other counsel via ECF