UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN E. SHAW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS DEL TORO, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 20-cv-00410-RDM |

### JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT CARLOS DEL TORO ONLY

Plaintiff Steven E. Shaw ("Plaintiff") and Defendant Carlos Del Toro ("Defendant") (collectively "the Parties"), by and through their respective counsel hereby stipulate to dismissing Defendant Carlos Del Toro as a party to this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and pursuant to the Parties' Settlement Agreement executed in connection with this matter. All claims against Defendant Carlos Del Toro are hereby dismissed with prejudice. This dismissal has no impact upon any claims as to the remaining Defendant, Timothy Parlatore.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 5, 2024  Respectfully submitted,
Washington, D.C.

        MATTHEW M. GRAVES, D.C. Bar # 481052
        United States Attorney

        BRIAN HUDAK
        Chief, Civil Division

By: */s/ Eric S. Montalvo*      By: */s/ Brenda González Horowitz*
    ERIC S. MONTALVO                          BRENDA GONZÁLEZ HOROWITZ
    D.C. Bar #993206                                D.C. Bar #1017243
    FEDERAL PRACTICE GROUP            Assistant United States Attorney
    801 17th St. Suite 250                        United States Attorney's Office
    Washington, D.C. 20006                    601 D Street, N.W.
    Telephone: (202) 862-4360               Washington, D.C. 20530
    Facsimile: (888) 899-6053                (202) 252-2512
    emontalvo@fedpractice.com             Brenda.gonzalez.horowitz@usdoj.gov

    *Counsel for Plaintiff*                          *Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2024, a copy of this Stipulation was electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia using the Court's CM/ECF system.

*/s/ Eric S. Montalvo*
Eric S. Montalvo